UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY ) <br> OF PITTSBURGH, PA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PONTIAC FLYING SERVICE, INC., ) <br> JUSTYN WEBSTER, as Special Administrator ) <br> Of the Estate of NEIL WEBSTER, Deceased, ) <br> And CAREN S. LUCENTE, as Independent ) <br> Executor of the Estate of RICHARD P. ) <br> LUCENTE, Deceased, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> PONTIAC FLYING SERVICE, INC., ) <br> ) <br> Third Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HARDY AVIATION INSURANCE, INC., ) <br> ) <br> Third Party Defendant. ) | No. 03-1288 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2004, I electronically filed the ANSWER OF PONTIAC FLYING SERVICE TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        N/A

and I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

        Mr. Jeffrey B. Rock
        Haselberg, Rock, Bell & Kuppler

Suite 200 Associated Bank Bldg.
4600 N. Brandywine Drive
Peoria, IL   61614

Mr. Mark T. Banovetz
Tressler, Soderstrom, Maloney & Priess
233 S. Wacker Dr., 22nd Floor
Chicago, IL  60606-6308

Ms. Diane M. Baron
Clausen Miller, P.C.
10 S. LaSalle Street
Chicago, IL  60603-1098

Mr. Michael S. Krzak
Clifford Law Offices
120 N. LaSalle Street
31st Floor
Chicago, IL  60602

                s/DAVID B. MUELLER
                    David B. Mueller - #1980661
                    CASSIDY & MUELLER
                    416 Main Street, Suite 323
                    Peoria, IL  61602
                    Telephone: 309/676-0591
                    Fax: 309/676-8036
                    E-mail: dmueller@cassidymueller.com