AO 458 (REV. 10/95) Appearance

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

        Plaintiffs.

v.                                                                    **APPEARANCE**

PONTIAC FLYING SERVICE, INC.,
JUSTYN WEBSTER, as Special Administrator       **CASE NUMBER:** 03-cv-1288
of the Estate of NEIL WEBSTER, Deceased, and
CAREN S. LUCENTE, as Independent Executor
of the Estate of RICHARD P. LUCENTE,
Deceased.

        Defendants.

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased

    I certify that I am Admitted to Practice in this court.

October 14, 2004                             s/ Michael S. Krzak
                                             Michael S. Krzak Attorney Bar Number: 6243295
                                             Clifford Law Offices, P.C.
                                             120 North LaSalle Street
                                             Suite 3100
                                             Chicago, Illinois 60602
                                             Telephone: (312) 899-9090
                                             Fax: (312) 251-1160
                                             E-mail: msk@cliffordlaw.com