E-FILED
Tuesday, 19 October, 2004 10:55:00 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> vs. <br><br> PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, as Special Administrator Of the Estate of NEIL WEBSTER, Deceased, And CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, <br><br> Defendants, <br><br> and <br><br> PONTIAC FLYING SERVICE, INC., <br><br> Third Party Plaintiff, <br><br> vs. <br><br> HARDY AVIATION INSURANCE, INC., <br><br> Third Party Defendant. | No. 03-1288 |

## DISCLOSURE OF EXPERT WITNESS

Now comes the Defendant and Third Party Plaintiff, PONTIAC FLYING SERVICE, INC. ("PONTIAC"), by its attorney, DAVID B. MUELLER of the firm of CASSIDY & MUELLER, and discloses as its expert witness, Marshall Wilson Reavis, III. A copy of the report of the expert, together with his Curriculum Vitae and Report of Depositions and Trials have been served upon counsel in the case.

CASSIDY & MUELLER

By: /s/ David B. Mueller
Attorneys for Defendant and Third Party Plaintiff,
PONTIAC FLYING SERVICE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2004, I mailed by United States Postal Service the document to the foregoing counsel of record:

Mr. Jeffrey B. Rock
Haselberg, Rock, Bell & Kuppler
Suite 200 Associated Bank Bldg.
4600 N. Brandywine Drive
Peoria, IL   61614

Mr. Mark T. Banovetz
Tressler, Soderstrom, Maloney & Priess
233 S. Wacker Dr., 22nd Floor
Chicago, IL   60606-6308

Ms. Diane M. Baron
Clausen Miller, P.C.
10 S. LaSalle Street
Chicago, IL   60603-1098

Mr. Michael S. Krzak
Clifford Law Offices
120 N. LaSalle Street
31st Floor
Chicago, IL   60602

/s/ David B. Mueller
David B. Mueller - #1980661
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, IL   61602
Telephone: 309/676-0591
Fax: 309/676-8036
E-mail: *dmueller@cassidymueller.com*