**E-FILED**
Friday, 29 October, 2004  08:36:25 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 03-1288 |
| | ) | |
| PONTIAC FLYING SERVICES, INC., | ) | |
| | ) | |
| Defendants and Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HARDY AVIATION INSURANCE, INC., | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO MOTION TO BAR**

Now comes the Defendant, PONTIAC FLYING SERVICE, INC., ("PONTIAC FLYING") by its attorney, DAVID B. MUELLER of the firm of CASSIDY & MUELLER, and moves the Court for an order extending the time for it to respond to the Plaintiff's Motion to Bar Expert Report and Testimony of Marshall Wilson Reavis, III from November 2, 2004 to and including November 16, 2004. In support of this motion, PONTIAC FLYING states:

1.      The Motion to Bar was received by counsel for the Defendant on October 19, 2004.

2.      Since October 19, 2004 counsel for the Defendant has been engaged in the attendance of professional committee meetings and related matters out of town. He has also been engaged in taking depositions, attending hearings, and other matters which were previously

scheduled. As a consequence, he has not had the opportunity to prepare a response to the motion and requires additional time for that purpose.

     3.     Counsel for PONTIAC FLYING has discussed this extension with the attorney for the Plaintiff who has no objection.

     WHEREFORE, Defendant, PONTIAC FLYING SERVICE, INC., prays that it be granted an extension of time to respond to the Motion to Bar of the Plaintiff, to and including November 16, 2004.


CASSIDY & MUELLER


By: s/  DAVID B. MUELLER
         Attorneys for Defendant,
         PONTIAC FLYING SERVICE, INC.

## **CERTIFICATE OF SERVICE**

        I hereby certify that on October 29, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Mr. Jeffrey B. Rock              jrock@hrbklaw.com, cpoehlman@hrbklaw.com

        Ms. Diane M. Baron              dbaron@clausen.com, pkebr@clausen.com

        Mr. Michael S. Krzak            msk@cliffordlaw.com, jmg@cliffordlaw.com

        Kevin P. Durkin                  kpd@cliffordlaw.com; jg@cliffordlaw.com

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

        Mr. Mark T. Banovetz
        Tressler, Soderstrom, Maloney & Priess
        233 S. Wacker Dr., 22nd Floor
        Chicago, IL  60606-6308

                              s/**DAVID B. MUELLER**
                                    David B. Mueller - #01980661
                                    CASSIDY & MUELLER
                                    416 Main Street, Suite 323
                                    Peoria, IL  61602
                                    Telephone: 309/676-0591
                                    Fax: 309/676-8036
                                    E-mail: dmueller@cassidymueller.com