23 53 24 00 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   03-1288 |
| PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased | ) ) ) ) ) ) | |
| Defendants/ Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| HARDY AVIATION INSURANCE, INC., | ) ) | |
| Third-Party Defendant. | ) ) | |

**HARDY AVIATION INSURANCE, INC.'S
MOTION FOR EXTENSION OF TIME TO MAKE EXPERT DISCLOSURES**

NOW COMES the Third-Party Defendant, HARDY AVIATION INSURANCE, INC. (hereinafter "Hardy") by its attorneys, and hereby moves for an extension of time within which to disclose its expert and provide its Rule 26 report, and in support hereof states as follows:

1. Under the schedule previously set, Hardy is to disclose its expert and provide its Rule 26 report by November 1, 2004.

2. After that schedule was set, an Amended Complaint was filed herein by Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (hereinafter "National Union"), adding Justyn Webster, as Special Administrator of the Estate of Neil

942216.1

Webster, deceased, and Caren S. Lucente, as Independent Executor of the Estate of Richard P. Lucente, deceased, as Defendants. Webster and Lucente died in the plane crash which is the subject of the underlying litigation, and Webster filed suit against PONTIAC FLYING SERVICES, INC. (hereinafter "Pontiac") for wrongful death. Pontiac submitted it to National Union for coverage in addition to its prior claim for property damage coverage. Lucente was added herein as a necessary party. This wrongful death claim has raised additional coverage issues.

3. In addition, National Union has filed a motion to bar the expert which was disclosed by Pontiac, Marshall Wilson Reavis, III, and a briefing schedule was set on that motion. On October 29, 2004, this Court granted Pontiac's motion for an extension of time to file its response to National Union's motion to November 16, 2004. The same expert has included in his report certain opinions regarding Hardy.

4. The undersigned needs to take the deposition of Pontiac's expert before making Hardy's expert disclosures. Rather than requiring a second deposition by National Union if its motion to bar is denied, the undersigned requests additional time to take the deposition of Pontiac's expert after this Court's ruling on the motion to bar and additional time thereafter to make Hardy's expert disclosures. In the event this Court does not see fit to grant this request, Hardy requests time to depose Mr. Reavis and time thereafter to make its expert disclosures.

5. The depositions of Scott Petersen and Sarah Petersen of Pontiac have been set for November 8, 2004.

6. This motion is brought in good faith and not for purposes of delay.

942216.1

      7.      This case is set for trial on May 2, 2005.

WHEREFORE, Third-Party Defendant, HARDY AVIATION INSURANCE, INC., requests an extension of time of within which to make its expert disclosures and provide its Rule 26 report until December 31, 2004, or such time deemed appropriate by this Court.

                      By:  s/DIANE M. BARON
                              DIANE M. BARON
                              Attorney for Third-Party Defendant
                              HARDY AVIATION INSURANCE, INC.

DIANE M. BARON
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010

Attorneys for Third-Party Defendant,
HARDY AVIATION INSURANCE, INC.

942216.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois   61614
Tel. No.: 309-688-9400
Fax No.: 309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

David D. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL   61602
Tel. No.: 309-676-0591
Fax No.: 309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois   60602
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
kpd@cliffordlaw.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

942216.1

I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF Participants:

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois   60606

George K. Flynn
CLAUSEN MILLER, P.C.
Suite 1500
10 N. La Salle Street
Chicago, Illinois   60603-1098

Charmagne Topacio
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower
233 S. Wacker Drive
22nd Floor
Chicago, Illinois   60606-6308

    s/DIANE S. BARON
DIANE S. BARON - Bar No. 6187430
Attorney for Third-Party Defendant
CLAUSEN MILLER, P.C.
10 S. LaSalle Street
Chicago, IL   60603
Telephone:  (312) 606-7580
Fax:  (312) 606-7777
E-Mail:  dbaron@clausen.com

942216.1

942216.1