**E-FILED**
Wednesday, 03 November, 2004  09:51:12 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  No. 03-1288 |
| PONTIAC FLYING SERVICES, INC., | ) ) ) |
| Defendants and Third Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) ) |
| Third Party Defendant. | ) |

## MOTION FOR RECONSIDERATION

Now comes the Defendant and Third Party Plaintiff, PONTIAC FLYING SERVICE, INC., ("PONTIAC FLYING") by its attorney, DAVID B. MUELLER of the firm of CASSIDY & MUELLER, and moves the Court for an order reconsidering its allowance of the motion of HARDY AVIATION INSURANCE, INC. for extension of time to make expert disclosures. In support of this Motion for Reconsideration, PONTIAC FLYING states:

1. On October 29, 2004, Third Party Defendant, HARDY AVIATION INSURANCE, INC., filed its "MOTION FOR EXTENSION OF TIME TO MAKE EXPERT DISCLOSURES." At that time the Court entered the following order: "Responses due by 11/12/2004."

2. Prior to the deadline for filing responses HARDY's motion was stricken by the following order: "The Court notes that the motion is not electronically signed, nor is there a

proof of service affixed. Motion is stricken without prejudice to proper refiling."

3. Thereafter, on November 1, 2004, the motion was refiled. At that time the Court entered the following order: "Responses are due by 11/15/2004."

4. On November 2, 2004, and without affording the other parties the opportunity to file a timely response, the Court allowed HARDY's motion and extended the deadline for HARDY to make expert disclosures to 12/31/2004.

5. The scheduling order in this cause cut off fact discovery as of July 1, 2004. The order also provides a deadline of December 15, 2004 "to complete expert discovery" with a dispositive motions deadline of January 15, 2005.

6. PONTIAC FLYING desires the opportunity to respond to the motion for extension in a meaningful manner and one which will take into account the potential need for a new scheduling order if the motion is to be allowed.

WHEREFORE, Defendant and Third Party Plaintiff, PONTIAC FLYING SERVICE, INC., prays that the Court reconsider its order of November 2, 2004 and in doing so allow the Defendant and Third Party Plaintiff to file a response to the motion as provided by the previous order of November 1, 2004.

CASSIDY & MUELLER

By: s/ DAVID B. MUELLER
    Attorneys for Defendant,
    PONTIAC FLYING SERVICE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Jeffrey B. Rock    jrock@hrbklaw.com, cpoehlman@hrbklaw.com

    Ms. Diane M. Baron    dbaron@clausen.com, pkebr@clausen.com

    Mr. Michael S. Krzak    msk@cliffordlaw.com, jmg@cliffordlaw.com

    Kevin P. Durkin    kpd@cliffordlaw.com; jg@cliffordlaw.com

**And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:**

    **Mr. Mark T. Banovetz**
    **Tressler, Soderstrom, Maloney & Priess**
    **233 S. Wacker Dr., 22nd Floor**
    **Chicago, IL  60606-6308**

    s/**DAVID B. MUELLER**
        David B. Mueller - #01980661
        CASSIDY & MUELLER
        416 Main Street, Suite 323
        Peoria, IL  61602
        Telephone: 309/676-0591
        Fax: 309/676-8036
        E-mail: dmueller@cassidymueller.com