### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA, ) <br>                                    ) <br> Plaintiff,                        ) <br>                                    ) <br> v.                                 ) <br>                                    ) <br> PONTIAC FLYING SERVICE, INC.,      ) <br> JUSTYN WEBSTER, as Special Administrator ) <br> of the Estate of NEIL WEBSTER, Deceased, ) <br> and CAREN S. LUCENTE, as Independent ) <br> Executor of the Estate of RICHARD P. ) <br> LUCENTE, Deceased,                 ) <br>                                    ) <br> Defendants,                        ) <br>                                    ) <br> and                                ) <br>                                    ) <br> PONTIAC FLYING SERVICE, INC.,      ) <br>                                    ) <br> Third Party Plaintiff,             ) <br>                                    ) <br> vs.                                ) <br>                                    ) <br> HARDY AVIATION INSURANCE, INC.,    ) <br>                                    ) <br> Third Party Defendant.             ) | Case No. 03-C V-01288 |

### MOTION FOR DEFAULT JUDGMENT

NATIONAL UNION FIRE INURANCE COMPANY OF PITTSBURGH, PA, Plaintiff, by its attorneys, HASSELBERG ROCK BELL & KUPPLER and TRESSLER, SODERSTROM, MALONEY & PRIESS, hereby moves that the Court grant a default judgment in its favor against Caren S. Lucente, as Independent Executor of the Estate of Richard P. Lucente, and in support of that Motion, states as follows:

1. This Motion is brought pursuant to Rule 55 of the Rules of Civil Procedure.

2. On June 21, 2004, Plaintiff filed its First Amended Complaint For Declaratory Judgment. That Complaint included claims for declaratory relief against Caren S. Lucente, as Independent Executor.

3. On September 14, 2004, a Notice of Lawsuit and Request For Waiver of Service of Summons was filed with the Court. That Notice contained the signed Waiver of Service of Summons which provided that judgment may be entered if an answer or motion was not served within 60 days of August 31, 2004.

4. It has been more than 60 days since August 31, 2004 and no answer or motion has been filed by Caren S. Lucente as Independent Executor.

5. The Plaintiff is entitled to a default judgment.

WHEREFORE, Plaintiff requests that the Court, pursuant to Rule 55 enter a default judgment against Caren S. Lucente, as Independent Executor of the Estate of Richard P. Lucente, Deceased, and declare:

A. That Caren S. Lucente, as Independent Executor of the Estate of Richard P. Lucente, is not an insured as defined by National Union Policy No. AV 3391999-04 with respect to the loss of the Air Tractor and the death of its occupants on May 5, 2003.

B. National Union Fire Insurance Company of Pittsburgh, PA. owes no defense or indemnity obligation to Lucente in connection with the Webster Complaint under the terms of National Union Policy No. AV 3391999-04.

                                        NATIONAL UNION FIRE INSURANCE
                                        COMPANY OF PITTSBURGH, PA., Plaintiff,

        By: \_\_\_\_s/\_\_\_\_Jeffrey B. Rock_____
Jeffrey B. Rock, Esq., Bar No. 2360039
Attorney for Plaintiff
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:  jrock@hrbklaw.com

Mark T. Banovetz, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL  60606-6308
Telephone:  (312) 627-4000

Attorneys for Plaintiff NATIONAL UNION
C:\wpdocs\JBR\AIG\Motion For Default.wpd

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of November, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David B. Mueller, Esq.
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602

Michael S. Krzak, Esq.
Kevin P. Durkin, Esq.
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
Suite 3100
Chicago, IL  60602


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:


Diane M. Baron, Esq.
George K. Flynn, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL  60603-1098

                                                    s/     Jeffrey B. Rock
                                          Jeffrey B. Rock, Esq., Bar No. 2360039
                                          Attorney for Plaintiff
                                          Hasselberg, Rock, Bell & Kuppler, LLP
                                          Suite 200 Associated Bank Building
                                          4600 N. Brandywine Drive
                                          Peoria, IL  61614-5591
                                          Telephone:  (309) 688-9400
                                          Facsimile:   (309) 688-9430
                                          E-mail:  jrock@hrbklaw.com


C:\wpdocs\JBR\AIG\Motion For Default.wpd