23 5324 00 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) No.   03-1288 |
| PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased | ) ) ) ) ) ) |
| Defendants/ Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third-Party Defendant. | ) ) |

**HARDY AVIATION INSURANCE, INC.'S
MOTION TO AMEND SCHEDULE FOR DISCOVERY
AND DISPOSITIVE MOTIONS**

NOW COMES the Third-Party Defendant, HARDY AVIATION INSURANCE, INC. (hereinafter "Hardy") by its attorneys, DIANE M. BARON and CLAUSEN MILLER, P.C., and hereby moves to amend the discovery and dispositive motion schedule and states as follows:

1.   Hardy filed a Motion to Extend Time to Make Expert Disclosures until December 31, 2004, which this Court granted on November 2, 2004.

2.   PONTIAC FLYING SERVICES, INC. (hereinafter "Pontiac") then filed a Motion for Reconsideration requesting time to file a response to Hardy's motion.

943785.1

3. By Order dated November 3, 2004, this Court allowed Pontiac's motion in part and directed it file its response by November 15, 2004, and to include in its response any suggestions to amend other deadlines pending in the case.

4. The undersigned spoke to Pontiac's counsel on November 3, 2004, and he expressed concern about having sufficient time under the schedule for filing dispositive motions.

5. Hardy hereby submits its suggestions and request to amend the deadlines currently pending in order to give all parties a fair and adequate opportunity to complete necessary fact and expert discovery and prepare any dispositive motions, in view of the Amended Complaint filed and the need to take the depositions of Scott and Sarah Petersen and possibly one or two others.

6. Hardy suggests and requests that the Court amend the current schedule to set the following deadlines:

   a. Fact discovery reopened until December 15, 2004;
   b. Pontiac to make any supplemental expert disclosures as to Hardy by December 25, 2004;
   c. Pontiac's expert to be deposed by January 15, 2005;
   d. Hardy to make expert disclosures by February 10, 2005;
   e. Hardy's expert to be deposed by February 20, 2005;
   f. Dispositive motions to be filed by March 20, 2005.

7. This schedule will allow the parties sufficient time to complete necessary discovery and prepare any dispositive motions.

943785.1

8.     This motion is made in good faith and not for purposes of delay, and none of the parties will be prejudiced by the proposed amended schedule.

WHEREFORE, Third-Party Defendant, HARDY AVIATION INSURANCE, INC., requests that this Court amend the current schedule as stated herein or as it deems appropriate.

By:  s/DIANE M. BARON
DIANE M. BARON
Attorney for Third-Party Defendant
HARDY AVIATION INSURANCE, INC.

DIANE M. BARON
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010

Attorneys for Third-Party Defendant,
HARDY AVIATION INSURANCE, INC.

943785.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois 61614
Tel. No.: 309-688-9400
Fax No.: 309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

David D. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL 61602
Tel. No.: 309-676-0591
Fax No.: 309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois 60602
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
kpd@cliffordlaw.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

943785.1

I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF Participants:

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois   60606

George K. Flynn
CLAUSEN MILLER, P.C.
Suite 1500
10 N. La Salle Street
Chicago, Illinois  60603-1098

Charmagne Topacio
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower
233 S. Wacker Drive
22nd Floor
Chicago, Illinois   60606-6308

                                            s/DIANE S. BARON
                                                DIANE S. BARON - Bar No. 6187430
                                                Attorney for Third-Party Defendant
                                                CLAUSEN MILLER, P.C.
                                                10 S. LaSalle Street
                                                Chicago, IL   60603
                                                Telephone:  (312) 606-7580
                                                Fax:  (312) 606-7777
                                                E-Mail:  dbaron@clausen.com

943785.1