UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

```
NATIONAL UNION FIRE          )
INSURANCE COMPANY,           )
                             )
          Plaintiff,         )
                             )
     v.                      )     No. 03-1288
                             )
PONTIAC FLYING SERVICE, INC.,)
et al.,                      )
                             )
          Defendants.        )
```

## O R D E R

National Union is suing Pontiac Flying Service, the estate of Neil Webster, and the estate of Richard Lucente.  National Union sent a request for waiver of service of summons to Lucente on August 31, 2004.  Lucente timely returned a waiver and therefore had until October 31, 2004, to plead or otherwise defend.  Fed. R. Civ. P. 4(d), 12(a)-(b), 55(a).  It is now November 2004 and Lucente has done neither.  National Union has filed a motion under Rule 55 (docket no. 53) which the Court construes as a motion for entry of default, Rule 55(a), and for judgment in National Union's favor on its claim against Lucente, Rule 55(b)(2).

The motion is GRANTED as follows.  The clerk shall enter Lucente's default.  It is hereby declared that (1) Caren S. Lucente, as independent executor of the estate of Richard P. Lucente, is not an insured as defined by National Union policy AV 3391999-04 with respect to the loss of the Air Tractor and the

1

death of its occupants on May 5, 2003, and (2) National Union owes no defense or indemnity obligation to Lucente in connection with the Webster complaint under National Union policy AV 3391999-04.

    Signed this <u>10th</u> day of November 2004.

<u>s/ Joe B. McDade</u>
JOE BILLY McDADE
Chief United States District Judge
