E-FILED
Friday, 12 November, 2004  04:40:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY ) | |
| OF PITTSBURGH, PA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 03-1288 |
| ) | |
| PONTIAC FLYING SERVICES, INC., ) | |
| ) | |
| Defendants and ) | |
| Third Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| HARDY AVIATION INSURANCE, INC., ) | |
| ) | |
| Third Party Defendant. ) | |

**MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO MOTION TO BAR EXPERT**

Now comes the Defendant, PONTIAC FLYING SERVICE, INC., ("PONTIAC FLYING") by its attorney, DAVID B. MUELLER of the firm of CASSIDY & MUELLER, and moves the Court for an extension of time in which to respond to the **PLAINTIFF'S MOTION TO BAR EXPERT REPORT AND TESTIMONY OF MARSHALL WILSON REAVIS, III** to and including November 18, 2004. In support of this motion, PONTIAC FLYING states that its counsel has been engaged in matters which have requiredd his time and efforts to such an extent that he will be unable to complete the Defendant's response by November 15, 2004. He requests three (3) additional days for that purpose. This extension will not delay or impede other matters which are scheduled in the case.

CASSIDY & MUELLER

By: s/ DAVID B. MUELLER
    Attorneys for Defendant,
    PONTIAC FLYING SERVICE, INC.

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Jeffrey B. Rock    jrock@hrbklaw.com, cpoehlman@hrbklaw.com

    Ms. Diane M. Baron    dbaron@clausen.com, pkebr@clausen.com

    Mr. Michael S. Krzak  msk@cliffordlaw.com, jmg@cliffordlaw.com

    Kevin P. Durkin    kpd@cliffordlaw.com; jg@cliffordlaw.com

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

    Mr. Mark T. Banovetz
    Tressler, Soderstrom, Maloney & Priess
    233 S. Wacker Dr., 22nd Floor
    Chicago, IL  60606-6308

    s/DAVID B. MUELLER
    David B. Mueller - #01980661
    CASSIDY & MUELLER
    416 Main Street, Suite 323
    Peoria, IL  61602
    Telephone: 309/676-0591
    Fax: 309/676-8036
    E-mail: dmueller@cassidymueller.com