**E-FILED**
Thursday, 18 November, 2004  03:04:38 PM
Clerk, U.S. District Court, ILCD

# AFFIDAVITS OF AGRICULTURAL AVIATION INDUSTRY REPRESENTATIVES

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NATIONAL UNION FIRE COMPANY )
OF PITTSBURGH, PA, )
                                       Plaintiff, )
                  vs. )     No. 03-1288
PONTIAC FLYING SERVICES, INC., )
               Defendants and )
               Third Party Plaintiff, )
                  vs. )
HARDY AVIATION INSURANCE, INC., )
               Third Party Defendant. )

**AFFIDAVIT**

STATE OF ILLINOIS      )
                                 ) SS.
COUNTY OF WHITESIDE  )

FRANK OUSLEY being first duly sworn on oath, deposes and states:

1. This affidavit is made of his own personal knowledge and if called upon he is competent to testify with respect thereto.

2. He is the Owner and Operator of Frank's Flying Service in Morrison, Illinois.

3. Frank's Flying Service is a flight business which engages in the aerial application of seeds, fertilizers and chemicals, sometimes known as "crop dusting".

4. He has personally been involved in the agricultural aviation business for five (5) years and in that regard has flown a number of different types of planes in the aerial application

of seeds, fertilizers and chemicals, as well as employing agricultural pilots who have flown planes for him in the aerial application of seeds, fertilizers and chemicals.

5. He is a member of the National Agricultural Aviation Association which is the national organization for persons involved in the aerial application business. He is also a member of the Illinois Agricultural Aviation Association and the Iowa Agricultural Aviation Association which are statewide organizations for persons involved in the aerial application business. He has been to meetings of each of those associations and regularly speaks with other members of those associations.

6. At the present time he is the Vice President Elect of the Illinois Agricultural Aviation Association.

7. Based upon his personal experiences in aerial application and his contacts and discussions with others in the industry and his involvement with the Iowa and Illinois Agricultural Aviation Associations and with the National Agricultural Aviation Association, he has a good understanding of all aspects of the agricultural aviation business and its customs.

8. The aerial application of seeds, fertilizers and chemicals requires specific training and instruction in the operation of aircraft and application equipment for that purpose. That training and instruction includes flights in the type of aircraft, piston or turbine, which is to be used for the application.

9. It is commonly understood and accepted in the agricultural aviation industry that pilot instruction flights, including turbine transition training for the operation of turbine driven application aircraft, are necessary and essential to the aerial application of chemicals, seeds and fertilizers.

10. It is commonly and generally understood and accepted in the agricultural aviation industry that pilot instruction flights, including turbine transition training flights, are flights which are in direct support of the application by aircraft of seeds, fertilizers or chemicals.

FURTHER THE AFFIANT SAYETH NOT.

_____
FRANK OUSLEY

SUBSCRIBED and SWORN to before me this /4th day of Nov., 2004.

OFFICIAL SEAL
JOYCE M. MILEY
Notary Public - State of Illinois
My Commission Expires 09/2...

_____
Notary Public

-3-

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NATIONAL UNION FIRE COMPANY )
OF PITTSBURGH, PA, )
 )
          Plaintiff, )
 )
vs. ) No. 03-1288
 )
PONTIAC FLYING SERVICES, INC., )
 )
          Defendants and )
          Third Party Plaintiff, )
 )
vs. )
 )
HARDY AVIATION INSURANCE, INC., )
 )
          Third Party Defendant. )

**AFFIDAVIT**

STATE OF MICHIGAN )
 ) SS.
COUNTY OF MIDLAND )

CORA GORSUCH being first duly sworn on oath, deposes and states:

1. This affidavit is made of her own personal knowledge and if called upon she is competent to testify with respect thereto.

2. She is the owner/operator of Earl's Spray Service, Inc., a flight business which engages in the aerial application of seeds, fertilizers and chemicals, sometimes known as "crop dusting".

3. She has personally been involved in the agricultural aviation business for twenty-nine (29) years and in that regard has both employed and "contracted" pilots and pilots with

planes for the aerial application of seeds, fertilizers and chemicals. She is a member of the Michigan Aerial Applicators Association, the National Gypsy Moth Management Board, and the National Agricultural Aviation Association. She has served as an executive board member of the National Gypsy Moth Management Board.

4. She has regularly attended the meetings of each of these associations and speaks at least weekly with other persons who are engaged in the agricultural aviation industry.

5. Based upon her personal experiences as an owner/operator the agricultural aviation industry and her contracts and discussions with others in the industry and her involvement with the Michigan Aerial Applicators Association, the National Gypsy Moth Management Board, and the National Agricultural Aviation Association, she has a good understanding of all aspects of the agricultural aviation business and its customs.

6. The aerial application of seeds, fertilizers and chemicals requires specific training and instruction in the operation of aircraft and application equipment for that purpose. That training and instruction includes flights in the type of aircraft, piston or turbine, which is to be used for the application.

7. It is commonly understood and accepted in the agricultural aviation industry that pilot instruction flights, including turbine transition training for the operation of turbine driven application aircraft, are necessary and essential to the aerial application of chemicals, seeds and fertilizers.

8. It is commonly and generally understood and accepted in the agricultural aviation industry that pilot instruction flights, including turbine transition training flights, are flights which are in direct support of the application by aircraft of seeds, fertilizers or chemicals.

FURTHER THE AFFIANT SAYETH NOT.

*Cora Gorsuch*
CORA GORSUCH

SUBSCRIBED and SWORN to before me this 15th day of NOVEMBER, 2004.

