**E-FILED**
Thursday, 18 November, 2004  03:04:52 PM
Clerk, U.S. District Court, ILCD

# SUPPLEMENTAL REPORT

National Union Fire Insurance
Company of Pittsburgh, Pennsylvania
Plaintiff

v.

Pontiac Flying Service, Inc.,
Defendant and Third Party
Plaintiff

v.

Hardy Aviation Insurance, Inc.,
Third Party Defendant

## Supplement to
## Report and Analysis

The opinions contained in my Report and Analysis of September 13, 2004 are also based upon my knowledge and understanding of the agricultural aviation industry, including what is necessary for and incidental to the application of seeds, fertilizers and chemicals by specifically designed and certified aircraft. It is my professional opinion that within that industry it is uniformly understood that pilot instruction flights in the type of aircraft which is to be used for aerial application are required and essential to the aerial application of those substances. I have found without exception that absent training and instruction flights in the same type of aircraft which is to be used the application process cannot take place.

I am aware also from the manufacturer of the Air Tractor 503 that it has two seats and dual controls for purposes which include the turbine transition training of pilots for aerial application. Both within the Illinois Agricultural Aviation Association and the National Agricultural Aviation Association it is uniformly understood and accepted that pilot instruction flights, including flights for turbine training of piston trained pilots, are required in direct support of the aerial application of seeds, fertilizers and chemicals.

**Supplement to**
**Report and Analysis**

The opinions which are expressed in my report and in this supplement are based upon my education, training and experience in the insurance industry as well as my understanding of the commonly accepted practices and understandings within the agricultural aviation industry as to what flights are required in direct support of the aerial application of seeds, fertilizers and chemicals.

*Marshall W Reavis III*

Marshall W. Reavis III, PhD
November 11, 2004