23 53 24 00 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) No.   03-1288 |
| PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased | ) ) ) ) ) ) ) |
| Defendants/ Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third-Party Defendant. | ) |

**HARDY AVIATION INSURANCE, INC.'S
MOTION FOR EXTENSION OF TIME TO MAKE EXPERT DISCLOSURES**

NOW COMES the Third-Party Defendant, HARDY AVIATION INSURANCE, INC. (hereinafter "Hardy") by its attorneys, DIANE M. BARON and CLAUSEN MILLER P.C., and hereby moves for an extension of time within which to disclose its expert and provide its Rule 26 report, and in support hereof states as follows:

1.  Under the schedule previously set, Hardy was to depose the expert of Defendant and Third Party Plaintiff, PONTIAC FLYING SERVICES, INC. (hereinafter "Pontiac") by January 15, 2005 and make its expert disclosures by February 10, 2005.

2.  Due to the motion to bar Pontiac's expert previously filed by Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (hereinafter "National Union"), which remains pending, the undersigned and Pontiac's counsel agreed prior

to January 15, 2005 to postpone the deposition of Pontiac's expert until National Union's motion to bar is resolved, in order to avoid having a second deposition of the expert by National Union if its motion to bar is denied. The undersigned advised Pontiac's counsel at that time that she would then need some time after Pontiac's expert is deposed to make Hardy's expert disclosures. Pontiac's counsel expressed no objection to this request.

3. In addition, it was necessary to reschedule the depositions of Scott and Sarah Petersen several times by agreement of the parties due to the severe snow and ice storms during the past few months. They are now scheduled for February 21, 2005.

4. Therefore, Hardy hereby requests an extension of time to make its expert disclosures until 30 days after Pontiac's expert has been deposed.

5. This motion is brought in good faith and not for purposes of delay, and none of the parties will be prejudiced by this extension.

WHEREFORE, Third-Party Defendant, HARDY AVIATION INSURANCE, INC., requests an extension of time of within which to make its expert disclosures and provide its Rule 26 report until 30 days after Pontiac's expert is deposed herein.

By: /s/ Diane M. Baron
DIANE M. BARON
Attorney for Third-Party Defendant
HARDY AVIATION INSURANCE, INC.

DIANE M. BARON
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010

Attorneys for Third-Party Defendant,
HARDY AVIATION INSURANCE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey B. Rock<br>HASSELBERG ROCK BELL & KUPPLER<br>Suite 200 - Associated Bank Building<br>4600 N. Brandywine Drive<br>Peoria, Illinois 61614<br>Tel. No.: 309-688-9400<br>Fax No.: 309-688-9430<br>jrock@hrbklaw.com<br>cpoehlman@hrbklaw.com | David D. Mueller<br>CASSIDY & MUELLER<br>323 Commerce Bank Building<br>416 Main Street<br>Peoria, IL 61602<br>Tel. No.: 309-676-0591<br>Fax No.: 309-676-8036<br>dmueller@cassidymueller.com<br>jstieghorst@cassidymueller.com |
| Kevin P. Durkin<br>CLIFFORD LAW OFFICES<br>120 N. La Salle Street<br>31st Floor<br>Chicago, Illinois 60602<br>Tel. No.: 312-899-9090<br>Fax No.: 312-251-1160<br>kpd@cliffordlaw.com | Michael S. Krzak<br>CLIFFORD LAW OFFICES<br>120 N. La Salle Street<br>31st Floor<br>Tel. No.: 312-899-9090<br>Fax No.: 312-251-1160<br>msk@cliffordlaw.com<br>jmg@cliffordlaw.com |
| George K. Flynn<br>CLAUSEN MILLER P.C.<br>10 South LaSalle Street<br>Chicago, Illinois 60603<br>gflynn@clausen.com | Mark T. Banovetz<br>TRESSLER SODERSTROM MALONEY & PRIESS<br>Sears Tower - 22nd Floor<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>mbanovetz@tsmp.com |

/s/
Diane M. Baron
_____
DIANE S. BARON - Bar No. 6187430
Attorney for Third-Party Defendant
CLAUSEN MILLER, P.C.
10 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 606-7580
Fax: (312) 606-7777

E-Mail:  dbaron@clausen.com