E-FILED
Thursday, 24 February, 2005  03:19:25 PM
Clerk, U.S. District Court, ILCD

23 53 24 00 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) No.   03-1288 |
| PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased | ) ) ) ) ) ) ) |
| Defendants/ Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third-Party Defendant. | ) |

### MOTION OF THIRD PARTY DEFENDANT
### HARDY AVIATION INSURANCE, INC. TO ATTEND HEARING BY TELEPHONE

NOW COMES the Third-Party Defendant, HARDY AVIATION INSURANCE, INC. ("Hardy") by its attorneys, DIANE M. BARON and CLAUSEN MILLER P.C., and hereby moves for leave to attend the oral argument set for March 1, 2005 on the pending motions of Plaintiff, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("National Union") by telephone, and in support hereof states as follows:

    1.    On February 24, 2005, this Court entered a text order setting oral arguments on National Union's pending evidentiary motions for March 1, 2005, at 1:30 p.m. and ordering that counsel for Plaintiff National Union and Defendant PONTIAC FLYING SERVICE, INC. ("Pontiac") appear in person.

2.	Counsel for Third Party Defendant Hardy is also interested in attending said oral argument but is unable to attend in person.  Therefore, the undersigned requests leave to attend said oral argument by telephone.  Either the undersigned or George Flynn of Clausen Miller P.C., who also has an appearance on file, would participate by telephone and initiate the call.

WHEREFORE, Third-Party Defendant, HARDY AVIATION INSURANCE, INC., prays for leave of court to attend the oral argument on National Union's pending motions set for March 1, 2005 at 1:30 p.m. by telephone.

By: /s/ Diane M. Baron
DIANE M. BARON
Attorney for Third-Party Defendant
HARDY AVIATION INSURANCE, INC.

DIANE M. BARON
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010

Attorneys for Third-Party Defendant,
HARDY AVIATION INSURANCE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2005, I electronically filed the foregoing with the Clerk of the Court using he CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois  61614
Tel. No.: 309-688-9400
Fax No.: 309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

David D. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602
Tel. No.: 309-676-0591
Fax No.: 309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois  60602
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
kpd@cliffordlaw.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

George K. Flynn
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603
gkflynn@clausen.com

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
mbanovetz@tsmp.com

    /s/    Diane M. Baron
DIANE S. BARON - Bar No. 6187430
Attorney for Third-Party Defendant
CLAUSEN MILLER, P.C.
10 S. LaSalle Street
Chicago, IL  60603
Telephone:  (312) 606-7580
Fax:  (312) 606-7777
E-Mail:  dbaron@clausen.com