## In The Matter Of:

*National Union Fire Company  v.*
*Pontiac Flying Services, Inc.*



*JAMES RANDALL HARDY*
*July 15, 2004*

*Court Reporting Service*
*Litigation Support*
*Midcity Place*
*115 East Douglas*
*Wichita, KS  67202*
*(316) 267-1201    FAX: (316) 267-1203*

*Original File JG2047.TXT, 144 Pages*
*Min-U-Script® File ID: 0675104689*

**Word Index included with this Min-U-Script®**

Page 69

[1] to the policy effective March 1, 2002, what
[2] policy was that?
[3]   A: It would have been the —
[4]   Q: What I would like for you to do when I say what
[5] policy was that, give me the carrier, the
[6] policy number and the policy period.
[7]   MS. BARON: And if you need to refer
[8] to your own file to do that, please do so.
[9]   MR. MUELLER: He's got his file.
[10]  A: On the Policy AV 3391999-03.
[11]             BY MR. MUELLER:
[12]  Q: That was the policy?
[13]  A: The endorsement number ten effective March 1,
[14] 2002, the Air Tractor 503 was added to the
[15] policy.
[16]  Q: You're referring to what page number on
[17] Exhibit E?
[18]  A: Page number 41.
[19]  Q: And the policy period?
[20]  A: The policy period of that policy is April 10,
[21] 2001, to April 10, 2002.
[22]  Q: So it would have been — that policy would have
[23] been up for renewal then as of April 10, 2002,
[24] for a policy period April 10, 2002, to
[25] April 10, 2003?

Page 70

[1]   A: It would have been, yes.
[2]   Q: And was the policy renewed?
[3]   A: I had limited involvement in this, but as per
[4] my notes —
[5]   Q: Let the record show he's referring to Exhibit F
[6] which are his typed notes.
[7]   A: The policy was moved to USAIG for the same
[8] period of time. The policy was moved to USAIG
[9] April 10, 2002 — coverage was moved, not the
[10] policy. The coverage was moved to USAIG, a
[11] different carrier.
[12]  Q: And did USAIG — does USAIG have anything to do
[13] with the plaintiff in this case, National Union
[14] Fire Insurance Company of Pittsburgh?
[15]  A: No.
[16]  Q: Were you dealing with Mary Beth Schwaegel at
[17] that time?
[18]  A: No.
[19]  Q: Do you have a copy in your file which you
[20] provided us, being Exhibit E, of the USAIG
[21] policy?
[22]  A: No.
[23]  Q: Well, at some point in time, would you agree
[24] then that the coverage went back to AIG?
[25]  A: Yes.

Page 71

[1]   Q: And when would that have been? I take it that
[2] would have been April 10th of 2003 thereafter?
[3]   A: No. We replaced the coverage from USAIG back
[4] to AIG May 19th, 2002.
[5]   (Discussion held off the record.)
[6]             BY MR. MUELLER:
[7]   Q: Why was the coverage switched in the first
[8] instance from an AIG policy to a USAIG policy
[9] and when did that take place?
[10]  A: Are we back on the record?
[11]  Q: We're back on the record?
[12]  A: The renewal of the policy for 4-10 of — the
[13] renewal policy for 4-10-2002 we had procured a
[14] better quote through USAIG which is a separate
[15] carrier saving our client money.
[16]  Q: So you got a policy for what period from USAIG?
[17]  A: We bound the policy with USAIG from 4-10 to
[18] 5-19 of '02, putting the coverage back with AIG
[19] because our client was requiring the ability to
[20] do gypsy moth contracts which requires
[21] coverages that USAIG was unable to provide, so
[22] we had to cancel the USAIG policy and put it
[23] back with AIG as of 4-19-02.
[24]  Q: Exhibit A that you have before you then is the
[25] AIG policy that you're referring to that ran

