ORIGINAL

```
 1              STATE OF ILLINOIS
                COUNTY OF LIVINGSTON
 2
 3
 4        Sworn statement taken of SCOTT and
   SARAH PETERSEN, on July 14, 2003, at Pontiac
 5 Flying Service, 15755 East 2000 North Road,
   Pontiac, Illinois, commencing at
 6 approximately 9:20 A.M., before Lynn J.
   Watson, a Certified Shorthand Reporter.
 7
 8             APPEARANCES:
 9             TRESSLER, SODERSTROM, MALONEY &
               PRIESS
10             BY:  MR. MARK T. BANOVETZ
               Sears Tower, 22nd Floor
11             233 South Wacker Drive
               Chicago, Illinois 60606-6308
12             Representing AIG Aviation (Illinois)
               Corporation.
13
               CAUGHEY, LEGNER & FREEHILL
14             BY:  MR. ROBERT R. CAUGHEY
               204 North Main Street
15             Pontiac, Illinois 61764
               Representing Scott and Sarah
16             Petersen.
17             ALSO PRESENT:
18             MR. PETER GUY
               Assistant Vice President, Claims
19             AIG Aviation (Illinois) Corporation
               500 West Madison Street - Suite 1790
20             Chicago, Illinois 60661-2511
21
22
23
24
```

21

1    Q.    Okay. At any time in the past, have
2  you had any other pilots doing aerial
3  application for you?
4          SCOTT PETERSEN:  Rick Lucente did it
5  in the past.
6    Q.    When you hired him to do aerial
7  application work for you, was he hired as an
8  employee or independent contractor, do you
9  recall?
10         SARAH PETERSEN:  Independent
11 contractor.
12         SCOTT PETERSEN:  He would have just
13 been a contractor.
14   Q.    Did he fill out any W-4s, or did you
15 guys submit income tax for him?
16         SARAH PETERSEN:  Yes, the 1099.
17   Q.    1099?
18         SARAH PETERSEN:  He was paid by the
19 acre that he did.
20   Q.    Did you have a health benefits plan
21 that he was covered under?
22         SARAH PETERSEN:  No.
23         SCOTT PETERSEN:  No.
24   Q.    At the time of the accident, was he

1      Q.   Okay.  When you -- after you
2  purchased the Air Tractor, did you yourself
3  do any research or take any steps to see
4  about what the insurance requirements would
5  be for the aerial application or the turbine
6  transition training?
7           SCOTT PETERSEN:  Not for the
8  transition training, just for the aerial
9  application.
10     Q.   Okay.  So you don't recall talking
11 to any insurance agents or brokers about the
12 possibility of purchasing insurance to cover
13 transition training as part of your business?
14          SCOTT PETERSEN:  On our initial
15 contact, I believe I talked with Randy Hardy
16 about adding Rick as an instructor pilot and
17 as an open policy pilot to fly the aircraft.
18     Q.   And Randy Hardy is with who?
19          SCOTT PETERSEN:  Hardy Aviation
20 Insurance.
21     Q.   And did you ultimately purchase
22 additional insurance with respect to Mr.
23 Lucente's work as a transition pilot?
24          SCOTT PETERSEN:  As I recall in our

1  conversation with Randy, we were covered
2  because he was going to have to give me
3  additional time in the aircraft.  And as I
4  remember it, we did talk about adding him as
5  an open policy pilot to fly the airplane if
6  we needed him to do aerial application.
7       Q.   But did you have any specific
8  discussions with Randy Hardy about insurance
9  requirements for flight training operations
10 as opposed to aerial application operations?
11           SCOTT PETERSEN:  Just the initial
12 naming Rick as an instructor pilot on the
13 policy when we bought the aircraft.
14      Q.   Naming him as an instructor pilot?
15           SCOTT PETERSEN:  That's correct.
16      Q.   Or just an additional pilot?
17           SCOTT PETERSEN:  No, instruction
18 because he was going to give me instruction
19 in that particular aircraft.
20      Q.   Okay.  Would he be named -- as your
21 recollection of this, would he be named as an
22 instructor pilot only for the limited purpose
23 of instructing you, the owner of the
24 aircraft, or generally as an instructor pilot

1  on the aircraft?

2        SCOTT PETERSEN:  To my knowledge, it

3  was as an instructor pilot in the aircraft.

4     Q.   Okay.  Did Randy Hardy advise you

5  that transition training would be covered

6  under your current policy?

7        SCOTT PETERSEN:  That I don't

8  recall.

