UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 03-CV-01288 ) |
| PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, as Special Administrator Of the Estate of NEIL WEBSTER, Deceased, And CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| PONTIAC FLYING SERVICE, INC., | ) ) |
| Third Party Plaintiff, | ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third Party Defendant. | ) |

**MOTION FOR EXTENSION OF TIME IN WHICH TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, PONTIAC FLYING SERVICE, INC., by its attorneys,

Cassidy & Mueller, and moves the Court for an extension of time to and including April 14,

2005 in which to file its Response to the Plaintiff's Motion for Summary Judgment. In support of

this Motion PONTIAC FLYING SERVICE states:

    1.    The Response is presently due on April 7, 2005.

2.	Counsel for PONTIAC FLYING SERVICE, David B. Mueller, has been working diligently on the Response and it is partially completed.

3.	The secretary for Defendant's counsel has been ill and out of the office since April 4, 2005, and it is uncertain exactly when she will return. Her assistance is essential in completing the Response.

4.	The associate who is assisting David B. Mueller in the preparation of the Response, Nell German, has been unable to complete citations to those portions of the record which are required due to the illness of her son.

5.	God willing, and if a meteor doesn't strike, the Defendant will have its Response on file on or before April 14, 2005.

CASSIDY & MUELLER


By: s/  DAVID B. MUELLER
      Attorneys for Defendant,
      PONTIAC FLYING SERVICE, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com, cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com, pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com, jmg@cliffordlaw.com |
| Kevin P. Durkin | kpd@cliffordlaw.com; jg@cliffordlaw.com |
| Mark T. Banovetz | mbanovetz@tsmp.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

                                                        s/DAVID B. MUELLER
                                                        David B. Mueller - #01980661
                                                        CASSIDY & MUELLER
                                                        416 Main Street, Suite 323
                                                        Peoria, IL  61602
                                                        Telephone: 309/676-0591
                                                        Fax: 309/676-8036
                                                        E-mail: dmueller@cassidymueller.com