IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) ) ) ) ) ) ) )  Case No. 03-C V-01288 |
| Defendants, | ) ) |
| and | ) |
| PONTIAC FLYING SERVICE, INC., | ) ) |
| Third Party Plaintiff, | ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third Party Defendant. | ) |

### RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiff, NATIONAL UNION FIRE INURANCE COMPANY OF PITTSBURGH, PA , by its attorneys, Mark T. Banovetz of TRESSLER, SODERSTROM, MALONEY & PRIESS, and Jeffrey B. Rock of Hasselberg Rock Bell & Kuppler, has no objection to the Motion For Extension of Time in Which to Respond to Motion For Summary Judgment.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., Plaintiff,

          By:    s/    Jeffrey B. Rock
               One of Its Attorneys

| Jeffrey B. Rock, Esq. | Mark T. Banovetz, Esq. |
|---|---|
| Hasselberg Rock Bell & Kuppler | Tressler, Soderstrom, Maloney & Priess |
| Suite 200 Associated Bank Building | Sears Tower, 22nd Floor |
| 4600 North Brandywine Drive | 233 South Wacker Drive |
| Peoria, Illinois 61614-5591 | Chicago, IL  60606-6308 |
| Telephone:  (309) 688-9400 | Telephone:  (312) 627-4000 |
| Facsimile:  (309) 688-9430 | |
| | **Attorneys for Plaintiff NATIONAL UNION** |

C:\wpdocs\JBR\AIG\Response to Motion For Extension ot Time.wpd

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of April, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David B. Mueller, Esq.
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602

Michael S. Krzak, Esq.
Kevin P. Durkin, Esq.
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
Suite 3100
Chicago, IL  60602

Diane M. Baron, Esq.
George K. Flynn, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL  60603-1098

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None.

    s/     Jeffrey B. Rock
Jeffrey B. Rock, Esq., Bar No. 2360039
Attorney for Plaintiff
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:  jrock@hrbklaw.com

C:\wpdocs\JBR\AIG\Response to Motion For Extension ot Time.wpd