INDEX OF EXHIBITS

A. Webster Complaint

B. Scott Petersen Affidavits

   1. 1/16/04 with exhibits
   2. 4/11/05

C. Agricultural Aviation Affidavits

   1. Frank Ousley
   2. Cora Gorsuch
   3. Harley Curless
   4. Dennis Stokes
   5. Frank Ousley (Supplemental 4/6/05)

D. Hardy Deposition Exhibits

   1. Houston we have a problem e-mail
   2. Ag Air Update November, 2002 ads of Pontiac Flying and Hardy Aviation Insurance which appear opposite one another
   3. Hardy/Banz notes re Ag instruction by Scott Petersen

E. Excerpts from
   1. Scott Petersen Deposition 2/22/05
   2. Sarah Petersen Deposition 2/22/05
   3. Randy Hardy Deposition 7/15/04
   4. Angela Banz Deposition 7/15/04
   5. Sworn Statement of Scott and Sarah Petersen

F. Transcript of Hearing March 1, 2005

G. National Union Response to Pontiac Flying Rule 36 Requests