UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NATIONAL UNION FIRE COMPANY
OF PITTSBURGH, PA,

    Plaintiff,

    vs.

PONTIAC FLYING SERVICE, INC.,

    Defendants.

No. 03-1288

## AFFIDAVIT

STATE OF ILLINOIS )
             ) SS.
COUNTY OF LIVINGSTON )

SCOTT PETERSEN, being first duly sworn on oath, deposes and states:

1.    The matters hereinafter related are stated of his own personal knowledge and if called upon he could testify competently with respect thereto.

2.    Prior to February 1, 2002, and continuing to the present time he has been the President of the Defendant in this case, PONTIAC FLYING SERVICE, INC.

3.    Prior to March 1, 2002, PONTIAC FLYING SERVICE, INC. had a liability policy with aircraft and physical damage coverage with the Plaintiff, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., being Policy No. AV 3391999-03. A true and correct copy of the declarations page of that policy is attached to this Affidavit as Exhibit A and made a part hereof.

4.    At the time he received the declarations page for Policy No. AV 3391999-03 and prior thereto he dealt with HARDY AVIATION INSURANCE, INC., which he understood to be

an agent for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. His contact with that agency was James R. (Randy) Hardy, its President.

5.    On February 28, 2002, PONTIAC FLYING SERVICE, INC. purchased the assets of Harold's Flying Service in Leland, Illinois. Among those assets was a 1991 Air Tractor 503, Reg. No. N503D. Prior to purchasing the Air Tractor he sought its inclusion for liability and physical damage coverage under Policy No. AV 3391999-03 HARDY AVIATION INSURANCE, INC.

6.    At the time he sought inclusion of the Air Tractor under his existing policy the affiant understood that turbine transition training was necessary for the aerial application of seeds, fertilizers or chemicals using the 1991 Air Tractor AT503, which was a dual cockpit turbine powered fixed-wing aircraft.

7.    Attached to this Affidavit and made a part hereof as Exhibit B is a true and correct copy of the HARDY AVIATION INSURANCE, INC. binder showing that the Air Tractor was added to his existing policy with NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA with coverage effective March 1, 2002. Also attached as Exhibits B1 - B4 respectively are the following documents which were enclosed with the aforesaid binder:

|  |  |  |
|---|---|---|
| B1 | - | Invoice of HARDY INSURANCE AGENCY; |
| B2 | - | Certificate of Insurance signed by James R. Hardy, President; |
| B3 | - | Aircraft endorsement providing aircraft and physical damage coverage for the Air Tractor *inter alia* under Policy No. AV 3391999-03, effective March 1, 2002, and |
| B4 | - | Pilot warranty endorsement (aerial applicator aircraft). |

8.    At the time coverage was bound for the Air Tractor the affiant was informed by Randy Hardy that such coverage included and was conditioned upon the affiant receiving additional transition turbine training in the Air Tractor.

9. Subsequent to May 1, 2002, the affiant met that requirement by receiving additional transition turbine training from Rick Lucente in the 1991 Air Tractor AT 503.

10. From the date on which coverage for the Air Tractor was sought from Randy Hardy of HARDY AVIATION INSURANCE, INC. to the present time it has always been his understanding that the coverage which he sought and purchased for the Air Tractor included transition turbine training for the aerial application of seeds, fertilizers or chemicals using a turbine fixed-wing aircraft.

11. At the time he sought coverage for the Air Tractor from Randy Hardy at HARDY AVIATION INSURANCE AGENCY, INC., to the present time, it has always been his understanding that transition turbine training is necessary for and in direct support of the application by turbine fixed-wing aircraft of seeds, fertilizers or chemicals.

12. At the time he sought coverage from the HARDY AVIATION INSURANCE AGENCY, INC. to the present time, it was and has always been his understanding that transition turbine training flights were and are required in direct support of the application by fixed-wing turbine powered aircraft of seeds, fertilizers or chemicals.

FURTHER THE AFFIANT SAYETH NOT.

_Scott Petersen_
SCOTT PETERSEN

SUBSCRIBED and SWORN to before me this 16th day of January _____, 2004.

_Lisa E. King_
Notary Public

"OFFICIAL SEAL"
Lisa E. King
Notary Public, State of Illinois
My Commission Expires 9-22-07

  

AMERICAN HOME ASSURANCE COMPANY
NEW YORK, NEW YORK, A CAPITAL STOCK COMPANY FOUNDED 1895

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.
A CAPITAL STOCK COMPANY
70 PINE STREET, NEW YORK, N.Y. 10005

A CAPITAL STOCK COMPANY
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
INCORPORATED
Philadelphia, Pa.

EXECUTIVE OFFICES
70 Pine Street
New York, N.Y. 10005

**PART 2**

Policy Number ____AV 3391999-03____

# DECLARATIONS

Previous Policy Number ____AV 3391999-02____

This page with "Policy Provisions – Part 1" Form AG01(9/98) and all endorsements attached hereto completes this numbered aviation physical damage and liability policy, issued by the company as indicated by an "X" in the box to the left of the company's name (hereinafter called the Company).

