UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NATIONAL UNION FIRE COMPANY    )
OF PITTSBURGH, PA,             )
                               )
            Plaintiff,         )
                               )
    vs.                        )   No. 03-1288
                               )
PONTIAC FLYING SERVICE, INC.,  )
                               )
            Defendants.        )

**AFFIDAVIT**

STATE OF ILLINOIS        )
                         )  SS.
COUNTY OF LIVINGSTON     )

SCOTT PETERSEN, being first duly sworn on oath, deposes and states:

1. The matters hereinafter related are stated of his own personal knowledge and if called upon he could testify competently with respect thereto.

2. In discussions with Randy Hardy during February, 2002, the affiant informed Hardy that he was purchasing the business and assets of Harold Miller, including the AT503 plane.

3. The air tractor 503 contained two seats and dual controls. It was of a type which was specifically designed and manufactured by Air Tractor of Olney, Texas for turbine flight training purposes.

4. It was and is his understanding that Harold's Flying Service had coverage on the plane for turbine transition training provided to third party students by Rick Lucente.

5.  It was and is his understanding that he received the same coverage on the plane which Harold's Flying Service had.

6.  It was and is his understanding that there was coverage on the plane for turbine transition training provided by Rick Lucente both at the time coverage became effective on March 1, 2002, and at the time of the loss.

7.  At no time before the loss was he told by anyone, including Randy Hardy, that Pontiac Flying did not have coverage on the plane for turbine transition training by Rick Lucente.

FURTHER THE AFFIANT SAYETH NOT.

_____
SCOTT PETERSEN

SUBSCRIBED and SWORN to before me this 11th day of April, 2005.


_____
Karla Schultz
Notary Public

"OFFICIAL SEAL"
KARLA SCHULTZ
Notary Public, State of Illinois
My Commission Expires 9/22/08