E-FILED
Thursday, 14 April, 2005 01:40:08 PM
Clerk, U.S. District Court, ILCD

## Notations

For: ____ Date: 10-19-02 Time: ____

Insured: Pontiac

Person Calling: Sarah

☐ Hold at Desk ☐ File Away ☐ Response Needed

Message:

Get quote on 2 place Ag Cat for ag training $80,000. Building now with parts from Hershey

Scott will train - Harold's old program

Mary Beth @ AIG - Not interested Scott is too low time to instruct. Needs at least 5000 total hrs + ag before AIG will consider insuring him for ag training



From: [signature]

HA103.XLS

**Angie**

From: Randy
Sent: May 07, 2003 12:35 PM
To: Angie
Subject: FW: Pontiac Flying Service, Inc. AV3391999-04

-----Original Message-----
From: Schwaegel, Mary Beth [mailto:Mary.Schwaegel@AIG.COM]
Sent: Tuesday, May 06, 2003 4:43 PM
To: 'Randy'
Subject: RE: Pontiac Flying Service, Inc. AV3391999-04

Randy, as I advised on the phone, we are going to non-renew this risk. We will extend the current policy to be in compliance with state regulations and send out the proper notice of non-renewal.

Mary Beth

-----Original Message-----
From: Randy [mailto:Randy@hardyaviationins.com]
Sent: Tuesday, May 06, 2003 2:40 PM
To: 'mary.schwaegel@aig.com'
Cc: Jim Anderson (E-mail)
Subject: Pontiac Flying Service, Inc. AV3391999-04

Well, as in the movie, Houston, we have a problem.

Yesterday we turned in a loss for Pontiac Flying Service on their AT503. At the time we were unaware of the use during the loss. It now appears the aircraft was being used for Turbine Transition training thus the reason for an additional person being on board.

I let it go yesterday and was able to speak with the Sara Peterson today. She was concerned because one of their pilots wasn't named to the file which was this Rick Lucente who was killed. We indicated to her that when she called about using him he met the OPW and didn't need to be named. It gave me the opportunity to ask her about the way she called in the loss as training. Much to her suprise I had to break the news that we have never been given a request to add transition training to the file and we did not cover this aircraft for that use. Sara and Scott of course are very upset about the loss and might not be thinking straight yet however I did tell her I would look into this for now. She told me over the phone she was under the understanding or they assumed that since we added Scott back in the beginning for transition training by Harold Miller, who they bought this aircraft from that this gave them transition training coverage just like the school they bought the aircraft from. Scott and Sara bought this aircraft



his school as well. She isn't holding us responsible yet however who knows how these deals will fall. As I stated over the phone I believe Sara when she tells me they assumed or presumed they had this since they transitioned Scott and they bought the aircraft Harold was using for training.

Our files are clear in that we were never asked to put coverage for training on this and that we have clearly shown this for ag use only, as well as your policy. If you remember last yeat they came to us on a Ag Cat for training which we did get a quote on through you, however nothing ever happened on this aircraft to our knowledge. They may have assumed since commercial, and ag use what difference is the training, especially since transition for Scott was approved. I really don't know.

I also don't know how to defend this for my client even though I believe they need help on this. I would like to work on this in the effort to clear this up and not have a big lawsuit over lost pilots and the aircraft. I don't know whats in the best interest now for both AIG and Hardy should this become a situation.

I felt since I knew more information today regarding the loss, I needed to advise you as well. To date this is what we know.

Randy Hardy

Randy Hardy - President
Hardy Aviation Insurance, Inc.
PO Box 12010
Wichita, KS 67277-2010
Phone (316) 945-6733 Fax (316) 945-2330
Web Site: www.hardyaviationins.com



**Randy**

To: mary.schwaegel@aig.com
Cc: Jim Anderson (E-mail)
Subject: Pontiac Flying Service, Inc. AV3391999-04

Contacts: Mary Beth Schwaegel

Well, as in the movie, Houston, we have a problem.

Yesterday we turned in a loss for Pontiac Flying Service on their AT503. At the time we were unaware of the use during the loss. It now appears the aircraft was being used for Turbine Transition training thus the reason for an additional person being on board.

I let it go yesterday and was able to speak with the Sara Peterson today. She was concerned because one of their pilots wasn't named to the file which was this Rick Lucente who was killed. We indicated to her that when she called about using him he met the OPW and didn't need to be named. It gave me the opportunity to ask her about the way she called in the loss as training. Much to her suprise I had to break the news that we have never been given a request to add transition training to the file and we did not cover this aircraft for that use. Sara and Scott of course are very upset about the loss and might not be thinking straight yet however I did tell her I would look into this for now. She told me over the phone she was under the understanding or they assumed that since we added Scott back in the beginning for transition training by Harold Miller, who they bought this aircraft from that this gave them transition training coverage just like the school they bought the aircraft from. Scott and Sara bought this aircraft from Harold Miller who was selling out his aircraft and as I just found out, his school as well. She isn't holding us responsible yet however who knows how these deals will fall. As I stated over the phone I believe Sara when she tells me they assumed or presumed they had this since they transitioned Scott and they bought the aircraft Harold was using for training.

Our files are clear in that we were never asked to put coverage for training on this and that we have clearly shown this for ag use only, as well as your policy. If you remember last yeat they came to us on a Ag Cat for training which we did get a quote on through you, however nothing ever happened on this aircraft to our knowledge. They may have assumed since commercial, and ag use what difference is the training, especially since transition for Scott was approved. I really don't know.

