# In The Matter Of:

## National Union Fire Company  v. Pontiac Flying Services, Inc.



### ANGELA BANZ
### July 15, 2004

**RECEIVED**
AUG - 2 2004
**CASSIDY & MUELLER**

Court Reporting Service
Litigation Support
Midcity Place
115 East Douglas
Wichita, KS  67202
(316) 267-1201     FAX: (316) 267-1203

Original File JG2048.TXT, 39 Pages
Min-U-Script® File ID: 2079722059

**Word Index included with this Min-U-Script®**

Page 5

[1] A: Angela K. Banz.
[2] Q: I hate to ask a lady this, but what's your date
[3] of birth?
[4] A: 3-25-66.
[5] Q: And by whom are you employed?
[6] A: Hardy Aviation Insurance.
[7] Q: How long have you been employed by Hardy
[8] Aviation Insurance?
[9] A: Nine and a half years.
[10] Q: What is your address, residential?
[11] A: 134 South Third, Colwich, Kansas.
[12] Q: And you said nine years with Mr. Hardy?
[13] A: Yes.
[14] Q: That's Randy Hardy that just left this room?
[15] A: Yes.
[16] Q: And what is your job there with Hardy Aviation
[17] Insurance?
[18] A: My title is executive assistant. My job is
[19] customer service work, policy service, and I
[20] act as the office manager.
[21] Q: An assistant to whom?
[22] A: Randy.
[23] Q: Now policy service, does that mean that you're
[24] the person that interfaces with the
[25] policyholders?

Page 6

[1] A: That's a good way to put it.
[2] Q: And would that be the case with Scott and Sarah
[3] Petersen on the policy that brings us here?
[4] A: Yes.
[5] Q: Are you a licensed real estate broker agent in
[6] the State of Kansas?
[7] A: I hold a property and casualty license in the
[8] State of Kansas.
[9] Q: And that allows you to solicit for and to
[10] procure property and casualty policies for
[11] insureds?
[12] A: Yes.
[13] Q: And do you handle any kind of property and
[14] casualty lines other than aviation insurance?
[15] A: We have begun to handle some actual property
[16] and casualty physical damage policies on
[17] hangars.
[18] Q: But it's all under the umbrella one way or
[19] another of flight.
[20] A: It's all aviated related.
[21] Q: Did you have to take a test or examination in
[22] order to get your Kansas license?
[23] A: Yes.
[24] Q: And when did you take that?
[25] A: 1987.

Page 7

[1] Q: Is that a written test or an oral test or
[2] combination?
[3] A: That is a written test.
[4] Q: And where do you take that? Where did you take
[5] that?
[6] A: I believe I took it at the Kansas Insurance
[7] Department office here in Wichita.
[8] Q: And I take it you passed it first time around?
[9] A: Yes, sir.
[10] Q: Congratulations.
[11] A: Thank you.
[12] Q: And since that time you have been acting as a
[13] broker for property and casualty insurance in
[14] the aviation field; correct?
[15] A: Yes. Using the term broker or agent, yes.
[16] Q: Did you study various materials regarding what
[17] it means to be a broker/agent in the State of
[18] Kansas and what your responsibilities are prior
[19] to taking the test?
[20] A: Prior to taking the test, I attended a
[21] three-day course at an office here in Wichita
[22] that prepares you to pass the Kansas Insurance
[23] Department property and casualty agent test.
[24] Q: And tell us where that office is. What's the
[25] name of it?

Page 8

[1] A: It's called Norris Training Systems here in
[2] Wichita.
[3] Q: And did you also have any books or materials?
[4] A: No, only their course study material.
[5] Q: Did you save the course study material?
[6] A: For awhile.
[7] Q: Earlier, Randy testified that the preparation
[8] for the test and the training at least as far
[9] as the new hires are concerned is something
[10] that is done in the office. Do you know
[11] anything about that?
[12] MS. BARON: I'm going to object as
[13] mischaracterizing. Are we talking about
[14] training to get a license or training in
[15] how to work in the particular office?
[16] MR. MUELLER: I think that's a fair
[17] enough.
[18]           BY MR. MUELLER:
[19] Q: I've been assuming that back in the beginning
[20] we were talking about training to get a license
[21] because you had to understand what it was you
[22] were doing, but are you aware of any training
[23] to understand what the terms and provisions of
[24] the policies that you sell is that done in
[25] the office?

