UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 03-1288 ) |
| PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, as Special Administrator Of the Estate of NEIL WEBSTER, Deceased, And CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| PONTIAC FLYING SERVICE, INC., | ) ) |
| Third Party Plaintiff, | ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third Party Defendant. | ) |

**MOTION TO ADOPT RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT FILED BY DEFENDANT, PONTIAC FLYING SERVICE, INC.**

Now comes the Defendant, JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, by and through his attorneys, CLIFFORD LAW OFFICES, P.C., and for their Response for Plaintiff's Motion for Summary Judgment, states as follows:

1.  Defendant, PONTIAC FLYING SERVICE, INC., has filed a response to Plaintiff's Motion for Summary Judgment.

2.	The Defendant, JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, adopts the Response to Plaintiff's Motion for Summary Judgment filed by Defendant, PONTIAC FLYING SERVICE, INC. and the Memorandum of Law and all Exhibits filed by PONTIAC FLYING SERVICE, INC. in response to Plaintiff's Motion for Summary Judgment.

WHEREFORE, Defendant, JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, prays that this Honorable Court grant Defendant, JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, leave to adopt the response to Plaintiff's Motion for Summary Judgment filed by Defendant, PONTIAC FLYING SERVICE, INC.

Respectfully submitted,

s/ Michael S. Krzak
Michael S. Krzak Attorney Bar Number: 6243295
Clifford Law Offices, P.C.
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
Telephone:  (312) 899-9090
Fax: (312) 251-1160
E-mail: **msk@cliffordlaw.com**