# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| PONTIAC FLYING SERVICE, INC., | ) ) |
| Third Party Plaintiff, | ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third Party Defendant. | ) |

Case No. 03-C V-01288

**MOTION FOR LEAVE TO FILE REPLY TO**
**RESPONSE OF DEFENDANT PONTIAC FLYING SERVICE TO**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NATIONAL UNION FIRE INURANCE COMPANY OF PITTSBURGH, PA, by its attorneys, Mark T. Banovetz of TRESSLER, SODERSTROM, MALONEY & PRIESS, and Jeffrey B. Rock of HASSELBERG ROCK BELL & KUPPLER LLP, hereby moves that the Court grant it leave to file a reply to the Response to the Motion For Summary Judgment filed by National Union, and in support thereof, states as follows:

1.	On March 18, 2005, Plaintiff National Union filed a Motion For Summary Judgment.

2.	Defendant Pontiac Flying Service filed its Response to the Motion For Summary Judgment on April 14, 2005.

3.	Plaintiff's reply was due on April 25, 2005.  Due to a docketing error, counsel inadvertently missed the deadline for filing the reply.

4.	Counsel for Plaintiff has consulted with counsel for Defendant Pontiac Flying Service, Inc. and counsel for Defendant has no objection to this Motion.

5.	Defendant would not be prejudiced at this time by the filing of the Motion three days after the deadline.

WHEREFORE, Plaintiff requests the Court grant it leave to file the attached reply *instanter*.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Plaintiff,

　　　s/    Jeffrey B. Rock
　　　One of Its Attorneys

Jeffrey B. Rock, Esq.
Hasselberg Rock Bell & Kuppler
Suite 200 Associated Bank Building
4600 North Brandywine Drive
Peoria, Illinois 61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430

Mark T. Banovetz, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL  60606-6308
Telephone:  (312) 627-4000

Attorneys for Plaintiff NATIONAL UNION

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of April, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David B. Mueller, Esq.
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602

Michael S. Krzak, Esq.
Kevin P. Durkin, Esq.
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
Suite 3100
Chicago, IL  60602

Diane M. Baron, Esq.
George K. Flynn, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL  60603-1098

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None.

    s/    Jeffrey B. Rock
Jeffrey B. Rock, Esq., Bar No. 2360039
Attorney for Plaintiff
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:  jrock@hrbklaw.com

C:\wpdocs\JBR\AIG\Motion for Leave to File Reply to Response of Defendant.wpd