E-FILED
Thursday, 28 April, 2005  03:52:23 PM
Clerk, U.S. District Court, ILCD



## PREMIUM PAYMENT AGREEMENT

All of our business is handled on a brokerage basis. We do not have a formal agreement; however, we ask that all our producers agree to the following:

1. You are responsible for all earned premiums on all business that you place with us whether or not the premium is collected.

2. All accounts are to be paid on a 30-day basis. Our accounting month is each calendar month. Assuming the period involved is September 1 to September 30, then all items billed in that period would be payable on or before October 31.

3. On all accounts to be financed, you are responsible to see that all paperwork is processed in time for the financing company's check to reach us as set out in paragraph 2, otherwise, this amount must be included in your payment.

We appreciate your kind support and trust this procedure will not put any additional burden on your agency.

Producer Name: _James R. Hardy    Hardy Aviation Insurance, Inc._
Producer Code(s) Per Statement: _4-367  H-022  086-6261_
Address: _7016 W Harry * Po Box 12010_
City: _Wichita_  State: _KS_  Zip: _67277-2010_
Telephone: _316-945-6733_  FAX No.: _316-945-2330_
E-mail Address: _hardyavins@feist.com_
Federal Tax ID#: _48-1155858_
Is it necessary to send a 1099 form to your company? _X_ Yes ___ No

Signature: _James R. Hardy_
Name (Print/Type): _James R. Hardy_
Title: _President_  Date: _3/28/00_

Billing contact: _James R. Hardy_
Address (If different from above): _Po Box 12010_
City: _Wichita_  State: _KS_  Zip: _67277-2010_
Telephone: ___  FAX No.: ___
E-mail Address: _Same_