**E-FILED**
Thursday, 12 May, 2005  02:56:02 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PONTIAC FLYING SERVICE, INC., | ) | Case No. 03-C V-01288 |
| JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PONTIAC FLYING SERVICE, INC., | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HARDY AVIATION INSURANCE, INC., | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 12th day of May, 2005, I electronically filed **National Union's Response to Motions of Pontiac and Webster For Leave to File Counterclaim** with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David B. Mueller, Esq.
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602

Michael S. Krzak, Esq.
Kevin P. Durkin, Esq.
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
Suite 3100
Chicago, IL  60602

Diane M. Baron, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL  60603-1098

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None.

NATIONAL   UNION   FIRE   INSURANCE COMPANY OF PITTSBURGH, PA., Plaintiff,

By:  ____s/____Jeffrey B. Rock_____
Jeffrey B. Rock, Esq., Bar No. 2360039
Attorney for Plaintiff
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:  (309) 688-9430
E-mail:  jrock@hrbklaw.com

Mark T. Banovetz, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL  60606-6308
Telephone:  (312) 627-4000

Attorneys for Plaintiff NATIONAL UNION

C:\wpdocs\JBR\AIG\Certificate of Service-Electronic.wpdC:\wpdocs\JBR\AIG\Certificate of Service-Electronic.wpd

2