E-FILED
Friday, 17 June, 2005  09:47:53 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) Case No. 03-CV-01288 ) |
| v. | ) Chief Judge Joe Billy McDade ) |
| PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, As Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) Magistrate Judge Byron G. Cudmore ) ) ) ) ) ) |
| Defendants. | ) ) |
| And | ) ) |
| PONTIAC FLYING SERVICE, INC., | ) ) |
| Third Party Plaintiff, | ) ) |
| v. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third Party Defendant. | ) |

**NATIONAL UNION'S MOTION FOR JUDGMENT ON THE PLEADINGS
ON COUNTERCLAIMS OF PONTIAC AND THE WEBSTER DEFENDANTS**

Plaintiff, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("National Union"), by its attorneys, HASSELBERG, ROCK, BELL & KUPPLER and TRESSLER, SODERSTROM, MALONEY & PRIESS, hereby moves for judgment on the pleadings against Defendants/Counterplaintiffs Pontiac Flying Service, Inc. ("Pontiac") and Justyn Webster and Virginia Webster-Smith, pursuant to Federal Rule of Civil Procedure 12(c):

1. The material issues of fact in this matter are not in dispute.

2. It is beyond doubt that the Defendants/Counterplaintiffs Pontiac Flying Service, Inc. and Justyn Webster and Virginia Webster-Smith cannot prove any facts that would support their claims for relief.

3. For the reasons set forth in the accompanying Memorandum of Law, Plaintiff, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., is entitled to judgment on the pleadings in its favor and against PONTIAC FLYING SERVICE, INC. and the WEBSTER Counterplaintiffs on their respective counterclaim.

WHEREFORE, Plaintiff requests that the Court enter judgment and declare as follows:

A. That all claims and allegations made by the Webster defendants against Pontiac Flying Service, Inc. and its owners/employees, Scott Petersen and Sarah Petersen, arise out of the maintenance and/or use of an aircraft by or on behalf of "any insured," including Pontiac and its owners/employees, as those terms are used in the aircraft/auto/watercraft exclusion (Exclusion g) set forth in the GL policy issued by National Union;

B. That National Union owes no defense or indemnity obligation to Pontiac Flying Service, Inc., Scott Petersen or Sarah Petersen in connection with any lawsuit pertaining to the May 5, 2003 loss of the 1991 Air Tractor AT503A, Registration No. N503D, under the terms of National Union Policy No. AP 3388953-05; and

C.   That National Union is entitled to such other relief as this Court deems necessary and proper, including an award of costs.

                                  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Plaintiff

                                       s/ Jeffrey B. Rock
Jeffrey B. Rock, Esq., Bar No. 2360039
Hasselberg, Rock, Bell & Kuppler LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:  jrock@hrbklaw.com

Mark T. Banovetz, Esq.
Charmagne Topacio, Esq.
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL  60606-6308
Telephone:  (312) 627-4000

Attorneys for Plaintiff

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2005, I electronically filed the **Motion For Judgment on the Pleadings on Counterclaims of Pontiac and the Webster Defendants** with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David B. Mueller, Esq.
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602

Michael S. Krzak, Esq.
Kevin P. Durkin, Esq.
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
Suite 3100
Chicago, IL  60602

Diane M. Baron, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL  60603-1098

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Plaintiff,

By:  s/ Jeffrey B. Rock
Jeffrey B. Rock, Esq., Bar No. 2360039
Hasselberg, Rock, Bell & Kuppler LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:  jrock@hrbklaw.com