E-FILED
Wednesday, 07 September, 2005  02:49:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 03-CV-01288 ) |
| PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| PONTIAC FLYING SERVICE, INC., | ) ) |
| Third Party Plaintiff, | ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third Party Defendant. | ) |

## STATUS REPORT

NOW COME Third Party Plaintiff, PONTIAC FLYING SERVICES, INC. ("PONTIAC"), by its attorneys, DAVID B. MUELLER and CASSIDY & MUELLER, and Third-Party Defendant, HARDY AVIATION INSURANCE, INC. ("HARDY"), by its attorneys, DIANE M. BARON and CLAUSEN MILLER PC., and JUSTYN WEBSTER and VIRGINIA WEBSTER-SMITH, as co-Personal Representatives of the Estate of Neil Webster, deceased, by

their attorneys, MICHAEL S. KRZAK and CLIFFORD LAW OFFICES, P.C., and pursuant to Magistrate Judge Cudmore's Order of August 22, 2005, submit the following status report.

After the Order entered by Judge McDade in this cause on August 19, 2005, the remaining claim in this litigation is PONTIAC FLYING SERVICE, INC.'s ("PONTIAC"), Third Party Complaint against HARDY, an insurance broker, alleging professional negligence. PONTIAC and HARDY have exchanged written discovery and are working on some issues with respect thereto; the depositions of Randy Hardy and Angie Banz of HARDY have been taken as well as those of Scott Petersen and Sarah Petersen of PONTIAC. The parties need to complete expert discovery.

PONTIAC disclosed its expert, Marshall Wilson Reavis, and NATIONAL UNION previously moved to have him barred. It was agreed by the parties to postpone his deposition until that motion was resolved. Counsel for PONTIAC and HARDY agreed they would then work out an expert discovery schedule for the deposition of Reavis and the subsequent disclosure and deposition of HARDY's expert.

PONTIAC and the WEBSTER Defendants (JUSTYN WEBSTER and VIRGINIA WEBSTER-SMITH, as co-Personal Representatives of the Estate of Neil Webster, deceased) then filed motions for leave to file Counterclaims against NATIONAL UNION seeking coverage under a separate CCL insurance policy. Those motions were briefed, the Counterclaims were filed and NATIONAL UNION filed its responses. Due to the filing of these Counterclaims, raising coverage under a different policy, and the briefing relating thereto, expert discovery was delayed as it was necessary to reach a determination as to whether any additional issues would need to be addressed by the experts.

The deposition of Reavis is now set by agreement for October 13, 2005. HARDY will then make its expert disclosures by November 13, 2005 and will present its expert for deposition by December 13, 2005.

JUSTYN WEBSTER and VIRGINIA WEBSTER-SMITH, as co-Personal Representatives of the Estate of Neil Webster, deceased, desire the opportunity to intervene in the claim against HARDY AVIATION for the purpose of joining with PONTIAC FLYING in seeking damages for the agent's failure to provide liability coverage under the NATIONAL UNION "aircraft policy". In that regard WEBSTER will file a Motion to Intervene within fourteen (14) days.

The parties propose a trial date in early 2006

Respectfully submitted,

CLAUSEN MILLER, P.C.


By: s/ DIANE M. BARON
    Attorneys for Plaintiff,
    NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA

CASSIDY & MUELLER


By: s/ DAVID B. MUELLER
    Attorneys for Defendant and Third Party Plaintiff,
    PONTIAC FLYING SERVICE, INC.

CLIFFORD LAW OFFICES, P.C.


By: s/ MICHAEL S. KRZAK
    Attorneys for Defendants,
    JUSTYN WEBSTER and VIRGINIA WEBSTER-
    SMITH, as co-Personal Representatives of the
    Estate of Neil Webster, deceased

CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com, cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com, pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com, jmg@cliffordlaw.com |
| Kevin P. Durkin | kpd@cliffordlaw.com; jg@cliffordlaw.com |
| Mark T. Banovetz | mbanovetz@tsmp.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

      s/DAVID B. MUELLER
      David B. Mueller - #01980661
      CASSIDY & MUELLER
      416 Main Street, Suite 323
      Peoria, IL 61602
      Telephone: 309/676-0591
      Fax: 309/676-8036
      E-mail: dmueller@cassidymueller.com