AO 133

1:03-cv-01288-JBM-BGC    # 88    Page 1 of 8                                    E-FILED
                                                               Thursday, 08 September, 2005  09:26:09 AM
                                                                    Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH. PA, | ) ) | **BILL OF COSTS** |
| Plaintiff, | ) | |
| vs. | ) | Case No. 03-1288 |
| | ) | |
| PONTIAC FLYING SERVICES, INC., et al. | ) ) | |
| Defendants. | ) | |

FILED
SEP - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judgment having been entered in the above-entitled action on 08/19/2005 against PONTIAC FLYING SERVICES, INC. And JUSTYN WEBSTER, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 42.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 920.80 |
| Fees and disbursements for printing | 120.10 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 2,517.56 |

    Long distance telephone charges: $25.48
    Westlaw charges (legal research): $338.67
    Postage/shipping:        $31.25
    Travel/lodging: $1,922.16
    Filing Fee for 2 Motions For Admissions to Practice:  $200.00

| | |
|---|---:|
| TOTAL | $ 3,750.46 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Signature of Attorney: __S/Jeffrey B. Rock_____
Name of Attorney:   __Jeffrey B. Rock, Esq., Hasselberg, Rock, Bell & Kuppler LLP_____
For: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA    Date: September 6, 2005
                               Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

                             By:_____
Clerk of Court                Deputy Clerk       Date: _____

**WITNESS FEES (computation, cf. 28 U.S.C.** 1821 for statutory lees)

| NAME AND RESIDENCE | ATTENDANCE Days | SUBSISTENCE | | | MILEAGE | | Total Cost | |
|---|---|---|---|---|---|---|---|---|
| | | Cost | Total Days | Cot | Total Miles | Cost | Total | Each Witness |

No witness fees incurred.
**TOTAL**

NOTICE

**Section 1924, Title 28,** U.S. Code **(effective September I, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs stall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules or Civil Procedure contain the following provisions:
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter; the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

AIG Aviation - 003917

**PONTIAC FLYING SERVICE, INC. - 00008**

| Date | Disburment Description | Amount |
|---|---|---|
| 5/15/2003 | Westlaw Charges | $43.29 |
| 5/19/2003 | Westlaw Charges | $25.61 |
| 5/19/2003 | Westlaw Charges | $2.51 |
| 5/19/2003 | Westlaw Charges | $0.65 |
| 5/21/2003 | Westlaw Charges | $12.81 |
| 5/21/2003 | Westlaw Charges | $3.34 |
| 5/21/2003 | Westlaw Charges | $0.65 |
| 5/22/2003 | Westlaw Charges | $68.90 |
| 5/22/2003 | Westlaw Charges | $0.83 |
| 5/22/2003 | Westlaw Charges | $0.64 |
| 5/23/2003 | Westlaw Charges | $43.30 |
| 5/27/2003 | In-House Photocopies | $0.10 |
| 5/27/2003 | Westlaw Charges | $86.59 |
| 5/28/2003 | In-House Photocopies | $0.70 |
| 5/29/2003 | In-House Photocopies | $2.80 |
| 5/29/2003 | In-House Photocopies | $2.90 |
| 6/9/2003 | In-House Photocopies | $0.50 |
| 7/16/2003 | Long Distance Telephone | $0.41 |
| 7/22/2003 | In-House Photocopies | $11.00 |
| 7/23/2003 | In-House Photocopies | $0.10 |
| 7/24/2003 | Westlaw Charges | $0.73 |
| 7/24/2003 | Westlaw Charges | $0.56 |
| 7/29/2003 | In-House Photocopies | $1.80 |
| 8/1/2003 | Air Fare | $162.80 |
| 8/1/2003 | Court Reporter | $407.70 |
| 8/21/2003 | Long Distance Telephone | $1.11 |
| 8/22/2003 | Long Distance Telephone | $0.67 |
| 8/28/2003 | Long Distance Telephone | $0.23 |
| 8/28/2003 | Long Distance Telephone | $0.45 |
| 8/28/2003 | Long Distance Telephone | $0.23 |
| 8/28/2003 | Long Distance Telephone | $0.23 |
| 8/28/2003 | Long Distance Telephone | $0.23 |
| 9/1/2003 | Fed. Ex. /UPS/Outside Delivery Service | $8.61 |
| 9/3/2003 | In-House Photocopies | $0.50 |

