**E-FILED**
Tuesday, 18 October, 2005  03:06:58 PM
Clerk, U.S. District Court, ILCD

23 53 24 00 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased | ) ) ) ) ) ) ) | No.   03-1288 |
| Defendants/ Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| HARDY AVIATION INSURANCE, INC., | ) ) | |
| Third-Party Defendant. | ) | |

### MOTION FOR 10-DAY EXTENSION OF TIME TO FILE RESPONSE TO PETITION TO INTERVENE

NOW COMES the Third-Party Defendant, HARDY AVIATION INSURANCE, INC. ("Hardy"), by its attorneys, DIANE M. BARON and CLAUSEN MILLER P.C., and hereby requests a ten day extension of time to file its response to the Petition to Intervene filed by Defendants Justyn Webster and Virginia Webster-Smith as Co-Personal Representatives of the Estate of Neil Webster, Deceased ("Webster"). In support hereof, Hardy states as follows:

1. On October 4, 2005, Webster filed a Petition to Intervene in the third party action brought by Pontiac Flying Service, Inc. against Hardy Aviation Insurance, Inc. The Court set October 18, 2005 as the date for filing of responses.

2. The undersigned has been involved in the preparation of responses to three motions for summary judgment in a large insurance coverage case pending as an adversary

1016457.1

proceeding in the U.S. Bankruptcy Court of the Northern District of Illinois, *In Re: Nanovation Technologies, Inc., Chatz v. National Union Fire Ins. Co., et al.*, Case No. 01-26090, Adversary No. 02 A 01680, which responses are due this Friday, October 21, 2005.

3. The undersigned also prepared for and took the deposition of Pontiac's expert in the instant case on October 13, 2005, and has been preparing a response to a motion for summary judgment in another case as well.

4. As a result, it is necessary for the undersigned to request a brief extension of time within which to file Hardy's response to Webster's Petition to Intervene. The undersigned attempted to reach Webster's counsel regarding this requested extension, but was unable to do so.

5. This motion is brought in good faith and not for purposes of delay, and no one will be prejudiced by this brief extension.

WHEREFORE, Third-Party Defendant, HARDY AVIATION INSURANCE, INC., hereby prays for the entry of an Order granting it a 10-day extension of time, until October 28, 2005, within which to file a response to Webster's Petition to Intervene herein.

By: /s/ Diane M. Baron
Attorney for Third-Party Defendant
HARDY AVIATION INSURANCE, INC.

DIANE M. BARON
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010

Attorneys for Third-Party Defendant,
HARDY AVIATION INSURANCE, INC.

1016457.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois 61614
Tel. No.: 309-688-9400
Fax No.: 309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

David B. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL 61602
Tel. No.: 309-676-0591
Fax No.: 309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois 60602
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
kpd@cliffordlaw.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

George K. Flynn
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603
gkflynn@clausen.com

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
mbanovetz@tsmp.com

/s/ Diane M. Baron
DIANE S. BARON - Bar No. 6187430
Attorney for Third-Party Defendant
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603
Telephone: (312) 606-7580
Fax: (312) 606-7777
E-Mail: dbaron@clausen.com

1016457.1