```
 1  STATE OF ILLINOIS        )
                             )
 2  COUNTY OF COOK           )

 3          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                  COUNTY DEPARTMENT, LAW DIVISION
 4
    NATIONAL UNION FIRE INSURANCE  )
 5  COMPANY OF PITTSBURGH, PA.,    )
                                   )
 6          Plaintiff,              )
                                   )
 7          vs.                    ) No. 03-1288
                                   )
 8  PONTIAC FLYING SERVICE, INC.,  )
    Et al.,                        )
 9                                 )
            Defendants.            )
10                                 )
                And                )
11                                 )
    PONTIAC FLYING SERVICE, INC.,  )
12                                 )
            Third Party Plaintiff,)
13                                 )
            vs.                    )
14                                 )
    HARDY AVIATION INSURANCE, INC.,)
15                                 )
            Third Party Defendant.)
16

17
            The discovery deposition of SCOTT PETERSEN
18  called for examination pursuant to the provisions of the
    Civil Practice Act and Rules of the Supreme Court as they
19  apply to the taking of discovery depositions, taken
    before Laura J. Amberg, CSR, State of Illinois, on the
20  22nd day of February, 2005, at the hour of 11:20 a.m., at
    416 Main Street in the City of Peoria, County of Peoria,
21  State of Illinois.

22
                        DEFENDANT'S
                         EXHIBIT
23                          A
```

MERIT REPORTERS
P. O. Box 413, Morton, IL 61550

```
 1  training?
 2        A.   Yes.  Randy specified that when we originally
 3  bought the aircraft, that I was to have additional
 4  training in it and I told him that we would add Rick
 5  Lucente as the instructor pilot on that aircraft.
 6        Q.   Did you request coverage, insurance coverage
 7  for using the plane for training, transition training at
 8  that time?
 9        A.   I believe it was all covered in what we had
10  discussed.
11        Q.   And what do you mean by that?  Do you recall
12  asking him for coverage for that use?
13        A.   Randy specified that we had to have
14  additional training and I told him that was fine, that I
15  would do it with Rick Lucente and we would add him as the
16  instructor pilot on the aircraft.
17        Q.   Did you ever tell Hardy Insurance that you
18  were advertising to do transition training on that
19  aircraft?
20        A.   I never told them that I was advertising.
21        Q.   Did you tell them that you were offering to
22  do it for other people?
23        A.   No.
```