```
1   STATE OF ILLINOIS       )
                            )
2   COUNTY OF COOK          )

3           IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                    COUNTY DEPARTMENT, LAW DIVISION
4

    NATIONAL UNION FIRE INSURANCE   )
5   COMPANY OF PITTSBURGH, PA.,     )
                                    )
6          Plaintiff,                )
                                    )
7          vs.                       ) No. 03-1288
                                    )
8   PONTIAC FLYING SERVICE, INC.,   )
    Et al.,                         )
9                                   )
           Defendants.              )
10                                  )
            And                     )
11                                  )
    PONTIAC FLYING SERVICE, INC.,   )
12                                  )
           Third Party Plaintiff,)
13                                  )
           vs.                       )
14                                  )
    HARDY AVIATION INSURANCE, INC., )
15                                  )
           Third Party Defendant.)
16

17

18       The discovery deposition of SARAH PETERSEN
    called for examination pursuant to the provisions of the
19  Civil Practice Act and Rules of the Supreme Court as they
    apply to the taking of discovery depositions, taken
20  before Laura J. Amberg, CSR, State of Illinois, on the
    22nd day of February, 2005, at the hour of 12:50 p.m., at
21  416 Main Street in the City of Peoria, County of Peoria,
    State of Illinois.

22                      DEFENDANT'S
                         EXHIBIT
23                          B
```

MERIT REPORTERS
P. O. Box 413, Morton, IL 61550

the papers and that we were the owners.

Q.   Okay.  Did you have any contact with Hardy Aviation Insurance regarding that policy covering the AT-305?

A.   Not that I recall.

Q.   Okay.  Do you recall receiving a quote for coverage of the AT-305 or is that something that your husband handled?

A.   I don't recall.

Q.   To your knowledge, what was the AT-305 to be used for by Pontiac?  What were you going to use it for?

A.   For what it was designed, agricultural aircraft; it was also a training aircraft with the two seats.

Q.   Did you ever tell anyone at Hardy Aviation Insurance that you were going to be using the AT-305 for training?

A.   Ask me that again.

MS. BARON:  Sure.  Could you read it.

(Whereupon the question was read.)

A.   Not that I recall.

Q.   (Ms. Baron continuing.)  Did you use the AT-305 for training?