UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br>　　　　　Plaintiffs,<br>vs.<br>PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased,<br>　　　　　Defendants/<br>　　　　　Third-Party Plaintiff,<br>vs.<br>HARDY AVIATION INSURANCE, INC.,<br>　　　　　Third-Party Defendant. | No.　　03-1288 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2005, I served a copy of Third Party Defendant HARDY AVAIATION INSURANCE, INC.'s Disclosure of Expert Witness to all counsel of record:

| | | | |
|---|---|---|---|
| Jeffrey B. Rock | Via Reg. Mail | David B. Mueller | Via Facsimile |
| HASSELBERG ROCK BELL & KUPPLER | | CASSIDY & MUELLER | |
| Suite 200 - Associated Bank Building | | 323 Commerce Bank Building | |
| 4600 N. Brandywine Drive | | 416 Main Street | |
| Peoria, Illinois  61614 | | Peoria, IL  61602 | |
| Tel. No.: 309-688-9400 | | Tel. No.: 309-676-0591 | |
| Fax No.: 309-688-9430 | | Fax No.: 309-676-8036 | |
| jrock@hrbklaw.com | | dmueller@cassidymueller.com | |
| cpoehlman@hrbklaw.com | | jstieghorst@cassidymueller.com | |

1016457.1

| | | |
|---|---|---|
| Kevin P. Durkin      Via Reg Mail<br>CLIFFORD LAW OFFICES<br>120 N. La Salle Street<br>31st Floor<br>Chicago, Illinois 60602<br>Tel. No.: 312-899-9090<br>Fax No.: 312-251-1160<br>kpd@cliffordlaw.com | | Michael S. Krzak      Via Reg. Mail<br>CLIFFORD LAW OFFICES<br>120 N. La Salle Street<br>31st Floor<br>Tel. No.: 312-899-9090<br>Fax No.: 312-251-1160<br>msk@cliffordlaw.com<br>jmg@cliffordlaw.com |
| George K. Flynn<br>CLAUSEN MILLER P.C.<br>10 South LaSalle Street<br>Chicago, Illinois 60603<br>gkflynn@clausen.com | | Mark T. Banovetz      Via Reg. Mail<br>TRESSLER SODERSTROM MALONEY & PRIESS<br>Sears Tower - 22nd Floor<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>mbanovetz@tsmp.com |

/s/    Diane M. Baron
DIANE S. BARON - Bar No. 6187430
Attorney for Third-Party Defendant
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL   60603
Telephone: (312) 606-7580
Fax: (312) 606-7777
E-Mail: dbaron@clausen.com

1022070.1