UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY<br>OF PITTSBURGH, PA,<br><br>        Plaintiff,<br><br>    vs.<br><br>PONTIAC FLYING SERVICES, INC.,<br><br>        Defendants and<br>        Third Party Plaintiff,<br><br>    vs.<br><br>HARDY AVIATION INSURANCE, INC.,<br><br>        Third Party Defendant. | No. 03-1288 |

## NOTICE OF DISCOVERY DEPOSITION

TO:   Mr. Mark T. Banovetz                                Ms. Diane M. Baron
      Tressler, Soderstrom, Maloney & Priess              Clausen Miller, P.C.
      233 S. Wacker Dr., 22nd Floor                       10 S. LaSalle Street
      Chicago, IL  60606-6308                             Chicago, IL  60603-1098

      Mr. Jeffrey B. Rock                                 Sullivan Reporting Company
      Hasselberg, Rock, Bell & Kuppler                    Two N. LaSalle St., Suite 1780
      Suite 200 Associated Bank Bldg.                     Chicago, IL 60602
      4600 N. Brandywine Drive                            312/782-4705
      Peoria, IL  61614

     PLEASE TAKE NOTICE that the Defendant/Third Party Plaintiff, PONTIAC FLYING SERVICE, INC., will take the discovery deposition of **Brendan T. Bolger, CPCU**, upon oral examination, at the offices of Clausen Miller, P.C., 10 S. LaSalle St., Chicago, Illinois, on **December 16, 2005 commencing at 9:00 a.m.** at which time and place the said deponent is requested to appear.

In addition the deponent is also to bring with him and produce at the deposition the following documents:

(1) his entire file in this matter;
(2) any and all documents or writings upon which he relies for his opinions;
(3) any and all documents which show or in any way reflect the standard of care, if any, which Hardy owed to Pontiac Flying, and
(4) any and all documents which contradict, impeach or in any respect conflict with the testimony of Randy Hardy.

CASSIDY & MUELLER

By: s/ DAVID B. MUELLER
Attorneys for Defendant,
PONTIAC FLYING SERVICE, INC.

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com, cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com, pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com, jmg@cliffordlaw.com |
| Mr. Kevin P. Durkin | kpd@cliffordlaw.com; jg@cliffordlaw.com |
| Mr. Mark T. Banovetz | mbanovetz@tsmp.com |
| Mr. George K. Flynn | gflynn@clausen.com; cmennella@clausen.com |
| Ms. Marci M. Shoff | mshoff@hrbklaw.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

s/DAVID B. MUELLER

- 2 -

David B. Mueller - #01980661  
CASSIDY & MUELLER  
416 Main Street, Suite 323  
Peoria, IL  61602  
Telephone: 309/676-0591  
Fax: 309/676-8036  
E-mail: dmueller@cassidymueller.com