**CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2005, I electronically filed the foregoing **Justyn Webster and Virginia Webster-Smith's Reply to Hardy Aviation Insurance, Inc.'s Response to Webster's Motion to Intervene** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Mark T. Banovetz | mbanovetz@tsmp.com; | |
| Diane M. Baron | dbaron@clausen.com, | pkebr@clausen.com; |
| George K. Flynn | gflynn@clausen.com, | cmennella@clausen.com; |
| David B. Mueller | dmueller@cassidymueller.com, | jstieghorst@cassidymueller.com; |
| Jeffrey B. Rock | jrock@hrbklaw.com, | Cpoehlman@hrbklaw.com. |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

                                          s/ Michael S. Krzak
                                          Michael S. Krzak Attorney Bar Number: 6243295
                                          Clifford Law Offices, P.C.
                                          120 North LaSalle Street
                                          Suite 3100
                                          Chicago, Illinois 60602
                                          Telephone:  (312) 899-9090
                                          Fax: (312) 251-1160
                                          E-mail: msk@cliffordlaw.com