## CERTIFICATE OF SERVICE

       I hereby certify that on January 10, 2006, I electronically filed the foregoing **Justyn Webster and Virginia Webster-Smith's Written Objections to the Report and Recommendation of Magistrate Judge Byron G. Cudmore** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Mark T. Banovetz | mbanovetz@tsmp.com; | |
| Diane M. Baron | dbaron@clausen.com, | pkebr@clausen.com; |
| George K. Flynn | gflynn@clausen.com, | cmennella@clausen.com; |
| David B. Mueller | dmueller@cassidymueller.com, | jstieghorst@cassidymueller.com; |
| Jeffrey B. Rock | jrock@hrbklaw.com, | Cpoehlman@hrbklaw.com. |
| Marci M. Shoff | mshoff@hrbklaw.com | Cpoehlman@hrbklaw.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

Charmagne Topacio
Tressler Soderstrom Maloney & Priess
Sears Tower
233 S. Wacker Drive
22nd Floor
Chicago, Illinois 60606-6308

                                                  s/ Michael S. Krzak
                                                  Michael S. Krzak Attorney Bar Number: 6243295
                                                  Clifford Law Offices, P.C.
                                                  120 North LaSalle Street
                                                  Suite 3100
                                                  Chicago, Illinois 60602
                                                  Telephone:  (312) 899-9090
                                                  Fax: (312) 251-1160
                                                  E-mail: msk@cliffordlaw.com