**E-FILED**
Friday, 20 January, 2006  11:16:13 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 03-1288 ) |
| PONTIAC FLYING SERVICES, INC., | ) ) |
| Defendants and Third Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third Party Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that a true copy of the below-listed discovery documents along with a copy of this Notice were sealed in a postage prepaid envelope addressed as set forth below and deposited in the U.S. Mail at Peoria, Illinois, on the 20th day of January, 2006.

*DOCUMENTS DIRECTED TO THIRD PARTY DEFENDANT,*
*HARDY AVIATION INSURANCE, INC.:*

- **REQUESTS FOR ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS PURSUANT TO RULE 36**
- **INTERLOCKING INTERROGATORIES**
- **INTERLOCKING REQUEST FOR PRODUCTION OF DOCUMENTS**

             CASSIDY & MUELLER


            By: s/  DAVID B. MUELLER
              Attorneys for Defendant,
              PONTIAC FLYING SERVICE, INC.


            CERTIFICATE OF SERVICE

  I hereby certify that on January 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com, cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com, pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com, jmg@cliffordlaw.com |
| Mr. Kevin P. Durkin | kpd@cliffordlaw.com; jg@cliffordlaw.com |
| Mr. Mark T. Banovetz | mbanovetz@tsmp.com |
| Mr. George K. Flynn | gflynn@clausen.com; cmennella@clausen.com |
| Ms. Marci M. Shoff | mshoff@hrbklaw.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:


            s/DAVID B. MUELLER
              David B. Mueller - #01980661
              CASSIDY & MUELLER
              416 Main Street, Suite 323
              Peoria, IL  61602
              Telephone: 309/676-0591
              Fax: 309/676-8036
              E-mail: dmueller@cassidymueller.com