23 53 24 00 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NATIONAL UNION FIRE INSURANCE COMPANY )
OF PITTSBURGH, PA,                     )
              Plaintiff,          )
                                  )
vs.                                    )
                                       )
PONTIAC FLYING SERVICES, INC., JUSTYN  )   No.   03-1288
WEBSTER, as Special Administrator of the Estate of )
NEIL WEBSTER, Deceased, and CAREN S.   )
LUCENTE, as Independent Executor of the Estate of )
RICHARD P. LUCENTE, Deceased           )
                                       )
            Defendants/                )
            Third-Party Plaintiff,     )
vs.                                    )
                                       )
HARDY AVIATION INSURANCE, INC.,        )
                                       )
            Third-Party Defendant.     )

### HARDY'S OBJECTIONS TO PONTIAC'S REQUEST FOR ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS

NOW COMES the Third-Party Defendant, HARDY AVIATION INSURANCE, INC. ("Hardy"), by its attorneys, DIANE M. BARON and CLAUSEN MILLER P.C., and in response to the Request for Admission of Facts and Genuineness of Documents served on it by Third Party Plaintiff, PONTIAC FLYING SERVICES, INC. ("Pontiac") submits the following objections:

    1.    That during the calendar year 2002 Hardy subscribed to a publication known as Ag Air Update.

**Response:**    Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

1016457.1

2.  That during the calendar year 2003, Hardy subscribed to a publication known as Ag Air Update.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

3.  That during the calendar year of 2002, Hardy placed advertisements in a publication known as Ag Air Update.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

4.  That during the calendar year of 2003, Hardy placed advertisements in a publication known as Ag Air Update.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

5.  That Ag Air Update was published on a monthly basis during the year 2002.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

6.  That Ag Air Update was published on a monthly basis during the year 2003.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

7.  That Randy Hardy read issues of Ag Air Update during the calendar year 2002.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

8.  That Randy Hardy read issues of Ag Air Update during the calendar year 2003.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

9. That Angela Banz read issues of Ag Air Update during the calendar year 2002.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

10. That Angela Banz read issues of Ag Air Update during the calendar year 2003.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

11. Attached to this request and made a part hereof as Exhibit A is a true and genuine copy of the cover of Ag Air Update Volume 20, No. 12, December 2002 which recites that it was "mailed November 27, 2002."

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

12. Attached to this request and made a part hereof as Exhibit A1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 20, No. 12, December 2002 at page 7A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

13. That attached to this request and made a part hereof as Exhibit A2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 20, No. 12, of Ag Air Update at page 16A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

14. Attached to this request and made a part hereof as Exhibit B is a true and genuine copy of the cover of Ag Air Update Volume 21, No. 1, which recites that it was "mailed December 27, 2002."

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

15. Attached to this request and made a part hereof as Exhibit B1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 21, No. 1, at page 20A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

16. That attached to this request and made a part hereof as Exhibit B2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 21, No. 1, of Ag Air Update at page 13A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

17. Attached to this request and made a part hereof as Exhibit C is a true and genuine copy of the cover of Ag Air Update Volume 21, No. 3, March 2003.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

18. Attached to this request and made a part hereof as Exhibit C1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 21, No. 3, March, 2003 at page 3A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

19. That attached to this request and made a part hereof as Exhibit C2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 21, No. 3, of Ag Air Update at page 2A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

20. That the advertisements for PONTIAC FLYING SERVICE and HARDY AVIATION INSURANCE appear on consecutive pages and are directly opposite each other in Volume 21, No. 3 of Ag Air Update.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

21. Attached to this request and made a part hereof as Exhibit D is a true and genuine copy of the cover of Ag Air Update Volume 21, No. 4, April, 2003.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

22. Attached to this request and made a part hereof as Exhibit D1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 21, No. 4, April, 2003 at page 3A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

23. That attached to this request and made a part hereof as Exhibit D2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 21, No. 4, of Ag Air Update at page 2A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

24. That the advertisements for PONTIAC FLYING SERVICE and HARDY AVIATION INSURANCE appear on consecutive pages and are directly opposite each other in Volume 21, No. 4 of Ag Air Update.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

25. Attached to this request and made a part hereof as Exhibit E is a true and genuine copy of the cover of Ag Air Update Volume 21, No. 5, May, 2003.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

26. Attached to this request and made a part hereof as Exhibit E1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 21, No. 5, May, 2003 at page 12A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

27. That attached to this request and made a part hereof as Exhibit E2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 21, No. 5, of Ag Air Update at page 12A.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

28. That in Volume 21, No. 5 of the May issue of Ag Air Update the HARDY AVIATION INSURANCE and PONTIAC FLYING SERVICE advertisements appear on the same page adjacent to each other.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

29. That Randy Hardy read the December 2002 issue of Ag Air Update, Volume 20, No. 12.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

30. That Angela Banz read the December, 2002 issue of Ag Air Update, Volume 20, No. 12.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

31. That Randy Hardy read the January, 2003 issue of Ag Air Update, Volume 21, No. 1.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

32. That Angela Banz read the January, 2003 issue of Ag Air Update, Volume 21, No. 1.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

33. That Randy Hardy read the March, 2003 issue of Ag Air Update, Volume 21, No. 3.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

34. That Angela Banz read the March 2003 issue of Ag Air Update, Volume 21, No. 3.

**Response:** Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

35. That Randy Hardy read the April, 2003 issue of Ag Air Update, Volume 21, No. 4.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

36.   That Angela Banz read the April, 2003 issue of Ag Air Update, Volume 21, No. 4.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

37.   That Randy Hardy read the May, 2003 issue of Ag Air Update, Volume 21, No. 5.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.

38.   That Angela Banz read the May, 2003 issue of Ag Air Update, Volume 21, No. 5.

**Response:**   Hardy objects to this Request as it constitutes fact discovery which was closed pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005. Hardy is simultaneously herewith filing a motion to strike.


By:   /s/ Diane M. Baron
      Attorney for Third-Party Defendant
      HARDY AVIATION INSURANCE, INC.


DIANE M. BARON
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010

Attorneys for Third-Party Defendant,
HARDY AVIATION INSURANCE, INC.

1039820.1                                                  8

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois 61614
Tel. No.: 309-688-9400
Fax No.: 309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois 60602
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
kpd@cliffordlaw.com

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
mbanovetz@tsmp.com

David B. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL 61602
Tel. No.: 309-676-0591
Fax No.: 309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

/s/   Diane M. Baron
DIANE M. BARON - Bar No. 6187430
Attorney for Third-Party Defendant
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, IL 60603
Telephone: (312) 606-7580
Fax: (312) 606-7777
E-Mail: dbaron@clausen.com