E-FILED
Thursday, 16 February, 2006  04:22:15 PM
Clerk, U.S. District Court, ILCD

23 53 24 00 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased | ) ) ) ) ) ) | No.    03-1288 |
| Defendants/ Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| HARDY AVIATION INSURANCE, INC., | ) ) | |
| Third-Party Defendant. | ) | |

### HARDY'S MOTION TO STRIKE PONTIAC'S REQUESTS FOR ADMISSION, INTERLOCKING INTERROGATORIES AND INTERLOCKING REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES the Third-Party Defendant, HARDY AVIATION INSURANCE, INC. ("Hardy"), by its attorneys, DIANE M. BARON and CLAUSEN MILLER P.C., and hereby moves to strike the Requests for Admission, Interlocking Interrogatories and Interlocking Request for Production of Documents served on Hardy by Third Party Plaintiff, PONTIAC FLYING SERVICES, INC. ("Pontiac") and in support thereof states as follows:

1.    On January 20, 2006, Pontiac served Hardy with Requests for Admission, Interlocking Interrogatories and an Interlocking Request for Production in this matter, copies of which are attached hereto as Exhibits A, B and C, respectively.

2.    Pursuant to Magistrate Judge Cudmore's Order dated September 9, 2005, fact discovery is closed. A copy of said Text Order is attached hereto as Exhibit D.

3.  The Requests for Admission, Interrogatories and Request for Production constitute fact discovery and since fact discovery has been closed for over five months, they should properly be stricken.

4.  In the event this Court decides not to strike these discovery requests, Hardy requests an additional 21 days to file and serve his responses.

WHEREFORE, since fact discovery has been closed herein since September 9, 2005, Hardy requests that Pontiac's Requests for Admission, Interlocking Interrogatories and Interlocking Request for Production be stricken.

By:  /s/ Diane M. Baron
Attorney for Third-Party Defendant
HARDY AVIATION INSURANCE, INC.

DIANE M. BARON
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010

Attorneys for Third-Party Defendant,
HARDY AVIATION INSURANCE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois   61614
Tel. No.: 309-688-9400
Fax No.: 309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

David B. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL   61602
Tel. No.: 309-676-0591
Fax No.: 309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois   60602
Tel. No.:  312-899-9090
Fax No.: 312-251-1160
kpd@cliffordlaw.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.:  312-899-9090
Fax No.: 312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
mbanovetz@tsmp.com

/s/   Diane M. Baron
DIANE S. BARON - Bar No. 6187430
Attorney for Third-Party Defendant
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL   60603
Telephone:  (312) 606-7580
Fax:  (312) 606-7777
E-Mail:  dbaron@clausen.com

1039818.1                               3