**E-FILED**
Thursday, 16 February, 2006  04:23:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 03-1288 |
| PONTIAC FLYING SERVICES, INC., | ) ) ) | |
| Defendants and Third Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| HARDY AVIATION INSURANCE, INC., | ) ) ) | |
| Third Party Defendant. | ) | |

**REQUESTS FOR ADMISSION OF FACTS AND
GENUINENESS OF DOCUMENTS PURSUANT TO RULE 36**

TO:   Third Party Defendant,
      HARDY AVIATION INSURANCE, INC.

Now comes the Defendant and Third Party Plaintiff, PONTIAC FLYING SERVICES, INC., by its attorney, DAVID B. MUELLER of the firm of CASSIDY & MUELLER, and pursuant to Rule 36 requests that the Third Party Defendant, HARDY AVIATION INSURANCE, INC. ("HARDY"), admit the truth of each of the following statements and the genuineness of each of the documents to which reference is made.

1.   That during the calendar year 2002 HARDY subscribed to a publication known as Ag Air Update.



2.     That during the calendar year 2003, HARDY subscribed to a publication known as Ag Air Update.

3.     That during the calendar year 2002, HARDY placed advertisements in a publication known as Ag Air Update.

4.     That during the calendar year 2003, HARDY placed advertisements in a publication known as Ag Air Update.

5.     That Ag Air Update was published on a monthly basis during the year 2002.

6.     That Ag Air Update was published on a monthly basis during the year 2003.

7.     That Randy Hardy read issues of Ag Air Update during the calendar year 2002.

8.     That Randy Hardy read issues of Ag Air Update during the calendar year 2003.

9.     That Angela Banz read issues of Ag Air Update during the calendar year 2002.

10.    That Angela Banz read issues of Ag Air Update during the calendar year 2003.

11.    Attached to this request and made a part hereof as Exhibit A is a true and genuine copy of the cover of Ag Air Update Volume 20, No. 12, December 2002 which recites that it was "mailed November 27, 2002."

12.    Attached to this request and made a part hereof as Exhibit A1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 20, No. 12, December 2002 at page 7A.

13.    That attached to this request and made a part hereof as Exhibit A2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 20, No. 12, of Ag Air Update at page 16A.

14.    Attached to this request and made a part hereof as Exhibit B is a true and genuine copy of the cover of Ag Air Update Volume 21, No. 1, which recites that it was "mailed December 27, 2002."

15.    Attached to this request and made a part hereof as Exhibit B1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 21, No. 1, at page 20A.

16.    That attached to this request and made a part hereof as Exhibit B2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 21, No. 1, of Ag Air Update at page 13A.

17.    Attached to this request and made a part hereof as Exhibit C is a true and genuine copy of the cover of Ag Air Update Volume 21, No. 3, March, 2003.

18.    Attached to this request and made a part hereof as Exhibit C1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 21, No. 3, March, 2003 at page 3A.

19.    That attached to this request and made a part hereof as Exhibit C2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 21, No. 3, of Ag Air Update at page 2A.

20.    That the advertisements for PONTIAC FLYING SERVICE and HARDY AVIATION INSURANCE appear on consecutive pages and are directly opposite each other in Volume 21, No. 3 of Ag Air Update.

21.    Attached to this request and made a part hereof as Exhibit D is a true and genuine copy of the cover of Ag Air Update Volume 21, No. 4, April, 2003.

22.    Attached to this request and made a part hereof as Exhibit D1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 21, No. 4, April, 2003 at page 3A.

23.    That attached to this request and made a part hereof as Exhibit D2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 21, No. 4, of Ag Air Update at page 2A.

24.    That the advertisements for PONTIAC FLYING SERVICE and HARDY AVIATION INSURANCE appear on consecutive pages and are directly opposite each other in Volume 21, No. 4 of Ag Air Update.

25.    Attached to this request and made a part hereof as Exhibit E is a true and genuine copy of the cover of Ag Air Update Volume 21, No. 5, May, 2003.

26.    Attached to this request and made a part hereof as Exhibit E1 is a true and correct copy of the advertisement of PONTIAC FLYING SERVICE for turbine transition training which appeared in Ag Air Update Volume 21, No. 5, May, 2003 at page 12A.

27.    That attached to this request and made a part hereof as Exhibit E2 is a true and correct copy of the advertisement of HARDY AVIATION INSURANCE which appeared in Volume 21, No. 5, of Ag Air Update at page 12A.

28.    That in Volume 21, No. 5 of the May issue of Ag Air Update the HARDY AVIATION INSURANCE and PONTIAC FLYING SERVICE advertisements appear on the same page adjacent to each other.

29.    That Randy Hardy read the December, 2002 issue of Ag Air Update, Volume 20, No. 12.

30.    That Angela Banz read the December, 2002 issue of Ag Air Update, Volume 20, No. 12.

31.    That Randy Hardy read the January, 2003 issue of Ag Air Update, Volume 21, No. 1.

32.    That Angela Banz read the January, 2003 issue of Ag Air Update, Volume 21, No. 1.

33.    That Randy Hardy read the March, 2003 issue of Ag Air Update, Volume 21, No. 3.

34.    That Angela Banz read the March, 2003 issue of Ag Air Update, Volume 21 No. 3.

35.    That Randy Hardy read the April, 2003 issue of Ag Air Update, Volume 21, No. 4.

36.    That Angela Banz read the April, 2003 issue of Ag Air Update, Volume 21, No. 4.

37.  That Randy Hardy read the May, 2003 issue of Ag Air Update, Volume 21, No. 5.

38.  That Angela Banz read the May, 2003 issue of Ag Air Update, Volume 21, No. 5.

CASSIDY & MUELLER

By: _____

Attorneys for Defendant and
Third Party Plaintiff,
PONTIAC FLYING SERVICE, INC.

