UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 03-1288<br>) |
| PONTIAC FLYING SERVICES, INC., | )<br>) |
| Defendants and<br>Third Party Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| HARDY AVIATION INSURANCE, INC., | )<br>) |
| Third Party Defendant. | ) |

**INTERLOCKING INTERROGATORIES**

TO:   Third Party Defendant,
      HARDY AVIATION INSURANCE, INC.

You have been served contemporaneously with a <u>REQUESTS FOR ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS PURSUANT TO RULE 36</u> in this cause. The definitions contained in that Request apply to these Interrogatories. Pursuant to Rule 213 you are hereby requested to answer the following Interrogatories under oath within thirty (30) days after service.

INTERROGATORY NO. 1: To the extent that you denied any of the paragraphs of the <u>REQUESTS FOR ADMISSION OF FACTS</u> please, as to each such paragraph, identified separately, set forth the reason or reasons and the facts in support thereof upon which such denial is based.



ANSWER:

INTERROGATORY NO. 2: To the extent that you denied any of the paragraphs of the REQUESTS FOR ADMISSION OF FACTS please, as to paragraph, identified separately, state the name, each such address, telephone number, and employer of each person having knowledge of the facts upon which such denial is based.

ANSWER:

INTERROGATORY NO. 3: To the extent that you denied any of the paragraphs of the REQUEST TO ADMIT FACTS please, as to each such paragraph, identified separately, identify and state the location of any and all documents or tangible things evidencing or substantiating the reasons for such denial.

ANSWER:

CASSIDY & MUELLER

By: /s/ Donald J. Mueller
Attorneys for Defendant and
Third Party Plaintiff,
PONTIAC FLYING SERVICE, INC.

PROOF OF SERVICE

The undersigned certifies that on __1-20__, 2006 a copy of the foregoing document was served upon all counsel of record at their respective addresses by:

✓ Deposit in the U.S. Mail
___ Hand Delivery
___ Fax
___ Federal Express

By: _____

CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, Illinois 61602
Telephone: 309/676-0591