E-FILED
Thursday, 16 February, 2006  04:23:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 03-1288 ) |
| PONTIAC FLYING SERVICES, INC., | ) ) |
| Defendants and Third Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third Party Defendant. | ) |

## INTERLOCKING REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   Third Party Defendant,
      HARDY AVIATION INSURANCE, INC.

You have been served contemporaneously with a REQUESTS FOR ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS PURSUANT TO RULE 36 in this cause. The definitions contained in that Request apply to this Request for Production of Documents which is submitted pursuant to Rule 214. With respect to each paragraph of the REQUESTS FOR ADMISSION which you have denied, such paragraph to be identified separately and by number, you are hereby requested to produce for inspection and copying any and all documents as defined in Rule 214 which evidence, support, or substantiate such denial.



CASSIDY & MUELLER

By: *[signature]*

Attorneys for Defendant and
Third Party Plaintiff,
PONTIAC FLYING SERVICE, INC.

PROOF OF SERVICE

The undersigned certifies that on __1-20__, 2006 a copy of the foregoing document was served upon all counsel of record at their respective addresses by:

- ✓ Deposit in the U.S. Mail
- ___ Hand Delivery
- ___ Fax
- ___ Federal Express

By: *[signature]*

CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, Illinois 61602
Telephone: 309/676-0591