
**PATRICIA KEBR**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Friday, September 09, 2005 11:21 AM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | Activity in Case 1:03-cv-01288-JBM-BGC Nat'l Union Fire Ins, et al v. Pontiac Flying Serv, et al "Order" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from LB, ilcd entered on 9/9/2005 at 11:21 AM CDT and filed on 9/9/2005
**Case Name:** Nat'l Union Fire Ins, et al v. Pontiac Flying Serv, et al
**Case Number:** 1:03-cv-1288
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER by Magistrate Judge Byron Cudmore: Based upon the Status Report [87] filed by the parties, the Court sets the following deadlines on the sole remaining claim herein: Fact discovery is closed. Expert disclosure by Hardy on or before 11/13/2005. Expert Discovery closed 12/16/2005. Dispositive Motion deadline on remaining claim set 1/13/2006. Final pretrial and trial dates to be scheduled after dispositive motion deadline has run. Entered by Judge Cudmore on 9/9/05. (LB, ilcd)

The following document(s) are associated with this transaction:

**1:03-cv-1288 Notice will be electronically mailed to:**

Mark T Banovetz      mbanovetz@tsmp.com,

Diane M Baron      dbaron@clausen.com, pkebr@clausen.com

Kevin P Durkin      kpd@cliffordlaw.com, jg@cliffordlaw.com

George K Flynn      gflynn@clausen.com

Michael S Krzak      msk@cliffordlaw.com, jmg@cliffordlaw.com

David B Mueller      dmueller@cassidymueller.com, jstieghorst@cassidymueller.com

Jeffrey B Rock      jrock@hrbklaw.com, cpoehlman@hrbklaw.com


EXHIBIT D

9/9/2005

Marci M Shoff    mshoff@hrbklaw.com, cpoehlman@hrbklaw.com

**1:03-cv-1288 Notice will be delivered by other means to:**

Charmagne Topacio
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower
233 S Wacker Dr
22nd Floor
Chicago, IL 60606-6308

9/9/2005