2A    AgAirupdate    APRIL 2003 VOLUME 17

# Damage claims - real or alleged

by L.B. Davis
Davis Ag Consultants



HARDY
AVIATION INSURANCE

COVERAGE FROM A NAME YOU CAN TRUST...

...AT A PRICE YOU CAN AFFORD!

From Agricultural Aviation to Fixed Base Operations,
and Personal Aircraft... Call Randy, Angie, Rita or
Melinda with all of your aviation insurance needs.
We'll make a satisfied customer out of you the old
fashioned way... Good Policies and Good Service.

P.O. Box 12010, Wichita, KS  67277
Phone: (316) 945-6733 • Fax: (316) 945-2330
hardy@hardyaviationins.com  www.hardyaviationins.com

•800•721•6733

JON HERR
PROFESSIONAL FIBER
REPAIR

The only name to remember for a
repair, refinish and custom

Shop:    510-735-6264
Fax:     510-735-6265

422 Monte Vista • Woodland
www.jhgfr.com • e-mail: jonherr

Available Now!

A fun, easy to use book from Schweizer Aircraft Corporation
for Ag agricultural airplane.

A perfect gift for an Ag-Cat owner or pilot...for anyone
interested in agricultural aviation. Or, even for yourself...

The Ag-Cat, a tough, all-business biplane, a leader in
agricultural aviation, is played a major role in the
revolution of farming that began after World War II.
Written by William Schweizer, the book contains
numerous pictures, charts and design drawings, ideal for
historical aircraft buffs and model builders.

Hard bound — 117 pages
Only $14.95 plus $5.00 S&H
MasterCard/Visa

3A    AgAirupdate

Advertise
Your Business
in
AgAirupdate®
478-987-2250

Turbine Transition Training

AT 502-34 w/Series M3
5 hour Ground Instruction
5 hour Dual Instruction w/PT6 Ag Pilot
Turbine Sign-off • Lodging Provided

Pontiac Flying Service

815-844-2797

Roy's
CUSTOMIZED TRUCKS
Building Trucks for 25 Years

Standard Features
✓ 12" tubes
✓ 12" folding augers
✓ 600 gal. fuel tank
✓ Onboard scales
✓ Hopper 11,000 lb.
✓ Urea capacity
✓ Rollover tarp
✓ 10" side-over-side
   hopper loading capability
✓ Dual chain drive
✓ Hydraulic controlled
   stainless slide gate

Many custom options
available including 100%
stainless steel version

Mounted on 4700 or 4900
International trucks with DT 466 engines.
Or custom mounted to customer's truck.

Let Us Build One For
Your Operation

Roy's Customized Trucks
Box 273, Highway 18E • Menette, AR 72447
870-486-2122 - shop   870-926-2384 - mobile
870-486-2853 - after 6pm

