UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE COMPANY<br>OF PITTSBURGH, PA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 03-CV-01288 |
| PONTIAC FLYING SERVICE, INC.,<br>JUSTYN WEBSTER, as Special Administrator<br>of the Estate of NEIL WEBSTER, Deceased,<br>and CAREN S. LUCENTE, as Independent<br>Executor of the Estate of RICHARD P.<br>LUCENTE, Deceased, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| PONTIAC FLYING SERVICE, INC., | ) ) | |
| Third Party Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| HARDY AVIATION INSURANCE, INC., | ) ) | |
| Third Party Defendant. | ) | |

**MOTION FOR LEAVE TO FILE
RESPONSE TO MOTION TO STRIKE INSTANTER**

Now comes the Defendant and Third Party Plaintiff, PONTIAC FLYING SERVICE, INC., ("PONTIAC FLYING") by its attorney, DAVID B. MUELLER of the firm of CASSIDY & MUELLER, and moves the court for leave to file its RESPONSE TO MOTION TO STRIKE *instanter*. In support of this motion PONTIAC FLYING states that due to the necessity for revisions and the attachment of exhibits the motion was not filed until 5:10 p.m. The additional

ten minutes was required to improve the quality of the submission and will not adversely affect any other proceedings in the case.

WHEREFORE, Defendant and Third Party Plaintiff, PONTIAC FLYING SERVICE, INC., respectfully prays that it be granted leave to file its RESPONSE TO MOTION TO STRIKE *instanter*.

CASSIDY & MUELLER

By: s/ DAVID B. MUELLER
    Attorneys for Defendant and
    Third Party Plaintiff,
    PONTIAC FLYING SERVICE, INC.

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com, cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com, pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com, jmg@cliffordlaw.com |
| Kevin P. Durkin | kpd@cliffordlaw.com; jg@cliffordlaw.com |
| Mark T. Banovetz | mbanovetz@tsmp.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

s/DAVID B. MUELLER
    David B. Mueller - #01980661
    CASSIDY & MUELLER
    416 Main Street, Suite 323

Peoria, IL 61602
Telephone: 309/676-0591
Fax: 309/676-8036
E-mail: dmueller@cassidymueller.com