23 53 24 00 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br>        Plaintiff,<br><br>vs.<br><br>PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased,<br><br>        Defendants/<br>        Third-Party Plaintiff,<br><br>vs.<br><br>HARDY AVIATION INSURANCE, INC.,<br><br>        Third-Party Defendant. | No.   03-1288 |

### HARDY'S MOTION FOR 14-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

NOW COMES the Third-Party Defendant, HARDY AVIATION INSURANCE, INC. ("Hardy"), by its attorneys, DIANE M. BARON and CLAUSEN MILLER P.C., and hereby requests a fourteen day extension of time to file its dispositive motion and supporting documents in this cause. In support hereof, Hardy states as follows:

    1.    Pursuant to this Court's Order of July 13, 2006, dispositive motions are to be filed by August 18, 2006.

    2.    The undersigned has been involved in a hearing in another matter as well as preparing a written submission due in another suit and was required to be out of town for several days in late July on business. As a result, it is necessary for the undersigned to request a brief

two week extension of time in order to complete and file Hardy's motion for summary judgment and supporting documents.

3.    This Motion is brought in good faith and not for purposes of delay, and no one will be prejudiced by this brief extension. This extension will not affect the trial date set for December 4, 2006.

WHEREFORE, Third Party Defendant, HARDY AVIATION INSURANCE, INC. hereby prays for the entry of an Order granting it a 14-day extension of time until September 1, 2006, within which to file its dispositive motion and supporting documents herein.

CLAUSEN MILLER P.C.

By:    /s/ Diane M. Baron

Diane M. Baron - Bar No. 6187430
Clausen Miller P.C.
10 South LaSalle Street
Chicago, IL 60603
Telephone: (312) 855-1010
Fax: (312) 606-7777
E-Mail: dbaron@clausen.com

Attorneys for Third Party Defendant,
HARDY AVIATION INSURANCE, INC.

1075158.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois  61614
Tel. No.: 309-688-9400
Fax No.: 309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

David B. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602
Tel. No.: 309-676-0591
Fax No.: 309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois  60602
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
kpd@cliffordlaw.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY
& PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
mbanovetz@tsmp.com

CLAUSEN MILLER P.C.

By:   /s/ Diane M. Baron

Diane M. Baron - Bar No. 6187430
Clausen Miller P.C.
10 South LaSalle Street
Chicago, IL 60603
Tel: 312.855.1010; Fax: 312.606.7777
E-Mail: dbaron@clausen.com
Attorneys for Third Party Defendant

1075158.1