E-FILED
Friday, 01 September, 2006  02:30:56 PM
Clerk, U.S. District Court, ILCD

23 53 24 00 1

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

NATIONAL UNION FIRE INSURANCE COMPANY )
OF PITTSBURGH, PA,                     )
                        Plaintiff,       )
                                         )
    vs.                              )
                                         )
PONTIAC FLYING SERVICES, INC., JUSTYN  )   No.   03-1288
WEBSTER, as Special Administrator of the Estate of )
NEIL WEBSTER, Deceased, and CAREN S.   )
LUCENTE, as Independent Executor of the Estate of )
RICHARD P. LUCENTE, Deceased,          )
                                       )
                   Defendants/      )
             Third-Party Plaintiff,     )
    vs.                              )
                                         )
HARDY AVIATION INSURANCE, INC.,        )
                                       )
            Third-Party Defendant.     )

## HARDY AVIATION INSURANCE, INC.'S
## EXHIBIT LIST TO MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 1 | Court Order of August 19, 2005 |
| Exhibit 2 | National Union Policy  (Exhibit A to National Union's Complaint for Declaratory Judgment |
| Exhibit 3 | Pontiac's Answer to Complaint for Declaratory Judgment |
| Exhibit 4 | Pontiac's Third Party Complaint |
| Exhibit 5 | Hardy's Amended Answer to Third Party Complaint |
| Exhibit 6 | Deposition Minuscript of Scott Petersen |
| Exhibit 7 | Sworn Statement of Scott and Sarah Petersen |
| Exhibit 8 | Deposition Minuscript of Sarah Petersen |
| Exhibit 9 | Pontiac's ad in Ag Air Update (Ex. 2 to Scott Petersen dep.) |
| Exhibit 10 | Deposition Minuscript of James Randall Hardy |

Exhibit 11          Affidavit of Frank Kimmel

Exhibit 12          Deposition Minuscript of Marshall Reavis, III, Ph.D.

Exhibit 13          USAIG Application  (Ex. 3 to Scott Petersen dep.)

Exhibit 14          AIG Application  (Ex. 4 to Scott Petersen dep.)

Exhibit 15          Deposition Minuscript of Angela Banz

/s/     Diane M. Baron
DIANE M. BARON - Bar No. 6187430
Attorney for Third-Party Defendant
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, IL   60603
Telephone:  (312) 606-7580
Fax:  (312) 606-7777
E-Mail:  dbaron@clausen.com

1077586.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois   61614
Tel. No.: 309-688-9400
Fax No.: 309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

David B. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL   61602
Tel. No.: 309-676-0591
Fax No.: 309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois   60602
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
kpd@cliffordlaw.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY &
PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
mbanovetz@tsmp.com

/s/    Diane M. Baron
DIANE M. BARON - Bar No. 6187430
Attorney for Third-Party Defendant
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, IL   60603
Telephone: (312) 606-7580
Fax: (312) 606-7777
E-Mail: dbaron@clausen.com

1076145.1

15