E-FILED
Friday, 01 September, 2006  02:34:43 PM
Clerk, U.S. District Court, ILCD

**THIRD PARTY DEFENDANT'S
EXHIBIT NO. 9**

# AgAIRupdate

## 7A

DECEMBER, 2002 VOLUME 20 NUMBER 12 DOMESTIC SECTION

climbed a few hundred feet to program the onboard GPS prior to proceeding to the next field to be sprayed. The 15,000-hour pilot reported that while en route to the next field, the leading edge of the right wing collided with a guide wire from the recently erected radio station transmitter for radio station KLZK-FM 97.3. The pilot reported that the impact with the guide wire resulted in a momentary loss of control and the airplane abruptly turned about 90 degrees towards the south. The pilot added that he was able to control the airplane by applying "almost full aileron and full rudder deflection" to keep the airplane level.

The pilot maintained control of the airplane and continued straight ahead until locating a suitable landing area. The pilot made an uneventful precautionary landing in an open wheat field approximately one mile southeast of the tower.

Examination of the airplane by the FAA inspector revealed that the right wing was pulled aft at the wing root, resulting in structural damage to the fuselage at the wing mount attaching area. Additionally, the leading edge of the right wing, the right aileron, the right wing flap, and the right hand spray boom were also damaged. The 756-foot transmission tower was knocked down and the tower was reported as destroyed. There were no reported injuries to anyone on the ground.

**NTSB Identification:** FTW03LA025
**Date:** October 29, 2002
**Location:** Seminole, TX
**Aircraft:** Cessna T188C
**Injuries:** 1 Uninjured.

On October 29, 2002, approximately 1045 cdt, a Cessna T188C sustained substantial damage during a forced landing to a cotton field following a partial loss of engine power near Seminole, Texas. The pilot was not injured. The local flight departed from a private airstrip approximately 10 minutes prior to the accident.

According to an FAA inspector, who responded to the accident site, the pilot departed the private airstrip and prior to reaching the spray field, the engine began to lose power. Unable to maintain altitude, the pilot elected to execute a forced landing to a field. During the landing, the airplane struck a dirt berm and came to rest upright. The inspector reported the right wing was damaged and the right main landing gear was separated.

**NTSB Identification:** FTW03LA022B
**Date:** October 29, 2002
**Location:** Big Spring, TX



## Fort Wolters Helicopters

517 Grant Road
Mineral Wells, Texas
www.fortwoltershelicopters.com

Sales, Maintenance & Overhaul of Hiller 12E -
Piston & Turbine Helicopters

**PAT POCKRUS**, President         940-325-5971
Toll Free: 888-925-5971         Fax: 940-325-4873
e-mail: hiller@mesh.net

## Turbine Transition Training

AT-503-34 w/Satloc M3
5 hour Ground Instruction
5 hour Dual Instruction w/CFII Ag Pilot
Turbine Sign-off • Lodging Provided

### Pontiac Flying Service
Pontiac, IL
**815-844-2707**

GERALD ANDREWS         DON PETERS



## USAg Recycling, Inc.

EXHIBIT #2  2/22/05