*Kenneth L. Howell*
Notary Public

KENNETH L. HOWELL
NOTARY PUBLIC, GRATIOT COUNTY, MI
MY COMMISSION EXPIRES MAY 7, 2011

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 03-1288 |
| PONTIAC FLYING SERVICES, INC., | ) ) ) | |
| Defendants and Third Party Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| HARDY AVIATION INSURANCE, INC., | ) ) | |
| Third Party Defendant. | ) | |

## AFFIDAVIT

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF FULTON     )

HARLEY CURLESS being first duly sworn on oath, deposes and states:

1. This affidavit is made of his own personal knowledge and if called upon he is competent to testify with respect thereto.

2. He is the Owner/Operator of Curless Flying Service, Inc., a flight business which engages in the aerial application of seeds, fertilizers and chemicals, sometimes known as "crop dusting".

3. He has personally been involved in the agricultural aviation business twenty-six (26) years and in that regard has flown the following piston driven planes: Piper Pawnee,

Gruman Ag-Cat, Cessna Ag-Truck, Air Tractors Models 301, 501, 401. He also flown Air Tractors turbine driven Models 402, 400, 503, 502, 602, and 802 in the aerial application of seeds, fertilizers and chemicals. In addition he has employed agricultural pilots who have flown planes for him in the aerial application of seeds, fertilizers and chemicals.

4. He is a member of the Illinois Agricultural Aviation Association where he has previously served as President, Vice President, and Secretary/Treasurer. He is also a member of the National Agricultural Aviation Association where he has served as a Director. During his membership in those association he has regularly been to meetings and speaks with other operators across the United States on the average of five – eight times a week. Based upon his personal experiences in agricultural aviation and his contacts and discussions with others in the industry and his involvement with the National Agricultural Aviation Association and the Illinois Agricultural Aviation Association, he has a good understanding of all aspects of the agricultural aviation business and its customs.

5. The aerial application of seeds, fertilizers and chemicals requires specific training and instruction in the operation of aircraft and application equipment for that purpose. That training and instruction includes flights in the type of aircraft, piston or turbine, which is to be used for the application.

6. It is commonly understood and accepted in the agricultural aviation industry that pilot instruction flights, including turbine transition training for the operation of turbine driven application aircraft, are necessary and essential to the aerial application of chemicals, seeds and fertilizers.

7. It is commonly and generally understood and accepted in the agricultural aviation industry that pilot instruction flights, including turbine transition training flights, are flights which are in direct support of the application by aircraft of seeds, fertilizers or chemicals.

FURTHER THE AFFIANT SAYETH NOT.

_____
HARLEY CURLESS

SUBSCRIBED and SWORN to before me this __17__ day of __November__, 2004.

_____
Notary Public

"OFFICIAL SEAL"
REBECCA M. KLUTHE
Notary Public, State of Illinois
My Commission Expires 07/10/06

- 3 -

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY<br>OF PITTSBURGH, PA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 03-1288<br>) |
| PONTIAC FLYING SERVICES, INC., | )<br>) |
| Defendants and<br>Third Party Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| HARDY AVIATION INSURANCE, INC., | )<br>) |
| Third Party Defendant. | ) |

## AFFIDAVIT

| | |
|---|---|
| STATE OF ARKANSAS | ) |
| | ) SS. |
| COUNTY OF CRITTENDEN | ) |

DENNIE STOKES being first duly sworn on oath, deposes and states:

1. This affidavit is made of his own personal knowledge and if called upon he is competent to testify with respect thereto.

2. He is the Vice President of Mid Continent Aircraft, a flight business which engages in the aerial application of seeds, fertilizers and chemicals, sometimes known as "crop dusting".

3. He has personally been involved in the agricultural aviation business since 1981 and in that regard has flown planes in the aerial application of seeds, fertilizers and chemicals as

well as employing agricultural pilots who have flown planes for him and at his direction in the aerial application of seeds, fertilizers and chemicals. At the present time Mid Continent Aircraft employs three such pilots.

4. In the pursuit of agricultural aviation he and his pilots have flown Pawnees, Piston and Turbine Ag-Cats, Piston and Turbine Thrushes, and Piston and Turbine Air Tractors.

5. He is a member of the Arkansas Agricultural Aviation Association and the National Agricultural Aviation Association. With the Arkansas Agricultural Aviation Association he has been on the Board of Directors for 12 years and served two terms as Treasurer. In 2003 he was the President of the National Agricultural Aviation Association. He has regularly attended meetings of both the Arkansas Agricultural Aviation Association and the National Agricultural Aviation Association and confers on a weekly basis with other members with both association.

6. Based upon his personal experiences in aerial application and his contacts and discussions with others in the industry and his involvement with the Arkansas Agricultural Aviation Association and the National Agricultural Aviation Association, he has a good understanding of all aspects of the agricultural aviation business and its customs.

7. The aerial application of seeds, fertilizers and chemicals requires specific training and instruction in the operation of aircraft and application equipment for that purpose. That training and instruction includes flights in the type of aircraft, piston or turbine, which is to be used for the application.

8. It is commonly understood and accepted in the agricultural aviation industry that pilot instruction flights, including turbine transition training for the operation of turbine driven

application aircraft, are necessary and essential to the aerial application of chemicals, seeds and fertilizers.

9. It is commonly and generally understood and accepted in the agricultural aviation industry that pilot instruction flights, including turbine transition training flights, are flights which are in direct support of the application by aircraft of seeds, fertilizers or chemicals.

FURTHER THE AFFIANT SAYETH NOT.

_____
DENNIE STOKES

SUBSCRIBED and SWORN to before me this 18th day of November, 2004.

_____
Reba L. Lunsford
Notary Public

My Commission Expires: 11-1-2005

- 3 -