Page 72

[1] for the policy period May 19, 2002, to May 19,
[2] 2003, that took the place of the USAIG policy.
[3]   A: Yes.
[4]   MS. BARON: Just for clarification,
[5] it is a National Union policy. It's not
[6] an AIG policy.
[7]   MR. MUELLER: Well, I think we've
[8] gotten the clarification here that he
[9] deals with AIG on it, and I don't want to
[10] go there and spend all the time mucking
[11] that swamp out.
[12]  MS. BARON: We're glad.
[13]  MR. MUELLER: Which not in the
[14] deposition, but if at some point in time
[15] it becomes an issue, then we're going to
[16] put on our alligator boots and go down
[17] there and pump the swamp out.
[18]  MS. BARON: That's fine.
[19]            BY MR. MUELLER:
[20]  Q: Is the policy which is Exhibit A the same
[21] policy that the Petersens and Pontiac Flying
[22] had with AIG for the policy period that ended
[23] April the 10th?
[24]  MS. BARON: Of what year? Object to
[25] the form of the question.

Page 73

BY MR. MUELLER:
Q: Of 2002. In other words, are we looking at the same policy, that this is simply a renewal of the old policy?
A: Yes.
Q: So are the coverages and endorsements and policy provisions the same with the exception of the premiums on the declarations page and the policy period?
A: No.
Q: What changes are there between the two policies?
A: The beginning of the policy April 10, 2001/2002 did not have the Air Tractor 503. It was later endorsed onto that policy.
Q: So we had a separate endorsement for the Air Tractor which is now included on the declarations page of the May 19th policy —
A: Yes.
Q: — correct? Any other changes?
MS. BARON: Do you want him to put the policies side by side and go through them word for word?
BY MR. MUELLER:
Q: Not word for word, but I want to know of any

Page 74

significant changes.
MS. BARON: If you know.
A: Significant changes, I don't believe so. There could have been some endorsements differently due to activity required. I don't know.
BY MR. MUELLER:
Q: Well, do you have both policies here because I don't want to be surprised later when I don't have the chance to ask the question. You can make a brief comparison between the two for us.
A: I don't have the full April 10th policy but I'll do the best I can.
Q: Let me limit my question also to try to short-circuit this, any changes that related to the Air Tractor other than what you've described?
A: The Air Tractor upon being endorsed to the policy April 10 was added for the purposes of aerial application application. That endorsement or the conditions of the endorsement was that Scott Petersen would fly the aircraft — let me strike that if I could and back up. I don't have anything to define that.
Q: I want the policy forms, the endorsements, the

Page 75

language in the policy itself, the document.
A: The Air Tractor 503 was added to the policy wherein the May 19th policy, 2002, ending up with a dash 04 on the policy number, the Air Tractor was a part of the policy at the beginning of the policy.
Q: On the declarations page.
A: Correct. That's the difference.
Q: So it would be your testimony that whatever coverage there was within the four corners of that policy as of April 10, 2002, carried forward into the policy which is Exhibit A starting May 19th, 2002.
A: No.
Q: Where then is the contract different or are the forms different?
A: April 10, 2002, policy was a USAIG policy.
Q: I'm saying the last AIG policy that ended as of April 10th, between those two what would your answer be?
A: To my knowledge, those are similar in policy.
Q: As you sit here today, can you think of any differences between them other than those you've already described?
A: I don't recall any differences, no.

Page 76

Q: Is your testimony now the gypsy moth coverage was added to Exhibit A which had not existed in the policy which ended on April 9th of 2002; is that correct?
A: I don't recall if it was in the earlier policy, but it would be a definite addition to if not already there in the May 19th, 2002, policy.
Q: Does that now encompass all of the changes that you're aware of?
A: That I'm aware of at this time.
Q: And that's your aware of at this time based upon having reviewed the file that you have with you today.
A: Yes.
Q: When did you first become aware that Scott and Sarah Petersen were using the Air Tractor for transition turbine training?
A: I never had direct conversations with Scott or Sarah regarding transition training that they are providing with the Air Tractor 503. However, the day of the loss I was reading a trade publication magazine and in that publication was a comment to the editor looking for transitioning training. He had indicated that he had heard that Pontiac Flying Service