9     Q.   Okay.  Do you recall whether you

10 were ever denied insurance coverage from

11 anyone with respect to the 503?

12       SCOTT PETERSEN:  No.

13    Q.   Do you recall whether any insurance

14 company ever denied coverage for you with

15 respect to turbine transition training or

16 flight training generally?

17       SCOTT PETERSEN:  No.

18    Q.   At the time of this incident, was it

19 your understanding that flight training was

20 covered under your current insurance policy?

21       SCOTT PETERSEN:  Yes, that's

22 correct.

23    Q.   Was it your understanding that all

24 flight training, regardless of whether it

1   related to aerial application, was covered?

2          SCOTT PETERSEN:  To my knowledge,

3   yeah, it was all covered.

4   Q.  And that would be true whether it

5   was in the Arrow or the Warrior or an Air

6   Tractor, correct?

7          SCOTT PETERSEN:  Yes.

8   Q.  Do you recall whether you ever at

9   any time had any specific discussions with

10  Hardy or any other insurance agent concerning

11  insurance requirements for operating a flight

12  school?

13         SCOTT PETERSEN:  Not that I

14  remember.  I mean we were -- we were covered

15  on the aircraft when we purchased them, and

16  those were set up accordingly for what we

17  were using them for.

18  Q.  Did you ever have any correspondence

19  back and forth from Hardy Aviation concerning

20  your coverage?

21         SCOTT PETERSEN:  Other than the

22  policy.

23  Q.  Okay.  So you didn't write him a

24  memorandum saying here is the operations we

33

1  SCOTT PETERSEN:  And see when he was
2  available to work with them.
3  Q.  Did you check with Mr. Webster to
4  see if he carried any type of renter's or
5  non-owned insurance?
6  SCOTT PETERSEN:  No.
7  Q.  Did Mr. Webster make any inquiries
8  concerning insurance coverage for the
9  aircraft during his training?
10  SCOTT PETERSEN:  No.
11  Q.  How did you happen to come into
12  contact with Mr. Webster as a student pilot?
13  SCOTT PETERSEN:  He was referred by
14  a man by the name of Del Finup, F-i-n-u-p, in
15  Lakeview, Michigan; and Neil was looking for
16  work up in Michigan.  He had grown up, I
17  think, in the Detroit area, had spent the
18  last several seasons flying out of Wyoming.
19  And Mr. Finup had, I believe, a 402 Air
20  Tractor, turbine Air Tractor, that he was
21  looking to put him in for that season.
22  Q.  So Mr. Finup was looking for
23  somebody to train Mr. Webster to fly for Mr.
24  Finup, correct?

```
 1         A.    That's correct.
 2         Q.    There was never any intention, as
 3   far as you recall, to have Mr. Webster do any
 4   aerial application flights for Pontiac Flying
 5   Service?
 6               SCOTT PETERSEN:  No.
 7         Q.    And were you furnishing any type of
 8   training materials for Mr. Lucente?
 9               SCOTT PETERSEN:  Yes, we had a
10   current POH that included all the procedures
11   for the aircraft as well as a current weight
12   and balance.
13         Q.    Okay.  In terms of instructional
14   materials, the syllabus or textbooks,
15   anything like that that you provided?
16               SCOTT PETERSEN:  No.  He had all
17   that with him.
18         Q.    Okay.  Was Mr. Webster required to
19   purchase any training materials?
20               SCOTT PETERSEN:  No.
21         Q.    What was the rate of compensation
22   for Mr. Lucente for his training?
23               SCOTT PETERSEN:  I believe he was
24   paid $100 per flight hour.  Was that the
```

1   arrangement?

2           SARAH PETERSEN:  No.

3           SCOTT PETERSEN:  No?

4           SARAH PETERSEN:  It was $100 per for

5   instruction hour whether it was classroom or

6   flight.

7           SCOTT PETERSEN:  Okay.  I stand

8   corrected.

9       Q.  So it was $100 per hour whether it

10  was ground or in the air, correct?

11          SARAH PETERSEN:  Yes.

12      Q.  And you would trust Mr. Lucente to

13  turn in his time.  Is that how you would do

14  that?

15          SCOTT PETERSEN:  Absolutely.

16      Q.  What were the terms of the deal with

17  Mr. Finup in terms of what you'd be

18  compensated for getting Mr. Webster trained?

19          SCOTT PETERSEN:  I believe it was

20  $5,200.

21      Q.  And what would Mr. Webster be

22  required to pay for his training?

23          SCOTT PETERSEN:  5,200.  I believe

24  Mr. Finup was going to pay that.