☐ AMERICAN HOME ASSURANCE COMPANY
☒ NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.
☐ THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

**ITEM 1.** PONTIAC FLYING SERVICE
NAMED INSURED
15755 EAST 2000 NORTH ROAD, PONTIAC, IL 61764
ADDRESS

**ITEM 2.** Policy Period: From ____APRIL 10, 2001____ to ____APRIL 10, 2002____ 12:01 A.M. Standard Time at the address in Item 1. The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specified premium charge or charges. The limit of the Company's liability against such coverage shall be as stated herein, subject to all of the terms of this policy having reference thereto.

| ITEM 3. Liability Coverages | LIMITS OF LIABILITY | | | | | LIABILITY PREMIUMS |
|---|---|---|---|---|---|---|
| | NON-CHEMICAL | | CHEMICAL | | | |
| A. Bodily Injury – excluding Passengers | $ 100,000 300,000 | each person each occurrence aggregate | $ 100,000 300,000 300,000 | each person each occurrence aggregate | | $ 900 |
| B. Property Damage | 100,000 | each occurrence aggregate | 100,000 100,000 | each occurrence aggregate | | 1672 |
| C. Passenger Liability | | each person each occurrence | Not applicable Not applicable | | | |
| D. Single Limit – Property Damage & Bodily Injury, excluding Passengers | | each occurrence aggregate | | each occurrence aggregate | | |
| E. Medical Expense – cluding Crew | | each person each occurrence | Not applicable Not applicable | | | |

Chemical Limits of Liability are part of and not in addition to the Non-chemical Limits of Liability.    **LIAB. TOTAL** $ 2572
All liability arising from any one occurrence shall not exceed the Non-chemical Limits of Liability.

**ITEM 4.** Description of Aircraft and Physical Damage Coverage hereunder:

| F.A.A. CERT. NO. | MAKE AND MODEL | YEAR BUILT | SEATS PASS | INSURED VALUE | COVERAGE | | PHYSICAL DAMAGE PREMIUMS | DEDUCTIBLES | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | PHYSICAL DAMAGE | CHEM | | NOT IN MOTION | IN MOTION, INGESTION, OR MOORING |
| N4848B | GRUMMAN AG CAT | 76 | 0 | $ 90,000 | F | CC | $ 5879 | $ 500 | $ 9000 |
| N8762H | GRUMMAN AG CAT | 75 | 0 | 45,000 | H | N/A | | 500 | |

**PHYSICAL DAMAGE** Coverage Identified:
F. All Risks: Ground & Flight
G. All Risks: Not In Flight
H. All Risks: Not In Motion

**CHEMICAL CATEGORY:**
CC Comprehensive Chemical
RC Restricted Chemical
XC Excluding Chemical
N/A Not Applicable

PHYSICAL DAMAGE TOTAL $ 5879    POLICY PREMIUM $ 9605

**ITEM 5.** When in flight the aircraft will be piloted only by SEE AG018

**ITEM 6.** The aircraft will be used only for the purpose Aerial Application.

**ITEM 7.** LOSS PAYABLE: Any loss under coverage F, G, and H is payable as interest may appear to the Named Insured and

**ITEM 8.** The aircraft will be principally based at ____PONTIAC MUNICIPAL____ Airport, ____PONTIAC____ City, ____IL____ State.

Producer ____HARDY AVIATION INSURANCE, INC____

Countersigned ____

At ____

By ____
(Authorized Representative)

# EXHIBIT A

Approved By ____
(Authorized Representative)

AG04 (9/98)     - 1 -



# *INVOICE*

| Customer Number | | Date | Invoice Number |
|---|---|---|---|
| 1516 | | 03/15/2002 | 6919 |

Pontiac Flying Service

15755 E 2000 North Road
Pontiac, IL 61764

| Policy Period | Description | Premium |
|---|---|---|
| 04/10/2001 to 04/10/2002 | AERIAL APPLICATION INSURANCE Add 1991 AT503, N503D | $2,598.00 |

3/18/02   Pd CK 1007
PFS, Inc.
#2598.00

Insurance Company: AIG
Premium Due 03/30/2002

|  | Invoice Amount |
|---|---|
|  | $2,598.00 |

Please indicate invoice# on check

# Thank You!

## EXHIBIT B1

P.O. BOX 12010
WICHITA, KS 67277-2010

PHONE: (316) 945-6733
FAX: (316) 945-2330
**1-800-721-6733**



# CERTIFICATE OF INSURANCE

| | |
|---|---|
| Certificate Date: | March 15, 2002 |
| Name of Insured: | Pontiac Flying Service, Inc. |
| Policy Number: | AV 3391999 03 |
| Policy Effective: | April 10, 2001    Policy Expires:    April 10, 2002 |
| Insurance Company: | AIG Aviation, Inc. |
| Underwriting Mgrs: | National Union Fire Insurance Company of Pennsylvania |