I also don't know how to defend this for my client even though I believe they need help on this. I would like to work on this in the effort to clear this up and not have a big lawsuit over lost pilots and the aircraft. I don't know whats in the best interest now for both AIG and Hardy should this become a sitiuation.

I felt since I knew more information today regarding the loss, I needed to advise you as well. To date this is what we know.

Randy Hardy

Randy Hardy - President
Hardy Aviation Insurance, Inc.
P O Box 12010
Wichita, KS 67277-2010
Phone (316) 945-6733 Fax (316) 945-2330
Web Site: www.hardyaviationins.com

# Damage claims - real or alleged

by I B Davis
Davis Ag Consultants

Frequently we get claim assessments where so much time has passed since the ... all of the symptoms that we could use ... may have disappeared.

When you have a complaint ...

... investigate the matter who has the expertise to recognize whether or not the complaint is justified or if you are being ... This should ... expert witness.

**Upcoming Season**

... burndown is already occurring in some parts of the United States. Materials will include such things as glyphosate, Touchdown, gramoxone and some other burndown materials. I do not know of any wheat, oats, barley or other small grains that are not sensitive to these materials. Also, there will probably be other sensitive crops, such as flowers, trees, shrubs, etc.

**Temperature Inversions**

A temperature inversion occurs when a warm layer of air forms above the cooler air. A gentle smoke column will rise to this inversion layer and level off just under it. If there is air movement, the smoke will go downwind. If the inversion occurs when winds are perfectly calm, the smoke will probably spread in more than one direction.

As most of you know, the normal condition is temperature decreases as elevation increases. Without a temperature inversion layer, convection currents tend to move upward, especially as the earth (soil) warms up. Convection currents will tend to take very small particles into the upper atmosphere and dilute them to the point where they never make any difference should they come back down.

A temperature inversion does not cause the chemical to rise up, move over and come back down at some other location. Wind travels across the surface in a rolling motion. We know how a hurricane loses force rapidly when it takes land. The land slows the wind and the upper part rolls over it, mixing any spray up to the level of an inversion depending upon ... Therefore, the heavier drops fall first and a temperature inversion simply extends the drift pattern downwind. It still leaves a trail of symptoms on sensitive plants as does a drift without a temperature inversion.

Temperature inversions more often occur early in the morning and late in the evening when the earth's surface is cool. It can, however, occur later in the day and with winds 10 mph or more.

Unfortunately, the air and water pollution officials interfere with the burning of tires, but a smoke column is the best way to detect a temperature inversion.

Also, wind directions can be very different within short distances. I have seen three different directions within a two mile area and have even seen smoke moving in opposite directions on the two ends of a landing strip.

**Precautions**

Be sure to survey the area surrounding the proposed application site to determine if there are sensitive crops, trees, plants, etc. downwind of your spray operation.

Do not take someone else's word that the surrounding crops are "Roundup-Ready" or otherwise genetically engineered for the chemical that you plan to apply. Do not take the word of a tractor driver or some other employee. Ask the owner or owners of the surrounding crops.

**Conclusion**

I want to take this opportunity to wish you a safe and successful season. However, if you receive a complaint, even if you do not believe you are guilty or if you believe the acreage involved is very small, I urge you to get it documented by an "expert" who can testify in court as an expert witness, should it become necessary. For instance, after the crop is completely mature, it is hard to tell where the symptoms of Roundup stopped ... heavily damaged portion may be evident, but where the leaf burn actually stopped would be hard to determine. Other situations also occur with other crops where it is impossible to determine the extent of a drift, or to document that a drift did not occur. Get the situation documented while the symptoms are still present.

HARDY AVIATION INSURANCE
COVERAGE FROM A NAME YOU CAN TRUST...
...AT A PRICE YOU CAN AFFORD!
... Randy, Angie, Rita or Melinda with all of your aviation insurance needs. We'll make a ... old fashioned ... Good Service

JON HERR
PROFESSIONAL FIBREGLASS REPAIR
The only name to remember for quality fibreglass repair, refinish and custom designs.
Shop: 530-735-6264
Fax: 530-735-6265
For customer service 800-544-5694
422 Monte Vista • Woodland, CA 95695
www.jhpfr.com • e-mail: jonherr@jhpfr.com



Available Now!
... TODAY!!!

EX. G

Advertise ... Call AgAirupdate 4?8-987-?5?

Turbine Transition Training
AT-503-34 w/Stall ...
5 hour Ground Ins...
hour Dual Instruction ...
Airline Sign-off • Lodging Provided
Pontiac Flying Service
Pontiac, IL
815-844-2?07



$23.50 Leaks Drips $32.50
The only Check Valve designed to WORK
AFS STANDARD CHECK VALVE
AFS ... OFF CHECK VALVE
Some Customer Comments
CALL TODAY 80?-?3?-??13
www.aeroflow.com
AFS

Roy's Customized Trucks
Building ... for 2? years
Standard Features
✓ 12" tubes
✓ 12" folding ...gers
✓ 600 gal ... tank
✓ Onboard ...
✓ Hopper ... lb. Urea capa...
✓ Rollover tarp
✓ 10' side-over side hopper loading capability
✓ Dual chain drive
✓ Hydraulic controlled stainless slide gate
Many custom options available including 100% stainless steel version
Let Us Build One For Your Operation
Roy's Customized Trucks



EX. G1