Page 25

[1] Q: What was meant by the term aerial application
[2] means the application by aircraft of seeds,
[3] fertilizers or chemicals. And then I'm going
[4] to ask did you ever explain what is meant by
[5] the term, and includes flights in direct
[6] support thereof? Did you ever tell them what
[7] flights in direct support thereof meant?
[8] A: No.
[9] Q: Has that term ever been defined for you by AIG?
[10] A: No.
[11] Q: Has that term ever been defined for you by
[12] Randy?
[13] A: Defined, no. We have discussed the matter over
[14] 20 years of being in the business.
[15] Q: Would you agree that before someone can apply
[16] seeds, fertilizers or chemicals by aircraft,
[17] they have to know how to fly the plane?
[18] A: Yes.
[19] Q: So would you agree that flight instruction is
[20] one of the things that is required in direct
[21] support of the application by aircraft of
[22] seeds, fertilizers or chemicals?
[23] MR. BANOVETZ: Objection as to form.
[24] What aircraft? Are we talking about
[25] any —

Page 26

[1] MR. MUELLER: Any aircraft. You have
[2] to know how to fly the plane, don't you,
[3] before you can apply seeds, fertilizers or
[4] chemicals. She agreed.
[5]         BY MR. MUELLER:
[6] Q: Now I'm asking would you agree then that
[7] instruction on how to fly the plane is required
[8] for the application by aircraft of seeds,
[9] fertilizers or chemicals?
[10] A: It has been my understanding and my experience
[11] in the business that training in the aircraft
[12] is separate from.
[13] Q: Now that doesn't answer my question. My
[14] question was would you agree that flights for
[15] instruction to tell the pilot how to fly the
[16] plane are necessary for the application by
[17] aircraft of seeds, fertilizers or chemicals?
[18] Well, I'll simplify it. Can they apply — can
[19] anybody apply seeds, fertilizers or chemicals
[20] without knowing how to fly the plane?
[21] A: No.
[22] Q: So in order to apply the seeds, fertilizer or
[23] chemicals by aircraft, they've got to have
[24] training; correct?
[25] A: Yes.

Page 27

[1] Q: And, therefore, training is required in direct
[2] support of the application of seeds,
[3] fertilizers or chemicals, is it not?
[4] A: No, not in direct support thereof.
[5] Q: Do you know any way that seeds, fertilizers or
[6] chemicals can be applied by aircraft without
[7] training of the pilot to fly the plane?
[8] A: No.
[9] Q: Did you have any discussions with either Scott
[10] or Sarah Petersen after the accident?
[11] A: Yes.
[12] Q: How did you learn of the accident?
[13] A: Sarah called me to advise me that the accident
[14] had taken place on the afternoon that it did
[15] take place.
[16] Q: And I'm sure everyone will agree so we'll
[17] short-circuit it that that was May 5th of 2003.
[18] A: Yes.
[19] Q: And was that — when you say called, was that
[20] by telephone?
[21] A: Yes.
[22] Q: And what did she say to you at the time and
[23] what did you say to her in that conversation?
[24] A: She advised me that an accident had taken
[25] place, that they had lost their good friend,

Page 28

[1] Rick Lucente, and made a comment that there was
[2] a student on board the airplane.
[3] Q: And do you have any memo of that?
[4] A: Yes.
[5] Q: And what page does that appear on?
[6] A: Page 119.
[7] Q: And is this a notation that you made at the
[8] time of the phone call?
[9] A: Yes.
[10] Q: What is meant by 503D?
[11] A: If I recall, that is the registration number of
[12] the Air Tractor. That is its FAA registration
[13] number.
[14] Q: Did she tell you anything that is not noted on
[15] this memorandum and that you can recall
[16] independently from it?
[17] A: On the original phone call, no. This was
[18] basically the extent of the conversation. She
[19] was very, very shaken at the time and was not
[20] given to talk much more than that.
[21] Q: Was she crying?
[22] A: Yes.
[23] Q: Did you ever have any other conversations with
[24] either Sarah or Scott Petersen?
[25] MS. BARON: Are we talking about