| Date | Disburment Description | Amount |
|---|---|---|
| 9/11/2003 | In-House Photocopies | $0.50 |
| 9/12/2003 | In-House Photocopies | $0.90 |
| 9/12/2003 | In-House Photocopies | $0.10 |
| 9/12/2003 | In-House Photocopies | $4.80 |
| 10/7/2003 | Long Distance Telephone | $3.53 |
| 10/10/2003 | Long Distance Telephone | $0.45 |
| 10/10/2003 | Long Distance Telephone | $0.45 |
| 10/10/2003 | Long Distance Telephone | $0.45 |
| 10/15/2003 | In-House Photocopies | $0.30 |
| 10/15/2003 | Long Distance Telephone | $0.45 |
| 10/16/2003 | Long Distance Telephone | $0.23 |
| 11/19/2003 | Long Distance Telephone | $2.87 |
| 11/19/2003 | Long Distance Telephone | $2.87 |
| 11/19/2003 | Long Distance Telephone | ($2.87) |
| 11/24/2003 | Long Distance Telephone | $0.45 |
| 11/24/2003 | Long Distance Telephone | ($0.45) |
| 11/24/2003 | Long Distance Telephone | $0.45 |
| 12/4/2003 | Long Distance Telephone | ($0.67) |
| 12/4/2003 | Long Distance Telephone | $0.67 |
| 12/4/2003 | Long Distance Telephone | $0.67 |
| 1/8/2004 | Long Distance Telephone | ($0.45) |
| 1/8/2004 | Long Distance Telephone | $0.45 |
| 1/8/2004 | Long Distance Telephone | $0.45 |
| 2/3/2004 | In-House Photocopies | $4.60 |
| 2/3/2004 | Long Distance Telephone | $5.73 |
| 2/4/2004 | Outgoing Fax Charges | $0.00 |
| 2/4/2004 | In-House Photocopies | $5.50 |
| 2/5/2004 | Outgoing Fax Charges | $0.00 |
| 2/5/2004 | Long Distance Telephone | $4.63 |
| 2/13/2004 | Outgoing Fax Charges | $0.00 |
| 2/28/2004 | Postage | $0.74 |
| 3/9/2004 | In-House Photocopies | $6.00 |
| 4/13/2004 | In-House Photocopies | $1.90 |
| 4/13/2004 | Outgoing Fax Charges | $0.00 |
| 4/13/2004 | In-House Photocopies | $0.10 |
| 4/15/2004 | Outgoing Fax Charges | $0.00 |
| 4/15/2004 | In-House Photocopies | $2.60 |

| Date | Disburment Description | Amount |
|---|---|---|
| 4/16/2004 | Outgoing Fax Charges | $0.00 |
| 4/16/2004 | In-House Photocopies | $0.50 |
| 4/19/2004 | Outgoing Fax Charges | $0.00 |
| 4/19/2004 | In-House Photocopies | $0.40 |
| 4/19/2004 | In-House Photocopies | $1.30 |
| 4/20/2004 | In-House Photocopies | $0.60 |
| 4/20/2004 | In-House Photocopies | $0.10 |
| 5/4/2004 | In-House Photocopies | $5.70 |
| 5/12/2004 | In-House Photocopies | $0.20 |
| 5/18/2004 | Outgoing Fax Charges | $0.00 |
| 5/18/2004 | In-House Photocopies | $3.60 |
| 5/19/2004 | Outgoing Fax Charges | $0.00 |
| 5/19/2004 | In-House Photocopies | $5.30 |
| 5/19/2004 | In-House Photocopies | $0.30 |
| 5/28/2004 | Postage | $2.12 |
| 6/1/2004 | Outgoing Fax Charges | $0.00 |
| 6/4/2004 | In-House Photocopies | $2.00 |
| 6/14/2004 | In-House Photocopies | $1.30 |
| 6/25/2004 | Outgoing Fax Charges | $0.00 |
| 7/15/2004 | Air Fare | $1,298.80 |
| 7/15/2004 | Transportation & Related Expenses | $56.00 |
| 7/16/2004 | Conference Exp. / Meals | $5.58 |
| 7/16/2004 | Transportation & Related Expenses | $52.00 |
| 7/16/2004 | Hotel Expenses | $194.45 |
| 7/16/2004 | Conference Exp. / Meals | $6.50 |
| 7/16/2004 | Transportation - Cab Fare | $16.50 |
| 7/16/2004 | Conference Exp. / Meals | $9.00 |
| 7/21/2004 | In-House Photocopies | $0.30 |
| 7/21/2004 | Postage | $0.97 |
| 7/21/2004 | Postage | $0.60 |
| 7/30/2004 | Court Reporter | $258.80 |
| 8/24/2004 | In-House Photocopies | $0.10 |
| 8/24/2004 | In-House Photocopies | $0.50 |
| 9/9/2004 | In-House Photocopies | $0.40 |
| 9/30/2004 | In-House Photocopies | $2.80 |
| 10/11/2004 | In-House Photocopies | $0.30 |
| 10/12/2004 | In-House Photocopies | $0.20 |