PROOF OF SERVICE

The undersigned certifies that on _1-20_, 2006 a copy of the
foregoing document was served upon all counsel of record at their
respective addresses by:

_✓_ Deposit in the U.S. Mail
___ Hand Delivery
___ Fax
___ Federal Express

By: _____

CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, Illinois 61602
Telephone: 309/676-0591



*Mailed November 27, 2002*

**Volume 20 Number 12**                    **December 2002**

# AG AVIATION'S NEWSPAPER

*by Bill Lavender*

We did survive it; a year post 9/11. It comes as a well deserved effort by everyone in the industry to take the proper precautions preventing a wholesale movement to ground ag-pilots. In retrospective, ag-aviation has been fortunate, working almost unhindered. However, one usually makes his luck. American ag-pilots have quite successfully made their own luck.

acting in a professional and prudent manner.

In this edition's "2002 - A window in time"; the photos tell the story starting at the top and advancing left to right to the bottom. *AgAir Update's* January 2002 edition started with the cover depicting two turbine Thrush aircraft working rice in Arkansas. The cover tells the

story with few words, where Mark Hartz and Scott Goetz of Grand Prairie Dusters utilize the workhorse Thrush.

In February, *AgAir Update's* cover jumps across the "pond" to the land DownUnder; Australia. Here, some of the world's most sophisticated technology has been developed for ag-aviation's use. With Trimble GPS, interfaced with AutoCal's Variable Rate Solids Controller,

Houma Avionics' Jim Graves teams up with SST Australia to perform aerial applied prescription-driven, variable rate applications of fertilizer.

Back to back, in March, another lead story emerges from Australia. Gwydir Air introduces night spraying with a Bell 206 helicopter, a first for this country. The modified Bell 206B3 Jet Ranger is outfitted with triple 450-watt night work lights. Making the application are six Micronair AU5000 rotary atomizers spraying cotton.

In April *AgAir Update* had Thrash Aviation working from its home base in Perry, Georgia. Flying five AT-602s and an AT-802, this company proves ag-aviation can operate from public airports, and nearby congested areas fertilizing pine trees. The story relates to how Jimmy and Helen Thrash use expert public relations tactics to keep their aircraft in the air, despite the uncertainties after 9/11.

Proving 9/11 affects all of ag-aviation, the cover of the May edition features *AgAir Update* reader John Seay of Gerik Ag Service in Aquilla, Texas, taking his company's PR to another level. A talented aircraft painter, John colors the company Ag-Cat in World War II Grumman fighter colors and a large American flag. This low-flying ag plane is bright yellow with easy to ready company name and military insignias. When the public views the aircraft while at work or ferrying, it is likely tensions are eased as the aircraf,t painted in familiar, patriotic colors passes overhead.

Closer to home, in North Carolina, the June *AgAir Update*

*See 2002, page 7*

# 2002 A WINDOW IN TIME





**Aussie certify night heli ops**



**Thrash Aviation meets community PR challenge**

**Garik Ag Service sport patriotic look**



**Anroushka is history - who comes next**





**WALTER ENGINE PROVES**



**EXHIBIT A**

**DECEMBER, 2002 VOLUME 20 NUMBER 12  DOMESTIC SECTION**

**AgAir***update*

**7A**

climbed a few hundred feet to program the onboard GPS prior to proceeding to the next field to be sprayed. The 15,000-hour pilot reported that while en route to the next field, the leading edge of the right wing collided with a guide wire from the recently erected radio station transmitter for radio station KL2K-FM 97.3. The pilot reported that the impact with the guide wire resulted in a momentary loss of control and the airplane abruptly turned about 90 degrees towards the south. The pilot added that he was able to control the airplane by applying "almost full aileron and full rudder deflection" to keep the airplane level.

The pilot maintained control of the airplane and continued straight ahead until locating a suitable landing area. The pilot made an uneventful precautionary landing in an open wheat field approximately one mile southeast of the tower.

Examination of the airplane by the FAA inspector revealed that the right wing was pulled aft at the wing root, resulting in structural damage to the fuselage at the wing mount attaching area. Additionally, the leading edge of the right wing, the right aileron, the right wing flap, and the right hand spray boom were also damaged. The 756-foot transmission tower was knocked down and the tower was reported as destroyed. There were no reported injuries to anyone on the ground.

**NTSB Identification:** FTW03LA025
**Date:** October 29, 2002
**Location:** Seminole, TX
**Aircraft:** Cessna T188C
**Injuries:** 1 Uninjured.
On October 29, 2002, approximately 1045 cdt, a Cessna T188C sustained substantial damage during a forced landing to a cotton field following a partial loss of engine power near Seminole, Texas. The pilot was not injured. The local flight departed from a private airstrip approximately 10 minutes prior to the accident.
According to an FAA inspector, who responded to the accident site, the pilot departed the private airstrip and prior to reaching the spray field, the engine began to lose power. Unable to maintain altitude, the pilot elected to execute a forced landing to a field. During the landing, the airplane struck a dirt berm and came to rest upright. The inspector reported the right wing was damaged and the right main landing gear was separated.