Page 77

[1] was going to provide that. That same day I
[2] took that trade publication back to my
[3] assistant, Angie, who had just hung up on the
[4] phone with our client Scott or Sarah Petersen
[5] indicating that she had had the loss that
[6] morning.
[7] **Q:** So making a long story short since I asked for
[8] the date, it was May 5th of 2003; correct?
[9] **A:** The loss occurred 5-5-2003, yes, and that was
[10] when I was aware of the possibility that they
[11] were using this airplane for that training.
[12] **Q:** So prior to that time you were not aware of
[13] that.
[14] **A:** No.
[15] **Q:** When do you become involved in the renewal of
[16] policies?
[17] **A:** Depends on the —
[18] **Q:** By you I'm referring to the agency.
[19] **A:** The agency we generally try and get involved —
[20] with every agency things will vary depending on
[21] weekends, days and things of that nature, but
[22] generally 120 days out we start the renewal
[23] process.
[24] **Q:** And as I understand your role or relationship
[25] to your clients, you want to find out in their

Page 78

[1] operations in setting up for a renewal what it
[2] is that they're doing and what they need
[3] coverage for, in other words, monitoring their
[4] businesses.
[5] **A:** Yes, and upon renewal seeking information that
[6] might have changed.
[7] **Q:** So when you're going to them for renewal, you
[8] want to get an update on their business so you
[9] can counsel with them and advise them as to
[10] what coverages they should have.
[11] **A:** We get an update based on what they tell us
[12] alone.
[13] **Q:** If you knew as of the time that you were
[14] setting up for renewal — and you said how many
[15] days, 120?
[16] **A:** Generally.
[17] **Q:** So if this is May 19th would be the date
[18] you've got to replace that policy, we go back
[19] April, March, February, January. So the
[20] renewal process would start in approximately
[21] January for that policy?
[22] **A:** In our notes, January 30th of '03 the renewal
[23] update was sent to the insured which we clearly
[24] marked the airplanes were for ag uses only.
[25] **Q:** And if you had known that they were using the

Page 79

[1] plane for turbine transition training, is that
[2] something that you would have brought to their
[3] attention regarding coverage for that use?
[4] **A:** Yes.
[5] **Q:** And would that be a part of the monitoring
[6] responsibility that you have?
[7] **A:** Yes.
[8] **Q:** So it is your testimony that you didn't know
[9] that they were using it for transition training
[10] and that, therefore, didn't bring it to their
[11] attention prior to May 5th of 2003?
[12] **A:** Yes.
[13] **Q:** What publication was it that you were reading?
[14] **A:** It's called the Ag Air Update.
[15] **Q:** What is that publication?
[16] **A:** It's a newspaper that's published by a
[17] gentleman out of Georgia that just does a
[18] general publication for ag pilots and ag
[19] operations. He publishes it monthly.
[20] **Q:** And is that something that you subscribe to?
[21] **A:** I get it because I'm an advertiser.
[22] **Q:** So you put ads in that?
[23] **A:** Yes.
[24] **Q:** And were you putting ads in that magazine back
[25] in 2002?

Page 80

[1] **A:** Yes.
[2] **Q:** How frequently would you have an ad in the
[3] magazine?
[4] **A:** Every month.
[5] **Q:** Would you then read the magazine on a monthly
[6] basis and see your ad?
[7] **A:** Not in total, but I read bits and pieces of it,
[8] yes.
[9] **Q:** I take it you would certainly look for your ad
[10] to make sure they put it in there, wouldn't
[11] you?
[12] **A:** Yes. Can I extend that comment?
[13] **Q:** Not at the moment. If you want to, your
[14] counsel can bring it out. Now I have a couple
[15] of issues here. For instance, is this one of
[16] the Ag Air Updates? Is that the magazine or
[17] paper that you're referring to?
[18] **A:** Yes.
[19] **Q:** And which volume and issue is that?
[20] **A:** This is the November 27th issue, 2002.
[21] **Q:** And does that have something on it, a
[22] post-it —
[23] **A:** Yes, it does.
[24] **Q:** — on the cover? And what does that post-it
[25] say?