This Certificate does not amend, extend or otherwise alter terms/conditions of policy noted here

## LEGAL LIABILITY COVERAGE

### RESPECTS AIRCRAFT: N503D and N48468

| Kind of Insurance | Coverage Limits | |
|---|---|---|
| | Each Person | Each Occurrence |
| **Aircraft Liability (Excluding Chemical)** | | |
| Bodily Injury except passengers | $100,000.00 | $300,000.00 |
| **$500,000. Bodily Injury aggregate per IL requirements | | |
| Property Damage | | $100,000.00 |
| | | |
| **Single Limit Bodily Injury and Property Damage** | | |
| **Excluding Passengers** | | |
| | | |
| **Comprehensive Chemical Liability** | | |
| Bodily Injury Excluding Passengers | $100,000.00 | $300,000.00 |
| Property Damage | | $100,000.00 |

## AIRCRAFT HULL (PHYSICAL DAMAGE) INSURANCE

| Reg. No. | Aircraft Description | Type of Coverage | Insured Value | Deductibles Not in Motion / In Motion |
|---|---|---|---|---|
| N503D | 1991 Air Tractor AT503 | All Risk | | |
| N48468 | 1976 Grumman Ag Cat | All Risk | | |

Certificate Holder: _____

Address _____

_____

Additional Agreements:

HARDY AVIATION INSURANCE, INC.

James R. Hardy, President

P.O. BOX 12010
WICHITA, KS 67277-2010

**EXHIBIT B2**

PHONE: (316) 945-6733
FAX: (316) 945-2330
**1-800-721-6733**

# AIRCRAFT ENDORSEMENT
## (AERIAL APPLICATOR)

In consideration of __AN ADDITIONAL__ premium of $ __2,598.__ , this policy is amended by the __ADDITION__ of the aircraft described below:

The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against such coverage shall be as stated herein, subject to all of the terms of this policy having reference thereto. If more than one aircraft is insured hereunder, the terms of this policy shall apply separately to each.

| ITEM 3. Liability Coverages | LIMITS OF LIABILITY | | | | LIABILITY PREMIUMS |
|---|---|---|---|---|---|
| | NON-CHEMICAL | | CHEMICAL | | |
| A. Bodily Injury -- excluding Passengers | $ 100,000. 300,000. | each person each occurrence aggregate | $ 100,000. 300,000. 300,000. | each person each occurrence aggregate | $ 99. |
| B. Property Damage | 100,000. | each occurrence aggregate | 100,000. 100,000. | each occurrence aggregate | 184. |
| C. Passenger Liability | | each person each occurrence | Not applicable Not applicable | | |
| D. Single Limit -- Property Damage & Bodily Injury, excluding Passengers | | each occurrence aggregate | | each occurrence aggregate | |
| E. Medical Expense -- including Crew | | each person each occurrence | Not applicable Not applicable | | |

Chemical Limits of Liability are part of and not in addition to the Non-chemical Limits of Liability. **LIAB. TOTAL $ 283.**
All liability arising from any one occurrence shall not exceed the Non-chemical Limits of Liability.

| ITEM 4. | Description of Aircraft and Physical Damage Coverage hereunder: | | | | | | | DEDUCTIBLES | |
|---|---|---|---|---|---|---|---|---|---|
| F.A.A. CERT. NO. | MAKE AND MODEL | YEAR BUILT | SEATS PASS | INSURED VALUE | COVERAGE | | PHYSICAL DAMAGE PREMIUMS | NOT IN MOTION | IN MOTION, INGESTION, OR MOORING |
| | | | | | PHYSICAL DAMAGE | CHEM | | | |
| N503D | AIR TRACTOR 503 | 91 | 0 | $ 350,000. | F | CC | $ 2,315. | $ 500. | $ 35,000. |

| PHYSICAL DAMAGE Coverage Identified: | CHEMICAL CATEGORY: | | |
|---|---|---|---|
| F. All Risks: Ground & Flight | CC Comprehensive Chemical | | |
| G. All Risks: Not In Flight | RC Restricted Chemical | PHYSICAL DAMAGE TOTAL | POLICY PREMIUM |
| H. All Risks: Not In Motion | XC Excluding Chemical | | |
| | N/A Not Applicable | $ 2,315. | $ 2,598. |

### ANNUAL PREMIUMS

| Coverage | Premium |
|---|---|
| A. | 900. |
| B. | 1,672. |
| F. | 21,047. |
| | P/R .110 |

All other provisions of this policy remain the same.

This endorsement becomes effective __MARCH 1, 2002__ to be attached to and hereby made a part of
Policy No. __AV 3391999-03__ issued to __PONTIAC FLYING SERVICE__

By __National Union Fire Insurance Company of Pittsburgh, PA__

**EXHIBIT B3**

Endorsement No. __10__

Date of Issue __MARCH 5, 2002 JT__        By _(signature)_

(Authorized Representative)