| Date | Disburment Description | Amount |
|---|---|---|
| 10/12/2004 | In-House Photocopies | $0.10 |
| 10/14/2004 | In-House Photocopies | $0.20 |
| 10/14/2004 | In-House Photocopies | $2.80 |
| 10/14/2004 | In-House Photocopies | $0.10 |
| 10/14/2004 | In-House Photocopies | $2.80 |
| 11/1/2004 | Fed. Ex. /UPS/Outside Delivery Service | $9.11 |
| 12/29/2004 | In-House Photocopies | $0.20 |
| 1/18/2005 | Long Distance Telephone | $1.11 |
| 2/2/2005 | In-House Photocopies | $0.10 |
| 2/3/2005 | In-House Photocopies | $0.10 |
| 2/7/2005 | Long Distance Telephone | $0.45 |
| 3/2/2005 | Court Reporter | $129.80 |
| 3/2/2005 | In-House Photocopies | $5.60 |
| 3/7/2005 | In-House Photocopies | $0.10 |
| 3/7/2005 | In-House Photocopies | $14.20 |
| 3/7/2005 | In-House Photocopies | $0.10 |
| 3/7/2005 | Postage | $4.55 |
| 3/25/2005 | Transportation - Mileage | $111.38 |
| 3/25/2005 | Transportation - Parking | $4.20 |
| 3/25/2005 | Conference Exp. / Meals | $4.95 |
| 3/29/2005 | In-House Photocopies | $0.10 |
| 4/5/2005 | In-House Photocopies | $0.10 |
| 4/18/2005 | In-House Photocopies | $15.80 |
| 4/19/2005 | In-House Photocopies | $0.10 |
| 4/30/2005 | Postage | $4.55 |
| 5/4/2005 | In-House Photocopies | $0.10 |
| 5/16/2005 | In-House Photocopies | $0.60 |
| 6/6/2005 | In-House Photocopies | $3.30 |
| 6/8/2005 | Westlaw Charges | $40.39 |
| 6/8/2005 | Westlaw Charges | $5.46 |
| 6/8/2005 | Westlaw Charges | $2.41 |
|  | **Grand Total** | **$3,233.96** |

***Hasselberg, Rock, Bell & Kuppler***
Associated Bank Building
4600 N. Brandywine Dr., Suite 200
Peoria, IL 61614

Ph:(309) 688-9400        Fax:(309) 688-9430

AIG Aviation                                                September 1, 2005
c/o Mark Banovetz, Esq.
Sears Tower, 22nd Floor, 233 S. Wacker Drive
Chicago, IL 60606-6308

|  |  |
|---|---|
| File #: | 2365-001 |
| Attention: | Inv #:  Settle |

RE:      Litigation

## DISBURSEMENTS

| Date | Description | Disbursements | Receipts |
|---|---|---:|---:|
| Sep-02-03 | Filing Fee - Complaint | 150.00 | |
| Sep-03-03 | Service Fees | 42.00 | |
| Sep-18-03 | Filing Fee - 2 Motions for Admission to Practice | 200.00 | |
| Mar-04-05 | Deposition Charges | 124.50 | |
| | Totals | $516.50 | $0.00 |
| | TOTAL DISBURSEMENTS | | **$516.50** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David B. Mueller, Esq.
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602

Michael S. Krzak, Esq.
Kevin P. Durkin, Esq.
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
Suite 3100
Chicago, IL  60602

Diane M. Baron, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL  60603-1098

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Plaintiff,

By:   s/ Jeffrey B. Rock
Jeffrey B. Rock, Esq., Bar No. 2360039
Attorney for Plaintiff
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614
Telephone:  (309) 688-9400
Facsimile:  (309) 688-55919430
E-mail:  jrock@hrbklaw.com