**NTSB Identification:** FTW03LA022B
**Date:** October 29, 2002
**Location:** Big Spring, TX



**Fort Wolters Helicopters**

517 Grant Road
Mineral Wells, Texas
www.fortwoltershelicopters.com

**Sales, Maintenance & Overhaul of Hiller 12E**
**Piston & Turbine Helicopters**

**PAT POCKRUS**, President
Toll Free: 888-925-5971
e-mail: hiller@mesh.net

940-325-5971
Fax: 940-325-4873

## Turbine Transition Training



AT-503-34 w/Satloc M3
5 hour Ground Instruction
5 hour Dual Instruction w/CFII Ag Pilot
Turbine Sign-off • Lodging Provided

**Pontiac Flying Service**
Pontiac, IL
**815-844-2707**

# USAg Recycling, Inc.

*Specializing in recycling*
*plastic agricultural containers.*



RINSE • RECYCLE
**DO YOUR PART**

**For more Information or to**
**Schedule a Pick-Up Call Us.**

# 800-654-3145

*We are the Environmentally Responsible solution*
*to your agricultural container management problems.*

www.USAgRecycling.com

GERALD ANDREWS        DON PETERS


**AS**

## AirSouth Insurance



*Aviation Insurance Specialist*

● BUSINESS          ● ROTOR CRAFT
● PLEASURE          ● SPORT CRAFT
● COMMERCIAL        ● SPECIAL RISK
● WORKMAN'S COMP    ● AG AVIATION

Tel: 334-793-9802 • Fax: 334-793-5490
P.O. Drawer 6727
Dothan, Alabama 36302

*"We Want and Appreciate Your Business*
*We're Working To Earn It"*

**EXHIBIT A1**

DECEMBER, 2002 VOLUME 20 NUMBER 12  DOMESTIC SECTION

AgAir*update*

## ATECH Turbine Components, Inc.

### Specializing in the repair & overhaul of Pratt & Whitney

**PT6, JT15D & PW100**

**Hot Section Components**

• Heat Treat  • TIG Welding  • Resistance Welding
• Thermal Barrier Coatings  • Non-Destructive Testing
• Plasma-Spray Repair  • On-Site Engineering
FAA / JAA Certificated  &  P&WC Approved

**We've Moved !**

**One Saint Mark Street, Auburn MA 01501**

**Phone: 508-721-7679    Fax: 508-721-7978**

because you only have the capability of one A-B line. So you'll be flying with the rows, if that's where your AB line is, in one field and knows at what angle you'll be crossing the rows of the second field, but they will be parallel to the first field. I've been told that there are other units that can have more than one AB line and this might be a real plus. I've had a lot of help on this bulletin board from others and followed the info up by trying the advice in the cockpit while parked. Learned waypoint storage/retrieval, etc and downloading work to the flash card and giving the customer a printout of the work done on his farm. A very handy PR tool. Regards,

*by Pierre Smith*

The Agnav is real good for forestry...Especially rotor wing. They have multiple points where you can actually fly around the perimeter of a tract (especially those funky ones with smz's an other things you want to omit) and then enter it and there you have your map, acres etc. real cool ! another neat thing is you can create a file with all the gps locations of the state airports you work and when you are going to and fro go to that file and enter the airport and go .The screen will also show the surrounding airports. Everyone loves their Satlocs but I've learned to like the Agnav. They really do support well, and actually listen if you have a problem. (which is rare).

*by Cropflyer*

I have the Ag Nav 2 in both fixed and in rotor and have had great luck so far, I like em

*by Chuck Webber*
*(518) 537-7433 for any ?'s*

Steve-- we run the Agnav, mostly timber work and large gypsy moth contracts. Very good performance overall, when we have had equipment



## HARDY AVIATION INSURANCE

**COVERAGE FROM A NAME YOU CAN TRUST...**

**...AT A PRICE YOU CAN AFFORD!**

*From Agricultural Aviation to Fixed Base Operations and Personal Aircraft... Call Randy, Angie, Rita or Melinda with all of your aviation insurance needs. We'll make a satisfied customer out of you the old fashioned way... Good Policies and Good Service.*

P.O. Box 12010, Wichita, KS  67277
Phone: (316) 945-6733.  •  Fax: (316) 945-2330
hardy@hardyaviationins.com    www.hardyaviationins.com

**1•800•721•6733**

## ROY'S CUSTOMIZED TRUCKS

*Building Trucks for 25 Years*

**Standard Features**
✔ 12" tubes
✔ 12" folding augers
✔ 600 gal. fuel tank
✔ Onboard scales
✔ Hopper 11,000 lb.
   Urea capacity
✔ Rollover tarp
✔ 10' side-over-side
          hopper loading
   capability
✔ Dual chain drive
✔ Hydraulic controlled
   stainless slide gate

*Many custom options available including 100% stainless steel version*



*Mounted on 4700 or 4900 International trucks with DT 466 engines. Or custom mounted to customer's truck.*

**Let Us Build One For Your Operation**

## ROY'S CUSTOMIZED TRUCKS

Box 273, Highway 18E • Monette, AR 72447
**870-486-2122** - shop  **870-926-2384** - mobile
**870-486-2853** - after 6pm

**EXHIBIT A2**



*Mailed December 27, 2002*

# AgAir *update*

**Volume 21 Number 1**    **January 2003**

## AG AVIATION'S NEWSPAPER

# Plummer's prop proves itself

*by Bill Lavender*

There really isn't a more sexy sound than that of a Viper 1200 Thrush passing overhead. It's not too loud, like the screaming 12 blades and throaty exhaust of the R-1340. It has a deeper resonance, quieter prop, that at the same time lets you know there is awesome power coming from its nine cylinders.

A PZL 1,000 horsepower engine mounted on an M-18 Dromader is not the 1,000 horsepower Cyclone Wright engine found on the Viper 1200 Thrush. The similarities are so close, however, the first thing I thought of when a Riceland Aviation Dromader flew over fitted with a Plummer DC-3 prop was my Thrush Viper 1200 from many years ago.