Page 93

[1] **Q:** Going on with page 121: It now appears the
[2] aircraft was being used for turbine transition
[3] training, thus the reason for an additional
[4] person being on board. You were aware as you
[5] have testified prior to this time that it was a
[6] dual cockpit; correct?
[7] **A:** Yes.
[8] **Q:** And that it had been used for turbine
[9] transition training in direct support of aerial
[10] application by Harold Miller before; correct?
[11] **A:** Yes.
[12] **Q:** Did you ever tell Scott Petersen that he was
[13] not covered for turbine transition training in
[14] that plane? Did you ever tell him that?
[15] **A:** Yes.
[16] **Q:** And when did that conversation take place?
[17] **A:** It would vary, but my recollection of all of
[18] our paperwork clearly states for ag use only,
[19] and whether or not I have had conversations
[20] with him I don't recall, but there have been —
[21] prior to this loss there was a request for
[22] training on a different airplane which we
[23] sought coverage for and were able finally to
[24] get after a period of time only because when he
[25] originally called during the policy period

Page 94

[1] after he bought the 503 he did not have enough
[2] time to be considered someone that would be
[3] able to train and our records will show that
[4] originally the companies — all companies
[5] denied coverage for training in a separate
[6] aircraft only to continue working with the
[7] underwriter to finally get her to agree to it
[8] after he had some more time. So conversations
[9] about training had taken place throughout the
[10] policy period and I'm sure — not having
[11] anything in front of me, I'm sure that the
[12] conversation came up that we don't have
[13] training at this time, we don't have training
[14] in anything and he knew that.
[15] **Q:** When I'm dealing with conversations, as I
[16] understand it, you recall no specific
[17] conversations with Scott Petersen in which the
[18] term turbine transition training was used with
[19] respect to this plane prior to the accident; is
[20] that correct?
[21] **A:** The ability to put that on paper and show it to
[22] you, no.
[23] **Q:** Is what I'm saying correct, that you know of no
[24] conversations with him in which the term
[25] turbine transition training was used prior to

Page 95

[1] the accident?
[2] **A:** I'm sorry. Part of your question I understood
[3] but the second part say again, please.
[4] **Q:** Is it true that you recall no conversations
[5] with Scott Petersen in which the term turbine
[6] transition training was used prior to the
[7] accident?
[8] **A:** No, that's not true because I don't recall
[9] whether we discussed it or not in its form that
[10] you have indicated.
[11] **Q:** That's a fairly straightforward question. Can
[12] you think of any conversations in which the
[13] term turbine transition training was used with
[14] Scott Petersen prior to this accident?
[15] **A:** No.
[16] **Q:** And would the same be true for Sarah Petersen?
[17] **A:** I don't know. No, I don't know.
[18] **Q:** Do you know of any conversations with Sarah
[19] Petersen?
[20] **A:** Again, the conversations we had about
[21] transition training whether it be turbine or
[22] piston or just training in ag airplanes took
[23] place. The exact content of those
[24] conversations I can't testify to because I
[25] don't remember.

Page 96

[1] **Q:** Now getting back to my question because I'm
[2] going to stay with it, the question used the
[3] term turbine transition training. We've gotten
[4] past that with Scott Petersen. My question is
[5] are you aware of any conversations with Sarah
[6] Petersen in which the term turbine transition
[7] training was used before the accident?
[8] **A:** No.
[9] **Q:** And you have testified previously that turbine
[10] transition is exactly that, that it is
[11] transitioning from a piston-driven plane to a
[12] turbine-driven plane for an aerial application.
[13] **A:** Yes.
[14] **Q:** And that instruction in aerial application is
[15] the instruction on how to fly the planes for
[16] the purpose of applying the chemical, seeds and
[17] fertilizers; correct?
[18] **A:** Generally, yes.
[19] **Q:** And having reviewed your file, would it be
[20] accurate to say that the subject of turbine
[21] transition training for this plane after it was
[22] acquired by Scott and Sarah Petersen does not
[23] appear before the accident?
[24] **A:** Restate that again. I'm sorry.
[25] **Q:** Does the term turbine transition training as it