I wish I had more experience in the piston-powered Dromader with its factory installed propeller, but I don't. Therefore, I can't personally attest to the claims being made by the ag pilots who are now flying the Plummer Props STC conversion. The fact of the matter is, these claims are coming from every single operator who has made the conversion, thus I'm inclined to believe them.

Since June of 2001 when Plummer Props received its STC to convert the piston powered PZL engine's factory installed prop to a DC-3 propeller, the company has delivered more than 30 units (see *AAU* May 2001) for the Dromader. Recently, during trips through Louisiana and Missouri, I visited with two operators and asked them for feedback about the conversion: Riceland Aviation in Jennings, Louisiana and Pete Malone's Ag Air in Sikeston, Missouri.

When I arrived at the Riceland Aviation base in Jennings, all three Dromaders were working, and working hard. There were no plans to stop for lunch, it was rice planting time and they were behind.

According to Billy Precht, Jr. who manages and flies for Riceland, while his dad Billy, Sr. keeps the coals burning on one of the other two Dromaders, is the main reason Riceland Aviation opted for the conversion was for less maintenance. After the three Plummer Props were installed, the company found out there were other improvements that turned out to be a bonus.

They are seeing about a 12 increase in airspeed. The prop vibration has evened practically disappearing. Prop balancing, however, is said Billy, Jr.

Riceland Aviation found they could either reduce their manifold pressure settings three inches and save 10% in fuel with the same performance, or they could leave the settings used with the factory propeller and easily see a 10% increase in performance.

Billy, Sr. with years of experience flying the M-18, told *AgAir Update*, "The biggest difference I have noticed is the aircraft pulls better in the turns. But it's also better all the way around".

*See Plummer, page 7*



*Riceland Aviation's three Plummer Props outfitted Dromaders hard at work over Louisiana rice fields.*

**EXHIBIT B**

**20A** AgAir*update* JANUARY, 2003 VOLUME 21 NUMBER 1 DOMESTIC S



# Fort Wolters Helicopters

517 Grant Road
Mineral Wells, Texas
www.fortwoltershelicopters.com

**Sales, Maintenance & Overhaul of Hiller 12E
Piston & Turbine Helicopters**

PAT POCKRUS, President                940-325-5971
Toll Free: 888-925-5971                Fax: 940-325-4873
e-mail: hiller@mesh.net

## Turbine Transition Training

AT-503-34 w/Satloc M3
5 hour Ground Instruction
5 hour Dual Instruction w/CFII Ag Pilot
Turbine Sign-off • Lodging Provided

## Pontiac Flying Service

Pontiac, IL.

**815-844-2707**

# USAg Recycling, Inc.

*Specializing in recycling
plastic agricultural containers.*



RINSE
RECYCLE
DO YOUR PART

**For more Information or to
Schedule a Pick-Up Call Us.**

# 800-654-3145

*We are the Environmentally Responsible solution
to your agricultural container management problems.*

www.USAgRecycling.com

# NTSB Report

| 2002 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| NF | 0 | 1 | 7 | 3 | 9 | 8 | 3 | 21 | 16 | 8 | 5 | 1 |
| F | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | |

**NTSB Identification:** FTW03LA047
**Date:** November 22, 2002
**Location:** Big Thicket, TX
**Aircraft:** WSK PZL Mielec M18A
**Injuries:** 1 Uninjured.

On November 22, 2002, approximately 0900 central standard time, a WSK PZL Mielec M18A single-engine agricultural airplane, was substantially following a forced landing after experiencing a partial loss of engine power near Big Thicket, Texas. The commercial pilot, sole occupant of the airplane, was not injured. Visual meteorological conditions prevailed for the 14 Code of Federal Regulations Part 137 aerial application flight, and a flight plan was not filed. The airplane departed a private grass airstrip at Wildwood Resort, Texas, at 0850.

In a telephone interview w: the NTSB accident investiga tor-in-charge, the pilot repo that after completing the fir. pass while dispersing fertili "the engine went to idle po The pilot stated that attempt restore power were unsucce. ful and the airplane settled a grove of 20-foot pine tree The pilot reported that both wing spars sustained substa damage as a result of impac the trees.

GERALD ANDREWS          DON PETERS


# AS
## AirSouth Insurance



*Aviation Insurance Specialist*

● BUSINESS          ● ROTOR CRAFT
● PLEASURE          ● SPORT CRAFT
● COMMERCIAL        ● SPECIAL RISK
● WORKMAN'S COMP    ● AG AVIATION

Tel: 334-793-9802 • Fax: 334-793-5490
P.O. Drawer 6727
Dothan, Alabama 36302

*"We Want and Appreciate Your Business
We're Working To Earn It"*

**EXHIBIT B1**

. 2003 VOLUME 21 NUMBER 1  DOMESTIC SECTION

**AgAir**update     **13A**

*solidate Turbine Support, Inc.*

# ving from business aviation to ag aviation

*Causer,*
*ted Turbine Support*
*ask-cts.com*

, AZ—"How about if
: these fan blades on the
the thing to propeller?"
said to Wilbur.
re gonna fly over my
d drop WHAT on my
said the farmer to the

: Indians?" General
sked his aide.
utterances launched
the most significant
history.

ose we only charge our
rs a fee if we save them
r more?" Erik Thomas
rian Causer. "Yeah,
, what if we guaran-
: that we will save them
n their aircraft engine
ance?" Causer replied.
the conversation that

launched Consolidated Turbine
Support (CTS) three years ago,
and it's proving to be a unique
idea whose time has come. The
company, based out of Prescott
Valley, Arizona, represents the
financial and technical interests
of smaller operators by super-
vising engine service-related or
overhaul work done by a third
party. Their goal is to obtain a
20- to 30-percent reduction in
gross cost while bringing home
the highest quality parts, war-
ranties, and work for the owner.
In fact, they guarantee they will
save operators money on
   maintenance and repairs.
Their fee is 35 percent of
the documented savings if
it exceeds $5,000. Do the
math. If they save an operator
$10,000, he pays CTS $3,500
and pockets $6,500.