Page 113

[1] MR. MUELLER: And at this point we'll
[2] take half an hour break.
[3] (Thereupon, a noon recess was taken;
[4] whereupon, the following:)
[5]                BY MR. MUELLER:
[6] Q: We're back on the record after a break and we
[7] left off, as I recall, with a discussion of the
[8] exhibit that was your web page and the last
[9] portion of that. Let's come back to page 121
[10] where we left off. Do you recall ever
[11] explaining any portions of the policy in
[12] question to Scott and Sarah?
[13] A: Yes.
[14] Q: And do you recall explaining any portions of
[15] the policy to Scott and Sarah before the
[16] accident?
[17] A: Yes.
[18] Q: And when would that have taken place?
[19] A: The exact date I don't have, but prior to the
[20] accident when they called me about doing
[21] training in their aircraft, we talked over the
[22] phone in general conversations about the policy
[23] and what is required, the changes in the policy
[24] to do training coverage.
[25] Q: When you're talking about training coverage,

Page 114

[1] you're talking about training coverage using an
[2] Air Cat?
[3] A: Any airplane, for that matter, but in this
[4] particular case the Ag Cat that he called
[5] about, but it's a general question about
[6] changing your policy to include training.
[7] Q: With whom did you talk?
[8] A: Scott.
[9] Q: And was he talking to you then about the
[10] turbine aircraft or was it limited to the Air
[11] Cat or do you remember?
[12] A: My recollection that we only talked about the
[13] possibility of getting the Ag Cat, a piston
[14] aircraft to do training in.
[15] Q: And that would be training, per se, for aerial
[16] application as you've described it. In other
[17] words, knowing how to fly the plane so that you
[18] could actually put out chemicals, seeds and
[19] fertilizer.
[20] A: Yes.
[21] Q: Now coming back on page 121, picking up again
[22] with the conversation between you and Sarah.
[23] A: Okay.
[24] Q: Was that conversation that you're referring to
[25] on the 5th or was that on the 6th, the same day

Page 115

[1] as the memorandum?
[2] A: I believe it's on the 6th, the conversation I
[3] had that day with him.
[4] Q: The next sentence: She told me over the phone
[5] she was under the understanding or they assumed
[6] that since we added Scott back in the beginning
[7] for transition training by Harold Miller who
[8] they bought this aircraft from, that gave them
[9] transition training coverage just like the
[10] school they bought the aircraft from. Do you
[11] recall that discussion?
[12] A: Yes.
[13] Q: Now you have previously testified that you
[14] don't recall any discussions with Scott and you
[15] don't have any memoranda of discussions with
[16] Scott or Sarah either regarding — just between
[17] you and them regarding a coverage for the Air
[18] Tractor. Do you recall that?
[19] A: I recall the conversation, but when you say
[20] coverage for the Air Tractor —
[21] Q: Yes. You had testified previously that you had
[22] no memory of specific conversations with either
[23] Scott or Sarah regarding coverage for the Air
[24] Tractor at the time it was purchased.
[25] A: Correct.

Page 116

[1] Q: And you looked through the file and you were
[2] unable to find any memoranda or anything else
[3] regarding conversations of that type.
[4] A: That I had, but I found —
[5] Q: That you had.
[6] A: That I had personally, no, I did not find any
[7] conversations.
[8] Q: Did you find any memoranda of any sort
[9] regarding transition training coverage on that
[10] plane at the time it was acquired?
[11] A: Just the notes that Angie had in the file.
[12] Q: And could you find those notes?
[13] A: Okay. Here's the note.
[14] Q: Have you located a page?
[15] A: Page 118. I'm sorry. That was about the Ag
[16] Cat.
[17] Q: That's 6-19. We're talking about in the time
[18] frame February 8th to March 1st.
[19] A: When she originally handled the airplane
[20] policy.
[21] Q: That's right. We're talking about transition
[22] training having been discussed under that
[23] policy. Her letter to them is Page 51 if that
[24] gives you any frame of reference telling them
[25] that they got the coverage.