   "We knew from our collec-

tive experience in the industry
that we could save money for
people who used planes in their
businesses but who were not
experts in the nuts and bolts of
aircraft maintenance and repair,"
said Conner Thomas, Director of
Operations. "It's a win-win. Ag
aviators keep on flying and don't

need to worry about overpay-
ing or getting inferior work or
parts. In fact, we make a deal
with them. We won't dust any
crops if they won't try to fix
their own planes."

   "We all have our areas of
expertise. You wouldn't try to
pull your own tooth or remove



*From Agricultural Aviation to Fixed Base Operations
and Personal Aircraft... Call Randy, Angie, Rita or
Melinda with all of your aviation insurance needs.
We'll make a satisfied customer out of you the old
fashioned way... Good Policies and Good Service.*

P.O. Box 12010, Wichita, KS  67277
*Phone: (316) 945-6733  •  Fax: (316) 945-2330*
hardy@hardyaviationins.com    www.hardyaviationins.com
1•800•721•6733



**Consolidated Turbine Support**

"Tired of paying too much for your
O/H,HSI or FOD related engine service?"
Join the operators we represent & we
guarantee to reduce your cost!
Contact Conner Thomas
Dir. of Sales & Marketing

4959 Pebble Circle
Prescott Valley, AZ 86314
Mobile 928.273.1293
Phone 928.759.3208
Fax 928.775.2842
www.consolidatedturbinesupport.com

TPE331




Additive Specialist"

**trol**™
Deposition/Retardant Aid
eliminary data suggests top performance
xes extremely well with no plugging
ots report they can see it work!

ts per acre with results you can see!!!

Contact for FREE Sample

**RRO** *Products, Inc.*

Tel: 765-395-3441
Cell: 561-379-6251
Fax: 765-395-3444
eFax 413-235-5154
email: mrfoam1@earthlink.net

19, Converse, IN 46919

**EXHIBIT B2**



# AgAir update

### Volume 21 Number 3 | March 2003

## AG AVIATION'S NEWSPAPER



# Progressive flying in Argentina

Omar Diaz

**EXHIBIT C**

three sessions to two. The next LTP class will begin at the 2003 convention in Reno, Nevada.

In order to select the 2003-2004 class, each state/regional association is ask to submit one nomination per state. All nominees must be involved in an agricultural aviation business as partial or total owner of as least one agricultural aircraft; and /or managing employee, stockholder or pilot of an agricultural aviation business. If you, or someone you know,

would like to be nominated for the next class contact the NAAA office at 202-546-5722. The NAAA office has the application forms, which must be completed by the nominee, and must be submitted by no later than April 15, 2003 to NAAA headquarters.



## ROY'S CUSTOMIZED TRUCKS

*Building Trucks for 25 Years*

**Standard Features**
- ✓ 12" tubes
- ✓ 12" folding augers
- ✓ 600 gal. fuel tank
- ✓ Onboard scales
- ✓ Hopper 11,000 lb. Urea capacity
- ✓ Rollover tarp
- ✓ 10' side-over-side hopper loading capability
- ✓ Dual chain drive
- ✓ Hydraulic controlled stainless slide gate

*Mounted on 4700 or 4900 International trucks with DT 466 engines. Or custom mounted to customer's truck.*

*Many custom options available including 100% stainless steel version*

**Let Us Build One For Your Operation**

**ROY'S CUSTOMIZED TRUCKS**
Box 273, Highway 18E • Monette, AR 72447
**870-486-2122** - shop  **870-926-2384** - mobile
**870-486-2853** - after 6pm

## Turbine Transition Training



AT-503-34 w/Satloc M3
5 hour Ground Instruction
5 hour Dual Instruction w/CFII Ag Pilot
Turbine Sign-off • Lodging Provided

### Pontiac Flying Service
Pontiac, IL

**815-844-2707**

*Leaks*
*Drips*

$23.50    $32.50

AFS STANDARD CHECK VALVE    AFS ON-OFF CHECK VALVE
*WITH PLASTIC SEAL*    *WITH PLASTIC SEAL*

**The _only_ Check Valve designed to WORK**

√ NO MAINTENANCE--MORE PROFIT
√ ENVIRONMENTALLY FRIENDLY
√ 20 MESH CONICAL SCREEN--BEFORE THE DIAPHRAGM !!

### Some Customer Comments

*"Best thing that ever happened to ag aviation."*
-Mal Lancaster, Lancaster Flying Service, LA

*"Four seasons without a drip."*
-Leon Watson, O'Brien Flying Service, LA

*"No more leaks and drips. Excellent product."*
-Dan Foster, Farm and Forest Helicopters, WA

*"They're trouble free."*
-Dale Patterson, Cedar Butte Air Inc., SD

*"Stopped our constant trailing and leaking problem."*
-Pat Kornegay, Sun Valley Dusting Co., TX


WE MAKE IT WORK

CALL TODAY
# 800.833.2013

**AeroFlow Systems**

574.862.1908
574.862.4669 Fax

www.aeroflow.com
deby3@earthlink.net

30688 CR 36 Wakarusa IN 46573

**EXHIBIT C1**



**Accessories**
**Landing Lights**
**Hiller Helicopter Parts**

**A & E Accessories**
PO Box 404 · 13853 Ave. 112
Pixley, CA 93256
aeaccessories@yahoo.com
559-757-1478 · 559-757-7409 Fax

# NAAA/Syngenta leadership training program

The National Agricultural Aviation Association (NAAA) is accepting applications for the 2003-2004 class of the Leadership Training Program sponsored by the NAAA and Syngenta Agricultural Products. Since 1995 NAAA has offered a leadership Training Program (LTP), the cost of which have been generously underwritten by Syngenta Agricultural Products.