Page 121

[1] Q: As far as Exhibit E, the documents you produced
[2] for us and that you've gone through here today,
[3] you don't find any such materials, do you?
[4] A: Correct.
[5] Q: What I refer to as the, Houston, we have a
[6] problem memo, it continues on: Scott and Sarah
[7] bought this aircraft from Harold Miller who was
[8] selling out his aircraft, and as I just found
[9] out, his school as well. She isn't holding us
[10] responsible yet, however, who knows how these
[11] deals will fall. What are you referring to
[12] when you say deals and fall?
[13] A: Well, just exactly what it says. You never
[14] know what — peoples' attitudes change and
[15] their memories change a lot of times after a
[16] loss and what I was referring to there was that
[17] we had no knowledge of the school, we had no
[18] knowledge of the training, we had no knowledge
[19] that they had bought Harold's Flying Service.
[20] However, sometimes in my business after an
[21] accident depending on how it's going to
[22] financially affect somebody, their memory
[23] changes.
[24] Q: But at the same time then you continue on that
[25] you believed Sarah when she told you that they

Page 122

[1] assumed or presumed that they had this,
[2] referring to coverage, since they transitioned
[3] Scott and they bought the aircraft Harold was
[4] using for training. Does that appear there?
[5] A: Yes.
[6] Q: At that point in time, it was your belief that
[7] Sarah was being sincere.
[8] A: My comment there —
[9] Q: Did you believe she was being sincere?
[10] MS. BARON: I'm going to object to
[11] the form of the question as being too
[12] broad. Sincere about what?
[13] MR. MUELLER: He can say that he
[14] doesn't recall that she was sincere when
[15] she said that she assumed that they had
[16] the coverage since they transitioned Scott
[17] and bought the aircraft Harold was using
[18] for training.
[19] A: What I meant by that was I can believe that she
[20] believed that but not necessarily that that's
[21] what it was.
[22]             BY MR. MUELLER:
[23] Q: So you believed that she was sincere in that
[24] belief whether it's accurate or not.
[25] A: I'm not using the term sincere.

Page 123

[1] Q: Well, do you believe she was insincere then?
[2] A: I'm not going to use that term. I can't —
[3] Q: When you use the term you believe someone — if
[4] I were to say to you this is a wooden table and
[5] you say I believe you, what do you mean when
[6] you use the term believe? What are your
[7] beliefs founded on?
[8] A: If you'll allow me to expand on this, I'll
[9] explain it which is at the time we had and have
[10] always had with this account problems with the
[11] wife and the husband both thinking that they've
[12] done something when they hadn't, and so trying
[13] to be an agent to my client and trying to
[14] express to the insurance company that even
[15] though there was no coverage, I believe they
[16] thought they believed, however you want to put
[17] that, and I believe that they had hoped and
[18] wished that somebody had made this change in
[19] the policy. It wasn't there and that's evident
[20] from everything that we have and was never
[21] asked for, but I did not want to come across to
[22] AIG that I felt like she was trying to out and
[23] out lie because I didn't believe that she was
[24] trying to do just that.
[25] Q: Did you know or as you sit here today do you

Page 124

[1] know whether there was ever transition training
[2] coverage on that plane after it was purchased
[3] by Scott and Sarah?
[4] A: No.
[5] Q: You don't know?
[6] A: No, there is no transition coverage on that
[7] airplane except to put Scott in the airplane,
[8] whatever that was.
[9] Q: But you've testified there aren't any records
[10] of that and you weren't involved in talking —
[11] A: Any time you jump on another airplane you
[12] transition to another airplane so that's the
[13] definition of the term. He's transitioned in
[14] the airplane. Is he transitioning others or in
[15] the business of transitioning others, no, and
[16] I'll testify to the fact that that was never
[17] part of the policy nor part of any of the
[18] conversations.
[19] Q: Now going on, the sentence that appears in the
[20] next paragraph: They may have assumed since
[21] commercial and ag use, what difference is the
[22] training especially since transition for Scott
[23] was approved. Now, do you —
[24] A: I think you're taking that out of context.
[25] Q: I'm taking the sentence in its entirety, am I