The goal of the program is to provide training to selected individuals in the agricultural aviation industry. The program includes training that enables its participants to develop a strong ability to clearly communicate to the public, media and government the important role aerial application plays in the production of our

country's agricultural produ
The training also involves
teaching technique to more
effectively run and manage
aerial application business
to more effectively serve as
a leader while serving indus-
try organizations, such as th
NAAA and state agricultural
aviation associations.

The program has been m
ified so that the first course
begins at the NAAA conven-
tion in December and ends
at the NAAA spring board
meeting the following Febru-
ary in Washington, DC. This
places the working sessions
closer together so that the
course curriculum stays fres
in the participants' minds. T
courses will be more intens
on public speaking and med
training and shortened from



**HARDY**
AVIATION INSURANCE

COVERAGE FROM A NAME YOU CAN TRUST...

...AT A PRICE YOU CAN AFFORD!

*From Agricultural Aviation to Fixed Base Operations and Personal Aircraft... Call Randy, Angie, Rita or Melinda with all of your aviation insurance needs. We'll make a satisfied customer out of you the old fashioned way... Good Policies and Good Service.*

P.O. Box 12010, Wichita, KS 67277
Phone: (316) 945-6733 ✦ Fax: (316) 945-2330
hardy@hardyaviationins.com    www.hardyaviationins.com

1•800•721•6733



**LOOK**
IN THE
**CLASSIFIEDS**

AgAir*update*

**CLASSFAX**
Best Classified Buy In The Industry.
*Read By More Ag Pilots Than Any Other Publication.*
Only $30
NOW FAX TOLL FREE
**888-382-6951**
International fax to 478-987-1836



EXHIBIT C2



# AgAir *update*

Volume 21 Number 4    April 2003

## AG AVIATION'S NEWSPAPER



# Working the learning curve, G B Aerial

- NAAA's "Griffith Inspection
- "Crop Dusters," a historical video
- Weatherly offers hopper

(L-R) G B Aerial Applicators' pilots Greg Smith, David Chesterton, Marc Knolls and Robert Hamerman on location in Ahoskie, NC working three AT-802s timber fertilizing.

100 YEARS OF MOTORIZED FLIGHT

**EXHIBIT D**

APRIL, 2003 VOLUME 21 NUMBER 4 DOMESTIC SECTION

AgAir*update*   **3**

a temperature inversion simply extends the drift pattern down wind. It still leaves a trail of symptoms on sensitive plants as does a drift without a temperature inversion.

Temperature inversions more often occur early in the morning and late in the evening when the earth's surface is cool. It can, however, occur later in the day and with winds 10 mph or more.

Unfortunately, the air and water pollution officials interfere with the burning of tires, but a smoke column is the best way to detect a temperature inversion.

Also, wind directions can be very different within short distances. I have seen three different directions within a two-mile area and have even seen smoke moving in opposite directions on the two ends of a landing strip.

### Precautions

Be sure to survey the area surrounding the proposed applica-tion site to determine if there are sensitive crops, trees, plants, etc. downwind of your spray operation.

Do not take someone else's word that the surrounding crops are "Roundup-Ready" or otherwise genetically engineered for the chemical that you plan to apply. Do not take the word of a tractor driver or some other employee. Ask the owner or owners of the surrounding crops.

### Conclusion

I want to take this opportunity to wish you a safe and successful season. However, if you receive a complaint, even if you do not believe you are guilty or if you believe the acreage involved is very small, I urge you to get it documented by an "expert" who can testify in court as an expert witness, should it become necessary. For instance, after the corn is completely mature, it is hard to tell where the symptoms of Roundup stopped. The heavily dam-aged portion may be evident, but where the leaf burn actually stopped would be hard to determine. Other situations also occur with other crops where it is impossible to determine the extent of a drift, or to document that a drift did not occur. Get the situation documented while the symptoms are still present.



Advertise or Vaporize

Call

AgAir*update*

478-987-2250

# Turbine Transition Training



AT-503-34 w/Satloc M3
5 hour Ground Instruction
5 hour Dual Instruction w/CFII Ag Pilot
Turbine Sign-off • Lodging Provided

## Pontiac Flying Service
Pontiac, IL

**815-844-2707**



Leaks Drips

$23.50          $32.50

The *only* Check Valve designed to WORK

AFS STANDARD CHECK VALVE WITH PLASTIC SEAL

AFS ON-OFF CHECK VALVE WITH PLASTIC SEAL

√ NO MAINTENANCE--MORE PROFIT
√ ENVIRONMENTALLY FRIENDLY
√ 20 MESH CONICAL SCREEN--BEFORE THE DIAPHRAGM !!