Page 125

[1] not?
[2] **A:** But the paragraph is what clearly sets that
[3] sentence up.
[4] **Q:** Well, I'm going to ask the questions my way.
[5] It says transition for Scott was approved. Did
[6] you give that approval?
[7] **A:** No, the insurance companies give the approval.
[8] **Q:** Do you know that the insurance company talked
[9] directly to Scott?
[10] **A:** No, they talked to us and we passed it on to
[11] our client.
[12] **Q:** Did you give that approval to Scott acting as
[13] the agent for the insurance company?
[14] **A:** I am not an agent for the insurance company.
[15] I'm an agent for my client.
[16] **Q:** Did you give that approval to Scott?
[17] **A:** I don't know.
[18] **Q:** Do you know of anybody else who gave that
[19] approval to Scott?
[20] **A:** I don't know.
[21] **Q:** Do you know how that approval came into being
[22] then, whether it was an endorsement to the
[23] policy or whether it was an interpretation of
[24] the existing policy language?
[25] **A:** No, I don't.

Page 126

[1] **Q:** Now if — let's make the assumption that
[2] transition training for Scott was approved
[3] although it doesn't appear in the policy or in
[4] your file, would that be an interpretation of
[5] the policy by AIG?
[6] **A:** I'm sorry. I was still thinking about this.
[7] **Q:** We've previously been down the road of how we
[8] know what coverage there is under a policy.
[9] There is either going to be an endorsement in
[10] the policy or there is going to be language in
[11] the policy itself.
[12] **A:** Correct.
[13] **Q:** And since we know we don't have an endorsement
[14] on this policy for transition training for
[15] Scott and we also know that Scott was covered
[16] for transition training, that would have to be
[17] coverage under the existing policy, would it
[18] not?
[19] **A:** Yes.
[20] **Q:** And coverage under the existing policy for that
[21] purpose or that interpretation would have come
[22] from AIG? Well, did it come from you?
[23] **A:** Restate it, please.
[24] **Q:** Did you interpret the policy so that it
[25] provided turbine transition training for Scott?

Page 127

[1] **A:** No.
[2] **Q:** So the interpretation that the policy would
[3] include coverage for turbine transition
[4] training for Scott came from AIG; correct?
[5] **A:** No, and I don't — I'm absolutely losing the
[6] track that you're trying to —
[7] **Q:** I will ask you to assume as based upon your
[8] memo here and information I've received from
[9] Scott that there was turbine transition
[10] training for him under this policy after the
[11] plane was covered.
[12] **A:** Under this policy after the plane was covered.
[13] **Q:** That's right.
[14] **A:** My understanding of the note as I saw it was he
[15] had already been through turbine transition
[16] training. I do not know whether that was prior
[17] to his picking up the airplane or he had been
[18] transitioned by Harold after he bought the
[19] airplane.
[20] **Q:** If we assume that he was transitioned to by
[21] Harold after he bought the plane and that there
[22] was coverage for that transition and that that
[23] was the result of the interpretation of the
[24] policy since there are no endorsements, you
[25] have testified that you didn't give that

Page 128

[1] interpretation, therefore the interpretation
[2] could only come from AIG; is that right?
[3] **A:** No. Page 42.
[4] **Q:** Who else could have provided the interpretation
[5] for Scott that there would be coverage for
[6] transition training for him under this policy?
[7] **A:** Well, you keep using the term interpretation.
[8] We don't use that term, interpretation. I can
[9] tell you based on Page 42 of Angie's note to
[10] Mary Beth —
[11] **Q:** You're talking about February 12, 2002, page 42
[12] of Exhibit E.
[13] **A:** The insured is thinking of purchasing a 503 for
[14] ag use only. Scott has been through Harold
[15] Miller's turbine transition course and has 40
[16] turbine hours now. In addition, he attended
[17] the Covington PT-6 course. So based on the
[18] information I'm seeing here, he had been
[19] through Harold Miller's course, had transition
[20] training and was purchasing the airplane for ag
[21] use only in his business.
[22] **Q:** Now, do you know as appears in your memo page
[23] 121 and 122 whether there was specifically
[24] transition training coverage for Scott after he
[25] bought the aircraft?