**Some Customer Comments**

"Best thing that ever happened to ag aviation."
-Mal Lancaster, Lancaster Flying Service, LA

"No more leaks and drips. Excellent product."
-Dan Foster, Farm and Forest Helicopters, WA

"Four seasons without a drip."
-Leon Watson, O'Brien Flying Service, LA

"They're trouble free."
-Dale Patterson, Cedar Butte Air Inc., SD

CALL TODAY **800.833.2013**

574.862.1908           www.aeroflow.com
574.862.4669 Fax      deby3@earthlink.net

AeroFlow Systems   30688 CR 36 Wakarusa



# ROY'S CUSTOMIZED TRUCKS
*Building Trucks for 25 Years*

**Standard Features**
- ✓ 12" tubes
- ✓ 12" folding augers
- ✓ 600 gal. fuel tank
- ✓ Onboard scales
- ✓ Hopper 11,000 lb. Urea capacity
- ✓ 10' side-over-side hopper loading capability
- ✓ Dual chain drive
- ✓ Hydraulic controlled stainless slide gate



Mounted on 4700 or 4900 International trucks with DT 466 engines. Or custom mounted to customer's truck.

Many custom options available including 100% stainless steel version

**Let Us Build One For Your Operation**

## ROY'S CUSTOMIZED TRUCKS
Box 273, Highway 18E • Monette, AR 72447
**870-486-2122** - shop   **870-926-2384** - mobile
**870-486-2853** - after 6pm

EXHIBIT D1

# Damage claims - real or alleged

by L.B. Davis
Davis Ag Consultants

Frequently we get claim assignments where so much time has passed since the spray date that all of the symptoms that we could use to document the situation have disappeared.

When you have a complaint, let me urge you to have some-one investigate the matter who has the expertise to recognize whether or not the complaint is justified or if you are being falsely accused. This should be someone who can testify in court as an expert witness.

### Upcoming Season

I am sure burndown is already occurring in some parts of the United States. Materials will include such things as glyphosate, Touchdown, gramoxone and some other burndown materials. I do not know of any wheat, oats, barley or other small grains that are not sensitive to these materials. Also, there will probably be other sensative crops, such as flowers, trees, shrubs, etc.

### Temperature Inversions

A temperature inversion occurs when a warm layer of air forms above the cooler air. A gentle smoke column will rise to this inversion layer and level off just under it. If there is air movement, the smoke will go downwind. If the Inversion occurs when winds are perfectly calm, the smoke will probably spread in more than one direction.

As most of you know, the normal condition is temperature decreases as elevation increases. Without a temperature inversion layer, convection currents tend to move upward, especially as the earth (soil) warms up. Convection currents will tend to take very small particles into the upper atmosphere and dilute them to the point where they never make any difference should they come back down.

A temperature inversion does not cause the chemical to rise up, move over and come back down at some other location. Wind travels across the surface in a rolling motion. We know how a hurricane loses force rapidly when it strikes land. The land slows the wind and the upper part rolls over it, mixing any spray up to the level of an inversion depending upon atmospheric conditions. Therefore, the heavier drops fall first and



## HARDY
### AVIATION INSURANCE

COVERAGE FROM A NAME YOU CAN TRUST...

...AT A PRICE YOU CAN AFFORD!

*From Agricultural Aviation to Fixed Base Operations and Personal Aircraft... Call Randy, Angie, Rita or Melinda with all of your aviation insurance needs. We'll make a satisfied customer out of you the old fashioned way... Good Policies and Good Service.*

P.O. Box 12010, Wichita, KS  67277
Phone: (316) 945-6733  •  Fax: (316) 945-2330
hardy@hardyaviationins.com    www.hardyaviationins.com

1•800•721•6733



## JON HERR
## PROFESSIONAL FIBREGLASS REPAIR

The only name to remember for quality fibreglass repair, refinish and custom designs.

Shop:  530-735-6264
Fax:   530-735-6265

For customer service
800-544-5694

N6873

422 Monte Vista • Woodland, CA 95695
www.jhpfr.com  •  e-mail: jonherr@jhpfr.com

## Available Now!

A forty-year history of  Schweizer Aircraft Corporation's Ag-Cat agricultural airplane.

A perfect gift for an Ag-Cat owner or pilot....for anyone interested in agricultural aviation...Or, even for yourself!

The Ag-Cat, a tough, all-business biplane, a leader in agricultural aviation. It played a major role in the revolution of farming that began after World War II. Written by William Schweizer, the book contains numerous pictures, charts and design drawings, ideal for istorical aircraft buffs and model builders.

Hard bound — 117 pages
Only $14.95 plus $5.00 S&H
MasterCard/Visa

Call or Fax your order TODAY!!!
478-987-2250 Voice
888-382-6951 Fax

**EXHIBIT D2**



# AgAir *update*

Volume 21 Number 5                    May 2003

## AG AVIATION'S NEWSPAPER



100 YEARS OF MOTORIZED FLIGHT

## Arkansas aerial applicators prepare for season

- staring in your face
- New Zealand accreditation
- Handley's classroom lab

**EXHIBIT E**

AgAir*update*

attempt to recover (subrogate) these damages. An agreement to waive the carrier's right to bring this type of action is referred to as a "waiver of subrogation". This agreement may be approved by the underwriter prior to a loss, but the aircraft owner must let their agent know of the agreement and request its approval. If your aircraft has been repaired recently, you may find that these waivers have been placed in the fine print of the repair order. They may appear at the bottom or on the reverse side. These waivers could have a disastrous effect on the insurance coverage.

As an example, this could occur if work is performed on the aircraft engine improperly and the engines fails. The insured would expect that the insurance carrier should promptly pay their claim. However, if the investigation shows that the company will not be able to recover from a negligent repair station, they may have grounds not to pay the claim. This could become even more serious if a bodily injury or death is involved.

Our society has become complex and more litigious. This is the primary reason that FBOs, repair stations, hangar owners, municipalities, and others try to limit their liability by contract or agreement. However, you are well within your rights to mark through these statements. If the facility asks for an explanation, advise them that your insurance policy does not permit such agreements. A reputable facility will understand your concern.

As with most rules there is at least one exception. Your insurance carrier knows for the most part that it would be impossible for individual owners to fight the governmental entity that controls the airport. The carriers have endorsed their policies for these situations. When a governmental body requires a release to permit the use of the airport or to lease premises for tie down or hangar space, it is not excluded from the policy. This would protect the municipality, but not provide any coverage for a non governmental entity, such as an FBO.

If you have any concern in regard to the wording of such agreements, do not hesitate to contact your insurance representative. It is incumbent for everyone to be vigilant in reading and understanding the agreements that they sign. It is imperative that your rights, as well as the insurance carrier, be preserved against a party that may have caused the injury.

*John Allen is president of Falcon Insurance Agency with nine offices throughout the United States with the home office in Austin, Texas. For more information contact Donn Gauger dgauger@falconinsurance.com or visit www.falconinsurance.com.*



HARDY
AVIATION INSURANCE

COVERAGE FROM A NAME YOU CAN TRUST...

...AT A PRICE YOU CAN AFFORD!

*From Agricultural Aviation to Fixed Base Operations and Personal Aircraft... Call Randy, Angie, Rita or Melinda with all of your aviation insurance needs. We'll make a satisfied customer out of you the old fashioned way... Good Policies and Good Service.*

P.O. Box 12010, Wichita, KS 67277
Phone: (316) 945-6733 • Fax: (316) 945-2330
hardy@hardyaviationins.com    www.hardyaviationins.com

1•800•721•6733



Leaks Drips

AFS Check Valves Work

STOP: leaks
drips
plugged tips

GO: long life
productivity
low investment

800.833.2013
574.862.1908    www.aeroflow.com
574.862.4669 Fax    debry3@earthlink.net
AeroFlow Systems   30688 CR 36 Wakarusa IN 46573

AFS
WE MAKE IT WORK



Turbine Transition Training

AT-503-34 w/Satloc M3
5 hour Ground Instruction
5 hour Dual Instruction w/CFII Ag Pilot
Turbine Sign-off • Lodging Provided

Pontiac Flying Service
Pontiac, IL

815-844-2707

EXHIBIT E1

AgAir update

MAY, 2003 VOLUME 21 NUMBER 5 DOMESTIC SECTION

attempt to recover (subrogate) these damages. An agreement to waive the carrier's right to bring this type of action is referred to as a "waiver of subrogation". This agreement may be approved by the underwriter prior to a loss, but the aircraft owner must let their agent know of the agreement and request its approval. If your aircraft has been repaired recently, you may find that these waivers have been placed in the fine print of the repair order. They may

appear at the bottom or on the reverse side. These waivers could have a disastrous effect on the insurance coverage.

As an example, this could occur if work is performed on the aircraft engine improperly and the engines fails. The insured would expect that the insurance carrier should promptly pay their claim. However, if the investigation shows that the company will not be able to recover from a negligent repair station, they may have

grounds not to pay the claim. This could become even more serious if a bodily injury or death is involved.

Our society has become complex and more litigious. This is the primary reason that FBOs, repair stations, hangar owners, municipalities, and others try to limit their liability by contract or agreement. However, you are well within your rights to mark through these statements. If the facility asks for an explanation, advise them that your insurance policy does not permit such agreements. A reputable facility will understand your concern.

As with most rules there is at least one exception. Your insurance carrier knows for the most part that it would be impossible for individual owners to fight the governmental entity that controls the airport. The carriers have endorsed their policies for these situations. When a governmental body requires a release to permit the use of the airport or to lease premises for tie down or hangar space, it is

not excluded from the policy. This would protect the municipality, but not provide any coverage for a non governmental entity, such as an FBO.

If you have any concern in regard to the wording of such agreements, do not hesitate to contact your insurance representative. It is incumbent for everyone to be vigilant in reading and understanding the agreements that they sign. It is imperative that your rights, as well as the insurance carrier, be preserved against a party that may have caused the injury.

*John Allen is president of Falcon Insurance Agency with nine offices throughout the United States with the home office in Austin, Texas. For more information contact Donn Gauger dgauger@falconinsurance.com or visit www.falconinsurance.com.*



## HARDY
### AVIATION INSURANCE

COVERAGE FROM A NAME YOU CAN TRUST...

...AT A PRICE YOU CAN AFFORD!

*From Agricultural Aviation to Fixed Base Operations and Personal Aircraft... Call Randy, Angie, Rita or Melinda with all of your aviation insurance needs. We'll make a satisfied customer out of you the old fashioned way... Good Policies and Good Service.*

P.O. Box 12010, Wichita, KS 67277
Phone: (316) 945-6733  •  Fax: (316) 945-2330
hardy@hardyaviationins.com   www.hardyaviationins.com

## 1•800•721•6733



Leaks Drips

# AFS Check Valves Work

STOP: *leaks*
*drips*
*plugged tips*

GO: *long life*
*productivity*
*low investment*

## 800.833.2013

574.862.1908
574.862.4669 Fax   deby3@earthlink.net
AeroFlow Systems   30688 CR 36 Wakarusa IN 46573

WE MAKE IT WORK!



# Turbine Transition Training

AT-503-34 w/Satloc M3
5 hour Ground Instruction
5 hour Dual Instruction w/CFII Ag Pilot
Turbine Sign-off • Lodging Provided

## Pontiac Flying Service
Pontiac, IL
### 815-844-2707

**EXHIBIT E2**