E-FILED
Friday, 01 September, 2006  02:35:16 PM
Clerk, U.S. District Court, ILCD

**THIRD PARTY DEFENDANT'S
EXHIBIT NO. 10**

# In The Matter Of:

*National Union Fire Company   v.*
*Pontiac Flying Services, Inc.*



# JAMES RANDALL HARDY
## July 15, 2004

Court Reporting Service
Litigation Support
Midcity Place
115 East Douglas
Wichita, KS  67202
(316) 267-1201    FAX: (316) 267-1203

*Original File JG2047.TXT, 144 Pages*
*Min-U-Script® File ID: 0675104689*

**Word Index included with this Min-U-Script®**

Page 1

[1]  UNITED STATES DISTRICT COURT
     FOR THE CENTRAL DISTRICT OF ILLINOIS
[2]
[3]  NATIONAL UNION FIRE COMPANY      )
     OF PITTSBURGH, PA.,              )
[4]                                   )
              Plaintiff,              )
[5]                                   )
         vs.                          ) No. 03-1288
[6]                                   )
     PONTIAC FLYING SERVICES,         )
[7]  INC.,                            )
[8]       Defendants and              )
     Third Party Plaintiff,           )
[9]                                   )
         vs.                          )
[10]                                  )
     HARDY AVIATION INSURANCE, INC.,  )
[11]      Third Party Defendant.      )
[12]
[13]
[14]      Deposition of JAMES RANDALL HARDY, taken
[15] by the Defendant, Pontiac Flying Services, Inc.
[16] before me, Janelle E. Goddard, a Certified Shorthand
[17] Reporter within and for the State of Kansas, at
[18] 100 North Broadway, Suite 600, Wichita, Sedgwick
[19] County, Kansas, commencing at 9:45 a.m. on the
[20] 15th day of July, 2004.
[21]           APPEARANCES
[22]   Plaintiff, National Union Fire Company of
[23] Pittsburgh, PA., appears by its attorney, Mark T.
[24] Banovetz, Tressler, Soderstrom, Maloney & Priess,
[25] 233 South Wacker Drive, 22nd Floor, Chicago,

Page 2

[1]       APPEARANCES (cont.)
[2]  Illinois 60606-6308.
[3]       Defendant and Third Party Plaintiff,
[4]  Pontiac Flying Services, Inc. appears by its
[5]  attorney, David Mueller, Cassidy & Mueller,
[6]  323 Commerce Bank Building, 416 Main Street, Peoria,
[7]  Illinois 61602.
[8]       Third Party Defendant, Hardy Aviation
[9]  Insurance, Inc. appears by its attorney, Diane M.
[10] Baron, Clausen Miller, P.C., 10 South LaSalle
[11] Street, Chicago, Illinois 60603-1098.

Page 3

[1]           INDEX OF EXAMINATION
[2]  JAMES RANDALL HARDY
[3]           DIRECT
[4]  by Mr. Mueller.....4
[5]
[6]           INDEX OF EXHIBITS
[7]  EXHIBIT                          MARKED
[8]  A through E............................4
[9]    A-Policy Number AV 3391999-04
       B-Hardy's Answer to Third Party
[10]   Complaint
       C-Hardy's Amended Answer to Third
[11]   Party Complaint
       D-Hardy's Answers to Pontiac Flying
[12]   Service's Interrogatories
       E-Hardy's Response to Pontiac Flying
[13]   Service's Request for Production
       F......................................64
[14]   Time Line
       G......................................83
[15]   Ag Air Update Page 2A excerpt
       G-1....................................82
[16]   Ag Air Update Page 3A excerpt
       H.....................................108
[17]   Hardy Aviation Insurance website
       printout
[18]
[19]
[20]
[21]
[22] SIGNATURE OF WITNESS................143
[23] CERTIFICATE OF REPORTER.............144

Page 4

[1]           PROCEEDINGS
[2]      (Marked for identification
[3]  Deposition Exhibits A through E.)
[4]
[5]  JAMES RANDALL HARDY,
[6]  having been first duly sworn, was
[7]  examined and testified as follows:
[8]
[9]           DIRECT EXAMINATION
[10]          BY MR. MUELLER:
[11]    Q: Let the record show that this is the deposition
[12] of James Randy Hardy taken pursuant to notice
[13] in the Federal Rules of Civil Procedure.
[14]    Randy, is it all right if we go on a
[15] first name basis?
[16]    A: That's fine.
[17]    Q: I'm going to ask you a series of questions.
[18] Some of the other lawyers may also want to ask
[19] you questions. Any time you don't understand a
[20] question, just let us know. Otherwise, we'll
[21] assume that your answers are in response to the
[22] question. All right?
[23]    A: Okay. Yes.
[24]    Q: And if a question can be answered with a yes or
[25] with a no, then please do so because the court

Page 5

[1] reporter here is taking this down on a little
[2] machine —
[3]    A: I understand.
[4]    Q: — and uh-huhs, huh-uhs, okays, yeps and nopes,
[5] not to mention nods of the head don't come
[6] through very well.
[7]    A: I understand.
[8]    Q: Also, we're trying to since the three lawyers
[9] are from out of town to get out of here as
[10] quickly and expeditiously as possible, so if
[11] you would listen to the question and just
[12] answer that question as opposed to giving us
[13] your life's story, we'll get out of here
[14] faster.
[15]    A: Okay.
[16]    Q: We'll get rid of you and we'll bring Angie in.
[17]    A: Very good.
[18]    Q: Would you give us your full name, please.
[19]    A: My name is James Randall Hardy.
[20]    Q: Where do you live?
[21]    A: Wichita — excuse me. Goddard, Kansas.
[22]    Q: And where is Goddard, Kansas?
[23]    A: It's about 10 miles west of Wichita.
[24]    Q: How long have you lived in the Wichita area?
[25]    A: All my life.

Page 6

[1]    Q: What is your educational background?
[2]    A: I have a high school degree. Have about three
[3] years of college.
[4]    Q: And where?
[5]    A: Wichita State.
[6]    Q: And in what?
[7]    A: Journalism.
[8]    Q: And during what period of time?
[9]    A: Seventy-three through '76.
[10]    Q: What is your age?
[11]    A: Forty-eight.
[12]    Q: What is your occupation or profession?
[13]    A: I'm an aviation insurance broker for my own
[14] company.
[15]    Q: What is the name of the company?
[16]    A: Hardy Aviation Insurance, Incorporated.
[17]    Q: And what is your interest in Hardy Aviation
[18] Insurance, Inc., the corporation?
[19]    A: I am the owner and the president.
[20]    Q: When you say owner, do you own all of the
[21] stock?
[22]    A: Yes, I do.
[23]    Q: Is that a Kansas corporation?
[24]    A: Yes, it is.
[25]    Q: And who are your board of directors? Who are

Page 7

[1] members of your board of directors?
[2]    A: Me. Myself. We have no board. We're an
[3] S corporation. I am the president, vice
[4] president, secretary, treasurer.
[5]    Q: You beat me to it. Now you broke the rule
[6] there. You volunteered some stuff. I was
[7] going to ask about the officers. So you are
[8] the only director — only member of the board
[9] of directors.
[10]    A: I am it, yes.
[11]    Q: Now tell us who the officers are.
[12]    A: Myself all four positions.
[13]    Q: So you are the president, the secretary, the
[14] treasurer and the vice president?
[15]    A: Yes.
[16]    Q: Does anyone else have an office? Assistant
[17] secretary, assistant treasurer, anything of
[18] that sort?
[19]    A: I don't understand the question.
[20]    Q: Are there any other offices other than
[21] president, vice president, secretary and
[22] treasurer?
[23]    A: No.
[24]    Q: When was the corporation formed?
[25]    A: 1995.

Page 8

[1]    Q: When did you start into the business of being
[2] an aviation insurance broker?
[3]    A: 1987.
[4]    Q: What did you do before 1987? What was your
[5] occupation?
[6]    A: I was in the aviation parts, wholesale parts
[7] business.
[8]    Q: And during what period of time were you in the
[9] aviation and wholesale parts business?
[10]    A: 1978 through 1987.
[11]    Q: And you had three years of college finishing up
[12] in 1976. What did you do between '76 and '78?
[13]    A: Excuse me. I did work for Kitt (sp)
[14] Manufacturing was the company. I acted as a
[15] manufacturer's representative for travel
[16] trailers.
[17]    Q: And during what period of time? Was that '76
[18] to '78?
[19]    A: Yes.
[20]    Q: So do we now have your entire employment career
[21] other than part-time jobs?
[22]    A: Yes.
[23]    Q: So you were a Kitt salesman from '76 to '78.
[24] From '78 to 1987 then you were involved in
[25] wholesale —

Page 9

[1] A: Aircraft parts.
[2] Q: — aircraft parts. And from 1987 to the
[3] present time you've been a broker.
[4] A: Yes.
[5] Q: Between 1987 and starting your own corporation
[6] in 1995, who did you work for?
[7] A: Professional Insurance Management,
[8] Incorporated.
[9] Q: And where are they located?
[10] A: Mid-Continent Airport.
[11] Q: Here in Wichita?
[12] A: Yes.
[13] Q: So the airport in Wichita is called
[14] Mid-Continent?
[15] A: Yes, Wichita Mid-Continent Airport in Wichita,
[16] Kansas.
[17] Q: And who owns or owned that business at the time
[18] you worked for them?
[19] A: Timothy Bonnell (sp).
[20] Q: Is he still in that business?
[21] A: Yes, he is.
[22] Q: And what kind of insurance business was
[23] Professional Insurance Management?
[24] A: Aviation insurance.
[25] Q: Any other lines?

Page 10

[1] A: No.
[2] Q: Have you ever been involved in the sale of any
[3] lines of insurance other than aviation?
[4] A: Yes.
[5] Q: And during what period?
[6] A: Same period.
[7] Q: From 1987 to the present?
[8] A: Correct.
[9] Q: So Professional Insurance Management, Inc. sold
[10] only aviation insurance but you were selling
[11] some other lines?
[12] A: In aviation insurance we will also sell
[13] property insurance for aviation related matters
[14] only.
[15] Q: I'm putting the whole thing under an umbrella
[16] for the moment of aviation.
[17] A: In that case, it's just aviation as a whole.
[18] Q: Yes. So your sole involvement in the insurance
[19] business has been in aviation insurance as we
[20] have described it.
[21] A: Correct.
[22] Q: You've never sold life insurance?
[23] A: No.
[24] Q: Or liability or property and casualty lines
[25] other than as they relate to aviation.

Page 11

[1] A: Correct.
[2] Q: What took you to aviation insurance as opposed
[3] to other lines?
[4] A: Money.
[5] Q: That's logical.
[6] A: I was offered the job and I decided to give it
[7] a try.
[8] Q: Maybe the better way of putting it is give us
[9] your background and interest in aviation
[10] itself.
[11] A: I am a pilot. I have been flying since 1978.
[12] I've always had an interest in aviation. I've
[13] been in the aircraft parts business. The
[14] aircraft parts business that I worked for was
[15] being bought out by a major firm. There were
[16] going to be some layoffs. I sought another job
[17] and was offered the job at Professional
[18] Insurance to give aviation insurance a try
[19] which I did.
[20] Q: And what licenses or certificates do you have
[21] that relate to flying an airplane?
[22] A: I have a commercial, a multi-engine and an
[23] instrument rating.
[24] Q: Have you kept those current?
[25] A: Yes.

Page 12

[1] Q: Now some of the other people involved in this
[2] case may have a greater breadth of knowledge
[3] regarding flying an airplane and different
[4] types of airplane businesses than I, so you'll
[5] have to forgive me when I ask what appear to be
[6] some fairly simple questions. In your
[7] experience as a pilot, have you ever been
[8] involved in agricultural flying?
[9] A: No.
[10] Q: You understand what I mean when I say
[11] agricultural flying?
[12] A: As a pilot?
[13] Q: As a pilot.
[14] A: As a pilot, no.
[15] Q: My question was do you understand what I mean
[16] when I say — use the term agricultural flying.
[17] A: I'll have to say no and let you describe it.
[18] Q: Well, since I'm trying to get a definition from
[19] you, what would be the frame of reference or
[20] term for someone who wants to fly a plane in
[21] the assistance of agricultural — agricultural
[22] application of flight?
[23] A: I'm assuming when you say agricultural flying
[24] that you mean as a pilot doing the actual
[25] business of flying an airplane over crops and

Page 13

[1] putting out crop protection products to the
[2] industry. As a pilot —
[3]   Q: Are there any other uses of an airplane for
[4] agricultural purposes other than what you've
[5] described?
[6]   A: An ag plane will be ferried to and maintained
[7] and test flown in those areas. That would be
[8] the other uses that they would have as the
[9] standard use for an ag plane.
[10]  Q: When you say ferried and test flown —
[11]  A: After maintenance they test fly an airplane.
[12] To deliver an airplane from one location to
[13] another, they have to fly it there. Our common
[14] term for that is ferry the airplane.
[15]  Q: Let's go back to 1987. You're starting out in
[16] the specialty field of aviation insurance —
[17]  A: Okay.
[18]  Q: — as a broker you said?
[19]  A: Yes.
[20]  Q: What is as you understand the term a broker?
[21]  A: Kansas defines any insurance as broker/agent.
[22] As a broker, my understanding of the
[23] broker/agent relationship is that we work on
[24] behalf of our client procuring coverages for
[25] that client.

Page 14

[1]   Q: Now by client, for instance in this case would
[2] Pontiac Flying Service be the client?
[3]   A: Yes.
[4]   Q: Another term for that would be the insured?
[5]   A: Yes.
[6]   Q: Would it be accurate to say then that you would
[7] be — as a broker you would be the agent of the
[8] client or insured as opposed to being the
[9] agent, let us say, of the company that is
[10] writing the policy?
[11]  A: Correct.
[12]  Q: Does Kansas require a license to be involved in
[13] the business of a broker/agent?
[14]  A: Yes.
[15]  Q: Do you have a license?
[16]  A: Yes.
[17]  Q: And when did you get your license?
[18]  A: 1987.
[19]  Q: Is that a personal license then?
[20]  A: Yes.
[21]  Q: Does the corporation itself have to have a
[22] license?
[23]  A: Yes.
[24]  Q: And when did the corporation get a license?
[25]  A: 1995.

Page 15

[1]   Q: Is anybody else who is employed by the
[2] corporation —
[3]   MS. BARON: Did you want to change
[4] that?
[5]   A: I need to strike that if I can — correct that
[6] if I can. The agency has a corporation
[7] license. Our licensing — the agency does not
[8] have to get a property and casualty license
[9] similar to I. We have to license the agency in
[10] various states to do business in that state.
[11]       BY MR. MUELLER:
[12]  Q: So in Kansas, the corporation is operating
[13] under your license; is that correct?
[14]  A: Correct.
[15]  Q: And in other states you have to have
[16] implementing licenses to sell insurance
[17] products in those states?
[18]  A: For — as a non-resident agent and some states
[19] the Kansas corporation — the company has to
[20] have a non-resident agency license as well.
[21]  Q: Let's take the State of Illinois since that's
[22] where we're coming from in this case. Do you
[23] individually have any type of a license in the
[24] State of Illinois?
[25]  A: I have a non-residence license.

Page 16

[1]   Q: And when did you get that?
[2]   A: I don't know.
[3]   Q: And what did you have to do to get that?
[4]   A: You apply with the state and pay their fee.
[5]   Q: And is that in good standing?
[6]   A: Yes.
[7]   Q: Does the corporation have a license —
[8]   A: I don't remember.
[9]   Q: — in Illinois?
[10]  A: I don't remember.
[11]  Q: Are any employees of the corporation other than
[12] yourself licensed as brokers in any state?
[13]  A: All of my employees that represent insurance or
[14] speak about insurance are licensed in the State
[15] of Kansas.
[16]  Q: I take it that would include Angie Banz who is
[17] here?
[18]  A: Yes, it does.
[19]  Q: And when did she start with you?
[20]  A: 1995.
[21]  Q: And when did she get her license, if you know?
[22]  A: I don't know.
[23]  Q: Now there's been some confusion in this case
[24] down to this point as to whether you or the
[25] corporation are an agent or have an agency

Page 17

[1] contract with the plaintiff in the case,
[2] National Union Fire Insurance Company, or AIG,
[3] and with that in mind, I want to show you
[4] Exhibit B. What I would ask you to do is —
[5] and I'll also show you Exhibit C. Exhibit B is
[6] the original answer that was filed to the
[7] allegations that we made in the complaint, and
[8] the Exhibit C is an amended answer to the
[9] allegations of the complaint. And in Exhibit B
[10] you admitted at first that there was an agency
[11] contract with the plaintiff in the case and
[12] then in the Exhibit C you denied that.
[13]     MS. BARON: Do you recall what
[14] paragraph that is?
[15]     MR. BANOVETZ: Paragraph six.
[16]               BY MR. MUELLER:
[17]   Q: What I'm going to ask you to do is to read
[18] through Exhibits B and C and take as much time
[19] as you need to. I'm asking you to read all the
[20] way through it because the questions I'm going
[21] to ask will be with the exception of that
[22] change, are the matters that are set forth in
[23] those answers a true and accurate as of the
[24] present time, so that we make sure we're clear
[25] on the pleadings.

Page 18

[1]   A: Okay.
[2]   Q: And my question to you is now that you have
[3] read them with the exception, first of all, on
[4] Exhibit B, and we'll deal with it first, are
[5] the statements in that exhibit true and correct
[6] to your knowledge as of the present time?
[7]   A: No.
[8]   Q: I'll ask you as to Exhibit C being the amended
[9] answer, are the matters which are set forth in
[10] that exhibit true and correct?
[11]   A: Yes.
[12]   Q: And what is the difference then that you're
[13] pointing out between Exhibits B and C with the
[14] exception of paragraph six?
[15]     MS. BARON: I'm going to object to
[16] the form of the question. You're saying
[17] with the exception of paragraph six. That
[18] is the one change.
[19]     MR. MUELLER: I don't want to quibble
[20] over it.
[21]               BY MR. MUELLER:
[22]   Q: I think that my question said with the
[23] exception of the change that was made there is
[24] everything true and correct. So the only thing
[25] that is inaccurate as you look at it as of the

Page 19

[1] present time in Exhibit B is the answer to
[2] paragraph six.
[3]   A: Yes.
[4]   Q: I'll show you Exhibit D which is your answers
[5] to our interrogatories and it's going to be the
[6] same question, so look through them. I'm going
[7] to ask you whether the answers that you made
[8] under oath on June 30th of 2004 are true and
[9] correct as of the present time.
[10]   A: Okay.
[11]   Q: And the question is are those answers true and
[12] correct as of the present time?
[13]   A: Yes.
[14]   Q: Aviation insurance is a specialty line, is it
[15] not?
[16]   A: Yes.
[17]   Q: How many aviation insurance brokerages are
[18] there in the country?
[19]   A: I don't know.
[20]   Q: How many are there in Wichita?
[21]   A: Don't have an exact count. More than five.
[22]   Q: Prior to 1987, had you had any involvement in
[23] the sale of insurance of any sort?
[24]   A: No.
[25]   Q: Had you had any involvement with insurance of

Page 20

[1] any kind other than buying policies yourself?
[2]   A: No.
[3]   Q: So I take it that since this is a specialty
[4] line, there's a learning curve there before you
[5] can sell the policies.
[6]   A: Yes.
[7]   Q: And did you receive any type of training or
[8] instruction?
[9]   A: Yes.
[10]   Q: And when did you receive that training or
[11] instruction?
[12]   A: 1987.
[13]   Q: And where?
[14]   A: At Professional Insurance in-house training.
[15]   Q: And can you recall what materials, if any, were
[16] used?
[17]   A: Various materials, mostly books that had been
[18] written about aviation insurance, their
[19] interpretation of how to read policies,
[20] various — various methods, but understanding
[21] policies, understanding the books,
[22] understanding the terminology, understanding
[23] the definitions.
[24]   Q: Because would you agree that you're selling a
[25] product there and you can't very well sell the

Page 21

[1] product unless you know what it is.
[2] A: Yeah. Yes.
[3] Q: And that was the purpose of the training and
[4] the education back in 1987.
[5] A: Yes.
[6] Q: Since that was done in-house, were there any
[7] instructors, any persons that taught the
[8] course?
[9] A: The owner of the business.
[10] Q: And you gave us his name earlier.
[11] A: Yes.
[12] Q: And he's still around?
[13] A: Yes.
[14] Q: Are you in competition with him now?
[15] A: Yes.
[16] Q: So I take it then as far as the people that you
[17] have that have been licensed in Kansas after
[18] you started your business in 1995, you provided
[19] them with the instruction?
[20] A: Yes, except in my case most of the people I
[21] hired had been previously instructed from other
[22] companies they worked for before me.
[23] Q: Have you broken in anybody yourself and
[24] provided the instruction for any of your
[25] current employees?

Page 22

[1] A: Yes.
[2] Q: And who would that be?
[3] A: Two employees, Melinda Green and Tim Wiebe.
[4] Q: Now Melinda Green, when did she start with you?
[5] A: Five years ago.
[6] Q: And she came to the business cold, I take it?
[7] A: Yes.
[8] Q: Didn't have any background or experience in
[9] insurance of any sort as of that time?
[10] A: Correct.
[11] Q: And how about the other employee? When did he
[12] start?
[13] A: About three months ago.
[14] Q: And what is his name?
[15] A: Tim Wiebe.
[16] Q: And I take it you're giving him the instruction
[17] as of the present time.
[18] A: Yes.
[19] Q: And have you provided him with materials?
[20] A: Yes.
[21] Q: And could you tell us whether these are
[22] materials that you have on the premises of the
[23] business?
[24] A: Yes.
[25] Q: And what is the address of the business, by the

Page 23

[1] way?
[2] A: The physical address is — I can't think right
[3] now.
[4] Q: I told you I'd ask the tough questions.
[5] A: 7016 West Harry, Wichita, Kansas.
[6] Q: And would these materials that he is studying
[7] at the present time be the same materials that
[8] were provided five years ago to the other
[9] employee?
[10] A: No. Part of them are, yes, but not all.
[11] Q: So it's an evolving field?
[12] A: Yes. There are some new books out.
[13] Q: And what books — what are the titles of the
[14] educational training materials that tells
[15] someone what the specialty line product of
[16] aviation insurance is and how to read policies?
[17] A: I don't remember the exact name, but it's
[18] Aviation Insurance by a gentleman by the name I
[19] think of Claibourn (sp). It's a new book.
[20] Q: Are there any others?
[21] A: There is an older book, but I don't remember
[22] the name or who wrote it.
[23] Q: Would you say that the Aviation Insurance
[24] training book by Claibourn is applicable to
[25] policies that were written in the year 2000

Page 24

[1] down to policies that are written at the
[2] present time?
[3] MS. BARON: Which book?
[4] MR. MUELLER: We're talking about
[5] Claibourn.
[6] A: The form of that question, no.
[7]         BY MR. MUELLER:
[8] Q: Would you say that a great deal of that book
[9] would be pertinent to —
[10] A: Yes.
[11] Q: — understanding how to read policies today?
[12] A: Yes.
[13] Q: Now, do any of these courses deal with the
[14] broker's responsibilities to the client?
[15] A: I do not remember.
[16] Q: Do you teach or train your people as to what
[17] their responsibilities to the client are?
[18] A: Yes.
[19] Q: And do you use any materials for that purpose?
[20] A: No.
[21] Q: So the only training materials that you have
[22] deal with the interpretation and understanding
[23] of the policies that you sell in aviation
[24] insurance.
[25] A: Yes.

Page 25

[1] MR. MUELLER: Counsel, we're going to
[2] request copies of those materials if they
[3] could be produced.
[4] MS. BARON: The two books?
[5] MR. MUELLER: Whatever materials —
[6] and I'm going to broadly cover it.
[7] Whatever materials he has used in training
[8] employees from 1995 to the present.
[9] MS. BARON: I imagine if there is
[10] anything else you could just send me a
[11] letter that lists what you request.
[12] MR. MUELLER: I'm going to ask him so
[13] we can try to get as much of that as
[14] possible because I don't know the
[15] bibliography.
[16] BY MR. MUELLER:
[17] Q: You told us that there are in addition to
[18] Claibourn some other materials that you have.
[19] What I'm going to ask you to do is to identify
[20] as best you can what training materials
[21] relating to the brokerage of aviation insurance
[22] you have —
[23] A: We use copies —
[24] Q: — and have had since you started the business.
[25] A: We use copies — specimen copies of all the

Page 26

[1] insurance carriers as a reference to learn the
[2] business, to define and see what each company
[3] defines as their definitions and materials.
[4] Q: Hold on just a second there. Do the different
[5] companies sometimes have definitions that are
[6] different for the same term?
[7] A: Yes.
[8] Q: So you want to look at each policy to make sure
[9] you've got the right definition in that policy
[10] for the term.
[11] A: Correct.
[12] Q: Go on.
[13] A: Any material that's provided to our clients we
[14] get specimen copies of. We review those. We
[15] understand them as best as we can. We train
[16] using that material. We all have forms that we
[17] have designed. We use those forms in training,
[18] explaining how to use them, how to fill them
[19] out and what questions to ask. The two books
[20] that I referred to are general books that can
[21] be bought by anybody.
[22] Q: Claibourn and you don't recall what the older
[23] one is but you've got it.
[24] A: It's called the green book but it's not the
[25] name of the book. That's what I call it. I

Page 27

[1] have a copy of that book. Those were within
[2] some time ago. Claibourn's book is a second
[3] edition which I have a copy of now that I just
[4] bought about a month ago.
[5] Q: Did you ever have the first edition?
[6] A: I had a copy to review in the last two months.
[7] When I hired my new employee, I was given
[8] knowledge of this book. A friend of mine with
[9] another company loaned me the book and since
[10] then I've bought that book. That's been within
[11] the last two to three months.
[12] Q: So are you saying that you now have the first
[13] and the second edition to the —
[14] A: The first edition I returned back to my friend.
[15] I have the second edition of that book.
[16] Q: And you testified that among the materials for
[17] training new hires in the brokerage business
[18] are various policy forms?
[19] A: Policy forms and policies, yes.
[20] Q: And you stated that you review those as best we
[21] can. What did you mean by the term "as best we
[22] can"?
[23] A: We are not the company, so we review and read
[24] and understand them in the best manner that we
[25] can not being the people that wrote the book.

Page 28

[1] Q: Would you agree that if you have any questions
[2] as to the meaning of the policy that before
[3] selling it you would have the responsibility to
[4] find out from the issuer?
[5] A: Yes.
[6] Q: So when you review as best you can, you make
[7] certain that you understand the product that
[8] you're selling before you sell it to the client
[9] and if you have any questions or anything you
[10] don't understand, you go back to the company
[11] and find out.
[12] A: Yes.
[13] Q: Because would you agree that you've got the
[14] responsibility to your clients to know what
[15] products you're recommending for their use?
[16] A: Yes, as best we can.
[17] Q: You use the term as best we can. If there's
[18] any doubt in your mind as to what policy
[19] language means, would you agree that you've got
[20] the responsibility not to sell it to the client
[21] until you do know?
[22] A: No.
[23] Q: Well, if you don't know what the policy means,
[24] how can you recommend it to the client for the
[25] client's business?

Page 29

[1] MR. BANOVETZ: I'm just going to pose
[2] an objection to the line of questioning on
[3] the basis that this witness cannot
[4] possibly know all of the factual scenarios
[5] that can occur in the context of a loss
[6] and, therefore, I don't think it's a fair
[7] question and I don't think any answer
[8] thereto is going to be a useful and
[9] relevant answer. That is my objection.
[10] MR. MUELLER: Counsel, if you would
[11] limit your objection to the purely legal
[12] objections whatever it may be, whether it
[13] is relevance, materiality or what not.
[14] MR. BANOVETZ: I'll make my
[15] objections as I see fit, Counsel. Thank
[16] you.
[17] BY MR. MUELLER:
[18] Q: Am I to understand your testimony then that you
[19] have sold policies to clients without knowing
[20] what the meaning of the policy that you sold
[21] was?
[22] A: No.
[23] Q: Have you ever sold a policy to a client whether
[24] it is Scott and Sarah Petersen or Harry Smith
[25] from Buffalo that you did not understand what

Page 30

[1] the meaning of the terms in that policy were?
[2] A: No.
[3] Q: That no is, yes, you have sold some policies?
[4] A: That no is that the form of your question is
[5] have I ever sold policies that I don't
[6] understand the meaning and the answer is no.
[7] Do I understand all and hold myself out to
[8] understand all the legal ramifications of every
[9] aspect of the policy? I can't do that. I
[10] don't know.
[11] Q: As I understand it, the number of carriers in
[12] the field of aviation insurance is relatively
[13] small.
[14] A: Yes.
[15] Q: Going back to in 1987 when you started, would
[16] you tell us whether the number of carriers in
[17] that specialty field have increased or
[18] decreased down to the present time?
[19] A: They have decreased.
[20] Q: At the present time, how many carriers are
[21] there in the field?
[22] A: I represent eight carriers.
[23] Q: And which carriers are those?
[24] A: AIG, USAIG, Global, Phoenix Aviation, London
[25] Aviation, William Brown, USSIC.

Page 31

[1] Q: There's two S's in that?
[2] A: Yes, sir, and Aerospace. Those are the
[3] aviation MGA writers.
[4] Q: And I've had some question in this case that
[5] you didn't name the plaintiff in this case
[6] National Union Fire Insurance Company of
[7] Pittsburgh.
[8] A: National Union is the insurance company. We
[9] deal and have our conversations with the MGA
[10] which in this case is AIG.
[11] Q: You're using an acronym there, MGA. What is
[12] that?
[13] A: Managing general agent.
[14] Q: So the managing general agent for National
[15] Union, as you put it, is AIG?
[16] A: Yes, sir.
[17] Q: Now I've gone through this file and I've been
[18] very confused because it seems that in the case
[19] of Scott and Sarah you were always dealing with
[20] them — by you I'm referring to the agency,
[21] always dealing with a Mary Beth Schwaegel. Is
[22] that accurate?
[23] A: Yes. There are other agents within the
[24] corporation, but we favor — like all of us, we
[25] all favor certain agents.

Page 32

[1] Q: And she is an employee, as I understand it, of
[2] AIG Aviation Texas, Inc. Is that right?
[3] MS. BARON: I'm going to object on
[4] foundation. I don't know if he knows who
[5] she's an employee of.
[6] MR. MUELLER: I'm asking him on the
[7] supposition that he knows.
[8] A: I can't answer that with a yes or no but she's
[9] an employee of AIG. What division, branch,
[10] where the corporation headquarters, I don't
[11] know exactly where her paycheck comes from.
[12] BY MR. MUELLER:
[13] Q: As far as binding coverage on any of the
[14] policies that were actually sold to Scott and
[15] Sarah Petersen, that was done, as I understand
[16] it, by Mary Beth Schwaegel on behalf of AIG.
[17] A: Yes.
[18] Q: That's true with respect to the National Union
[19] Fire Insurance Company policy that we're
[20] talking about in this case as well as the
[21] predecessor USAIG policy; is that right?
[22] A: I don't know how she procures coverage through
[23] National Union.
[24] Q: But as far as telling you, yeah, there's
[25] coverage under this policy binding the policy,

Page 33

[1] she was the person who did that for both of
[2] these policies as far as you know.
[3]  A: Just AIG, not USAIG. USAIG is a separate
[4] company.
[5]  Q: Did you deal with Mary Beth Schwaegel on the
[6] USAIG policy?
[7]  A: No.
[8]  Q: Who did you deal with the USAIG office?
[9]  A: The local office here in Wichita, Frank Ryberg
[10] (sp).
[11]  Q: Have you been through — and I will show you
[12] Exhibit E which is a complete copy of the
[13] written discovery responses that you provided
[14] pursuant to our request.
[15]  A: If these have not changed from what I sent to
[16] my attorney then they are correct. Do you want
[17] me to go over it by page and review them?
[18]  MR. MUELLER: Counsel, just so the
[19] record will show, I've diligently tried to
[20] have all of the pages copied in the same
[21] order that I received them.
[22]  MS. BARON: That's fine.
[23]  MR. MUELLER: If one of them fell out
[24] of the copy machine, I don't know about
[25] it.

Page 34

[1]  A: Okay.
[2]    BY MR. MUELLER:
[3]  Q: As far as the Air Tractor AT503 which we're
[4] involved with in this case and getting coverage
[5] for that plane for Scott and Sarah, you dealt
[6] with Mary Beth Schwaegel and AIG; is that
[7] correct?
[8]  A: Yes.
[9]  Q: Now I'd like — because I don't understand
[10] exactly how you relate to clients like Scott
[11] and Sarah Petersen, I'd like you to assume that
[12] I am getting into the agricultural aviation
[13] business and I've got some planes and I say,
[14] gee, I need some insurance and I see your ads
[15] and I say, well, I'll go to Randy Hardy, it
[16] seems he knows what it's all about.
[17]  A: Okay.
[18]  Q: If I came to you, how would you interrelate to
[19] me as far as providing property and liability
[20] insurance for my planes in operation?
[21]  MS. BARON: I'm just going to object
[22] to the hypothetical nature of the
[23] question, but with that, you can go ahead.
[24]    BY MR. MUELLER:
[25]  Q: I'm coming in as green as the grass.

Page 35

[1]  THE WITNESS: Answer that?
[2]  MS. BARON: Yes.
[3]  A: It's a loaded question.
[4]    BY MR. MUELLER:
[5]  Q: Well, I hoped that it would have at least some
[6] buckshot with it.
[7]  A: Don't make me laugh.
[8]  Q: What I'm getting at is what is the role and
[9] responsibility of a broker to the insured who
[10] is coming in and wants coverage for his
[11] aviation business.
[12]  A: Well, back to the buckshot answer, my role as
[13] the agent is to determine where they're at and
[14] then work with the insurance company on
[15] procuring a quote if I can. Assuming your
[16] question includes that you have some experience
[17] or no experience, you have to have the right
[18] airplanes. You have to have the right licenses
[19] as a pilot to do this. You have to be licensed
[20] with the state to be an ag pilot, which is a
[21] part 137 certificate, or work for somebody who
[22] has that. All these things preclude you ever
[23] getting a quote.
[24]  Q: So when you say the first responsibility you
[25] would have would be to determine where they're

Page 36

[1] at, that's what you're referring to.
[2]  A: Correct.
[3]  Q: You want to know what kind of planes we have.
[4]  A: Right.
[5]  Q: What kind of training we have for the pilots or
[6] the qualifications of the pilots.
[7]  A: Right, and to determine as best as I know the
[8] business what else they need before they could
[9] even get an insurance quote.
[10]  Q: And you would also want to know, wouldn't you,
[11] what use we were going to make of the planes.
[12]  A: Sure. Getting into the ag business as you
[13] formed the question is very difficult and it
[14] may require a number of things. Assuming that
[15] everything else is the same, the airplanes are
[16] correct, the type of operation, so forth, is
[17] correct, it requires training, it requires
[18] schooling if they have it available, it
[19] requires on-the-job training by current people
[20] that are doing the same business. It varies in
[21] every business and every operation that calls
[22] me about this question is different. My job is
[23] to determine where they're at and to see if a
[24] quote is even available for that type of a
[25] deal.

Page 37

[1] **Q:** So as you put it, your job is to get all of
[2] that information that may bear upon your
[3] ability to go to the companies and get a policy
[4] for the applicant.
[5] **A:** We get a quote for the applicant.
[6] **Q:** Quote for the applicant. And if the applicant
[7] likes the quote, then it turns out to be a
[8] policy; correct?
[9] **A:** If they bind the coverage with the carrier,
[10] yes.
[11] **Q:** And I'm not sure if we hit on this point or not
[12] so forgive me, I'll ask it possibly the second
[13] time. But certainly as far as your
[14] responsibility in knowing where they're at is
[15] to find out what they want to do with the
[16] planes.
[17] **A:** Yes. The use of the aircraft is vital. The
[18] use of the aircraft would determine the
[19] availability and the cost of the policy.
[20] **Q:** So you would have the responsibility of finding
[21] that out.
[22] **A:** Absolutely.
[23] **Q:** Now being a little green to the insurance
[24] business and these policies, in looking
[25] through — and I'll show you Exhibit A which is

Page 38

[1] the policy in this case, state for the
[2] record — at least it better be the policy
[3] because it's got your exhibit sticker on it and
[4] it's attached to the complaint. Let the record
[5] show that I've handed the witness Exhibit A
[6] consisting of a number of pages and insurance
[7] forms.
[8] **A:** I'm sorry. I'm ready.
[9] **Q:** If I understand policies such as this, there is
[10] what you refer to as the standard form of the
[11] policy consisting of the insuring agreement,
[12] the exclusions and the conditions, and then as
[13] coverages vary there are things called
[14] endorsements which are attached.
[15] **A:** Yes.
[16] **Q:** And for the record, would you state what an
[17] endorsement is.
[18] **MS. BARON:** I'm just going to object
[19] that it calls for a legal conclusion or
[20] some expertise in insurance.
[21] **MR. MUELLER:** Let me say I'm not
[22] asking for legal opinions and let me ask
[23] this.
[24] **BY MR. MUELLER:**
[25] **Q:** Would you agree that in order to sell policies

Page 39

[1] to the public, you would consider yourself to
[2] be an expert in the type of product that you're
[3] selling?
[4] **MS. BARON:** I'm just going to object
[5] to the form of the question. I think it's
[6] vague. I don't know what you mean by an
[7] expert in the type of product. I don't
[8] know if the witness does.
[9] **MR. MUELLER:** I'm sure he does.
[10] **MS. BARON:** If you know, you can
[11] answer.
[12] **A:** I don't understand your determination of an
[13] expert.
[14] **BY MR. MUELLER:**
[15] **Q:** An expert that is someone who has knowledge
[16] beyond that of the average individual regarding
[17] the product that you're selling.
[18] **A:** In that form, yes.
[19] **Q:** And that would be knowledge of a technical
[20] nature relating to the contents of the
[21] insurance policy itself; would that be correct?
[22] **MS. BARON:** Object to the form. I
[23] don't know what is meant by technical
[24] nature. I don't know if the witness does
[25] either.

Page 40

[1] **A:** I do not understand a technical question.
[2] **BY MR. MUELLER:**
[3] **Q:** You do understand how to pick up on the
[4] objections, though. I'll give you that.
[5] **MS. BARON:** Is that a question?
[6] **MR. MUELLER:** No. That's a
[7] statement.
[8] **BY MR. MUELLER:**
[9] **Q:** Would you agree that as far as what is meant by
[10] the various endorsements and forms of the
[11] insurance policy that your expertise is greater
[12] than that of the person purchasing the policy
[13] from you?
[14] **A:** Yes.
[15] **Q:** Now getting back to it, and I'm asking you this
[16] as an insurance expert, not as a legal expert,
[17] what does the term endorsement mean as it
[18] relates to the policies that you sell?
[19] **MS. BARON:** I'm going to object
[20] again. You're designating him as an
[21] insurance expert. I object to the form of
[22] the question.
[23] **MR. MUELLER:** Well, my people
[24] purchased the policy from him. They
[25] obviously relied on something. That's a

Page 41

[1] statement.
[2] THE WITNESS: Answer?
[3] MS. BARON: Sure.
[4] BY MR. MUELLER:
[5] Q: You may answer.
[6] A: An endorsement to the policy is part of the
[7] policy which also allows for any changes made
[8] to the policy done by endorsement.
[9] Q: And an endorsement then that becomes a part of
[10] the policy is co-extensive with the policy and
[11] runs through the policy term.
[12] A: Not always.
[13] Q: Unless it says on its face that it is limited.
[14] A: Correct.
[15] Q: And how are endorsements made?
[16] A: We request the change to the MGA, AIG in this
[17] case.
[18] Q: The MGA, you've already defined that term.
[19] That's —
[20] A: Managing general agent.
[21] Q: Managing general agent.
[22] A: We request a change to the managing general
[23] agent, AIG in this case, and they forward the
[24] endorsement to us.
[25] Q: And that endorsement unless it's limited by its

Page 42

[1] specific language, it remains with the policy
[2] for the policy term.
[3] A: Yes.
[4] Q: Now as an agent when you've got an endorsement
[5] on a policy and the policy comes up for a
[6] renewal, is it your responsibility to the
[7] client to confirm that the client wants the
[8] same coverage that existed under the policy at
[9] the — under the expiring policy?
[10] A: If your question is assuming that the policy is
[11] with the same company, the company being
[12] Pontiac Flying Service, yes.
[13] Q: So if the endorsements are going to change on
[14] the policy, bring that to the attention of the
[15] insured?
[16] A: Yes.
[17] Q: Now endorsements to a policy can be written or
[18] if bound by the agent they can be oral?
[19] A: Well, the agent does not bind anything.
[20] Q: I'm not talking about — I'm talking about the
[21] MGA.
[22] A: Restate the question, please.
[23] Q: If you get an endorsement that isn't on a
[24] written form attached to the policy, you get
[25] that endorsement from the MGA, those are oral

Page 43

[1] endorsements that the MGA binds; is that
[2] correct?
[3] A: No.
[4] Q: Do you know of any ways that a policy can be
[5] changed other than by an endorsement, either a
[6] written endorsement or an oral endorsement?
[7] A: You said simple answers, no. There's no such
[8] thing as oral endorsements to my knowledge.
[9] Q: If the company changes the policy then, there
[10] should actually be a written endorsement that
[11] accompanies that change?
[12] A: My understanding is the policies are filed with
[13] the state. They cannot change the policy other
[14] than by an endorsement amending the policy for
[15] whatever use or whatever need there is.
[16] Q: And it would be either a form endorsement or if
[17] it is tailored to a specific insurer what is
[18] known as a special endorsement?
[19] A: For every policy, yes.
[20] Q: So if coverage exists under a policy, based
[21] upon your knowledge and experience and
[22] expertise, it is going to either be under the
[23] policy as it is written originally or by an
[24] endorse — a written endorsement that is added
[25] later for that purpose.

Page 44

[1] A: Yes.
[2] Q: You testified that you're not involved in
[3] agricultural flying yourself.
[4] A: Correct.
[5] Q: Have you ever been up in an agricultural plane?
[6] A: Yes.
[7] Q: Have you ever been up in an agricultural plane
[8] that was applying either seeds, fertilizers or
[9] chemicals?
[10] A: No.
[11] Q: Do you yourself actually know what's involved
[12] in the application of seeds, fertilizers and
[13] chemicals?
[14] MS. BARON: Object to the form of the
[15] question as being pretty broad. You don't
[16] want him to tell his life's story.
[17] BY MR. MUELLER:
[18] Q: Let me tailor it on down. Assume that I had an
[19] agriculturally adapted plane out there with a
[20] bunch of chemicals on it and I said you're a
[21] pilot, here, Randy, take this up and here's a
[22] map, there's the field, put those chemicals out
[23] and bring the plane back —
[24] A: No.
[25] Q: — would you know how to do it?

Page 45

[1] A: No.
[2] Q: So would you agree that instruction is
[3] necessary to the aerial application of seeds,
[4] chemicals and fertilizers?
[5] A: Yes.
[6] Q: And, in fact, that's required before you can
[7] get coverage at least from you for that use,
[8] isn't it?
[9] A: Not from me.
[10] Q: Before you would even seek a quote, you would
[11] make certain as you had testified that they
[12] knew how — that they had received training and
[13] instruction, knew how to fly the plane; would
[14] that be accurate?
[15] A: Well, that's a broad statement.
[16] Q: Well, it's meant to be.
[17] A: No to that question.
[18] Q: Well, let me ask it this way. Would you go to
[19] AIG and say, hey, I want to get a quote from
[20] you for this company that wants to fly planes
[21] and put out seeds, chemicals and fertilizers
[22] without knowing any more?
[23] MS. BARON: Object as being asked and
[24] answered. I think we already talked about
[25] that.

Page 46

[1] MR. MUELLER: Well, that's why I was
[2] confused by his last answer.
[3] THE WITNESS: Can I explain or not?
[4] MS. BARON: Go right ahead.
[5] A: The form of your question assumed that he had
[6] already done his training to get his quote. In
[7] many cases we have to get quotes —
[8]         BY MR. MUELLER:
[9] Q: I didn't mean the form of that last question to
[10] assume that he had any training at all. He
[11] simply comes to you and says, hey, I bought a
[12] plane out here, I've got some seeds and
[13] chemicals and fertilizers and some farmers that
[14] want them, can you get me a quote?
[15] A: We can get him a quote based on various things.
[16] Based on the fact that he will not be able to
[17] put out seeds, chemicals, fertilizer, any other
[18] nature, but to get to the point of learning how
[19] to do it he's got to have a quote to fly the
[20] airplane and to simulate or practice, and then
[21] there's the next stage of adding limited
[22] coverage and then beyond that.
[23] Q: So would you agree that an actual instruction
[24] in the application of seeds, fertilizers and
[25] chemicals by air is required?

Page 47

[1] MR. BANOVETZ: Object. Required for
[2] what?
[3] MS. BARON: I agree. I'll join the
[4] objection.
[5]         BY MR. MUELLER:
[6] Q: As an expert in the field, what type of an
[7] agricultural application instruction is
[8] required to obtain insurance to fly
[9] piston-driven, fixed-wing aircraft in the
[10] application of seeds, fertilizers and
[11] chemicals?
[12] MR. BANOVETZ: Objection as to form,
[13] reference to expert in the field.
[14] MS. BARON: I'll join.
[15] A: The answer to your question is it varies. It
[16] varies on the operation, the status of the
[17] pilot at what stage he's at, and again, my job
[18] is to procure the information, take it to the
[19] insurance company. I don't make any judgment
[20] as to whether or not the guy's ready, not
[21] ready. All I'm trying to do is get him the
[22] insurance, and in most cases the initial
[23] insurance is to do — to work in the business
[24] as you would.
[25]         BY MR. MUELLER:

Page 48

[1] Q: What type of instruction do you understand to
[2] be necessary for a pilot to do that?
[3] A: Well, again, it depends. The form of the
[4] question, the person that's learning to fly an
[5] ag plane will assumably already have his
[6] license, will already have his commercial
[7] license which is required and it varies with
[8] pilots. Some pilots will already have their
[9] tail wheel.
[10] Q: What is that?
[11] A: Most ag planes are a tail wheel airplane, we
[12] refer to them commonly as a tail wheel versus a
[13] tricycle gear, it's a conventional tail wheel
[14] which is a different airplane than most people
[15] are flying today. The tail's down. They will
[16] need to — as I understand it, not being an
[17] expert in training pilots, they need to learn
[18] how to fly the airplane.
[19] Q: By learn how to fly the airplane, learn how to
[20] fly the airplane that has been adapted for
[21] agricultural flying.
[22] A: It's adapted. It's heavier. It's bigger.
[23] It's a tail wheel. It's a different engine,
[24] different than what they're used to, learning
[25] how to fly the airplane, then depending on the

Page 49

[1] pilot, his status, his currency, what stage and
[2] how quickly they put him into different
[3] variations of training. And I understand from
[4] being around the business for years what
[5] those — what most people ask for but I don't
[6] do it.
[7] **Q:** What is your understanding?
[8] **A:** Well, a typical — and again, so much of this
[9] depends, and I apologize for that but it
[10] depends on the situation. If you have a high
[11] time pilot — or it really doesn't matter, just
[12] depends on various things, but most companies
[13] will either seek a training facility, which are
[14] very limited in this country for ag pilots, or
[15] they will do on-the-job training where they
[16] will train the individual themself. Now prior
[17] to my getting insurance for that, if they want
[18] coverage and not everybody buys coverage to
[19] train somebody, they accept the risk
[20] themselves, but if they want that, then usually
[21] a company will ask me to provide a training
[22] syllabus or some form of how this guy's going
[23] to train that pilot, which could include
[24] flying, turns, turns about point, all the
[25] various things that we do in flying, doing it

Page 50

[1] with a different airplane, loading the airplane
[2] up in various stages of gallonage of water, and
[3] only past whatever stage that is depending on
[4] whatever operation it is because every
[5] operation is individual. Everything is
[6] different. Depends on the situation, depends
[7] on the operation. Every one is going to be
[8] different. There is no standardized format
[9] that's going to be perfect for everybody. Once
[10] that's done, then based on what the client
[11] needs and what this guy wants to do, we seek —
[12] based on their request to us, we seek
[13] additional coverages to be added to the policy
[14] similar to what you're talking about seeds,
[15] chemicals and fertilizers. That is a basic ag
[16] use. Beyond that, there are various things you
[17] can add to that. So I don't know if I've
[18] explained it well enough but that's —
[19] **Q:** Well, it sounds to me as if there's a great
[20] deal that goes into training for an aerial
[21] application.
[22] **A:** Varies with the original extent of the
[23] individual's abilities.
[24] **Q:** And have you ever obtained a coverage for
[25] someone who wanted to provide aerial

Page 51

[1] application instruction to pilots?
[2] **A:** Yes.
[3] **Q:** How often have you done that?
[4] **A:** I have no idea the numbers, but we have —
[5] throughout each year you will have individuals
[6] that want to hire an individual. You will have
[7] a company — owner of a company that wants to
[8] hire an individual and will either do
[9] on-the-job training which we've done many times
[10] with our policies. We have insured —
[11] **Q:** Would that be something by an endorsement then
[12] if you've got a policy and somebody wants to do
[13] flight instruction for pilots for aerial
[14] application?
[15] **A:** We won't add instruction coverage to a policy.
[16] We will add an individual pilot to the policy.
[17] The pilot will be added as a pilot for the
[18] owner to give instruction. It's not for
[19] remuneration for hire, it's not a business.
[20] He's doing it for one of his individual people.
[21] That's a different type of coverage.
[22] **Q:** Have you ever written or procured coverages for
[23] someone who wants to provide aerial application
[24] instruction to a number of pilots who would
[25] come to him for that purpose?

Page 52

[1] **A:** Yes.
[2] **Q:** And in how many instances would you say you've
[3] done that?
[4] **A:** In my career, three times with best
[5] recollection.
[6] **Q:** There are different types I'm learning in this
[7] business, different types of aircraft that are
[8] used for aerial applications?
[9] **A:** Yes.
[10] **Q:** For instance, I've heard of something called
[11] fixed-wing. What is that? Are there loose
[12] wings?
[13] **MR. BANOVETZ:** Helicopter.
[14] **A:** For most of us that are fixed-wing, a
[15] helicopter would be considered a loose wing.
[16] But there is a fixed-wing aircraft which is
[17] your typical aircraft that I fly that you might
[18] fly on the airlines, then there would be a
[19] rotor wing which would be a helicopter.
[20] **BY MR. MUELLER:**
[21] **Q:** Do you know of any helicopters that are used
[22] for aerial application?
[23] **A:** Yes.
[24] **Q:** Just asked that one out of curiosity. And then
[25] there are fixed-wing, piston-driven and

Page 53

[1] fixed-wing turbine aircraft?
[2] A: Yes.
[3] Q: I assume fixed-wing jets, too?
[4] A: No.
[5] Q: Not for aerial application?
[6] A: No.
[7] Q: As far as piston-driven planes, in this case
[8] I've heard about Air Cats. Are Air Cats —
[9] A: Ag Cats.
[10] Q: Ag Cat's a piston-driven plane?
[11] A: It can be both.
[12] Q: And what is the difference between the
[13] application — aerial application by a
[14] piston-driven and aerial application by a
[15] turbine-driven?
[16] A: Are you looking for an expert definition of
[17] that?
[18] Q: I would like one.
[19] A: Well, I can't give you that.
[20] Q: I didn't think I'd get one. What's your
[21] understanding?
[22] A: Well, a turbine aircraft typically is a larger
[23] aircraft that can haul more of a load and
[24] typically faster speeds versus a piston. There
[25] are numerous variations as to why you'd buy a

Page 54

[1] piston over a turbine or turbine over a piston,
[2] but a typical turbine aircraft by accident
[3] ratios and studies is a more — has less of a
[4] chance of losing an engine, better loss ratio,
[5] so to speak. I can't testify to that but it's
[6] more a reliable airplane versus a piston. So
[7] companies will purchase turbine aircraft or
[8] will take a piston aircraft and put a turbine
[9] conversion on that same piston airplane making
[10] it a turbine airplane for the load, the speed
[11] and the reliability.
[12] Q: So if I understand this correctly, a pilot —
[13] there is something you need to know about
[14] flying a turbine-driven plane versus flying a
[15] piston-driven plane?
[16] A: Yes.
[17] Q: So someone involved in aerial application would
[18] learn the aerial application most generally by
[19] flying a piston-driven plane and then would
[20] take over — then would move to a turbine?
[21] A: They don't all, but, yes, that would be —
[22] Q: That's the general —
[23] A: That would be the general rule.
[24] Q: So for someone who knew how to make aerial
[25] application in a piston-driven plane, if he

Page 55

[1] wanted to do a turbine application, he would
[2] have to be trained in the operation of the
[3] turbine aircraft.
[4] A: He will have to be transitioned into a turbine
[5] aircraft.
[6] Q: Transitioning means gradually shifted over to a
[7] different type of engine plane?
[8] A: Yes.
[9] Q: So for someone receiving turbine transition
[10] training for aerial application, he would know
[11] how to apply with a piston-driven plane and the
[12] transition then would be to a turbine-powered
[13] aircraft as you understand it.
[14] A: Typically, yes.
[15] Q: Do you know a fellow by the name of Harold
[16] Miller?
[17] A: Yes.
[18] Q: And he spells his name differently than I do
[19] and that's M-i-l-l-e-r.
[20] A: Yes.
[21] Q: And he's out of where?
[22] A: I don't remember the town. He's from Illinois.
[23] Q: And was he one of your insureds?
[24] A: Yes.
[25] Q: And during what period was he one of your

Page 56

[1] insureds?
[2] A: I don't remember.
[3] Q: Well, I asked you to bring with you the
[4] documents that we had requested in our request
[5] for production of documents and those included
[6] the Harold Miller file. Do you have that with
[7] you?
[8] MS. BARON: No, and as we indicated
[9] in our written response to the production
[10] request, we objected to that based on the
[11] fact that that information is
[12] confidential. We don't have any
[13] authorization from Mr. Miller to be
[14] turning over his financial information on
[15] insurance policies, so we objected to the
[16] production of that, so he does not have it
[17] with him today.
[18] MR. MUELLER: Counsel, can we obtain
[19] a copy of that file redacted as to the
[20] numbers because I'm not interested in
[21] Harold Miller's financial wherewithal, but
[22] I am interested in knowing what coverages
[23] were afforded to him.
[24] MS. BARON: I don't know that that
[25] information is something that can be

Page 57

[1] disclosed regarding other clients of an
[2] insurance broker who are not involved in
[3] this litigation at all. I would have to
[4] say I would still object to that.
[5]     MR. MUELLER: Let us say that we have
[6] had a conference on the matter and we can
[7] bring it to the attention of the Court
[8] because I'm not aware of any confidences
[9] or privileges that might exist as they
[10] would relate to business transactions with
[11] third parties that might otherwise be
[12] relevant.
[13]             BY MR. MUELLER:
[14]     Q: But moving on with the matter, do you recall
[15] what types of coverages were afforded to Harold
[16] Miller let us say in the year 2001?
[17]     MS. BARON: I think I'm going to have
[18] to make the same objection to the extent
[19] it's asking for another insured's coverage
[20] information.
[21]     MR. MUELLER: You've stated the
[22] objection. I don't know that you would be
[23] well advised to instruct the witness not
[24] to answer it because I'm not going into
[25] the details, but I want to know what types

Page 58

[1] of coverage because it is very important
[2] to the interests of my client in this
[3] case.
[4]     MS. BARON: Well, I don't understand
[5] why that's the case that someone else's
[6] insurance coverage is important to your
[7] client in this case. And you're asking
[8] what type of coverages did he have. Could
[9] you be a little more specific as to what
[10] you mean by that?
[11]     MR. MUELLER: I'm not interested in
[12] his life insurance or in his family auto
[13] policies. I'm talking about his aviation
[14] insurance coverage, property and casualty
[15] lines that were written through this
[16] agency.
[17]     MS. BARON: Well, we'll take a break.
[18] (Thereupon, a recess was taken;
[19] whereupon, the following was
[20] had:)
[21]             BY MR. MUELLER:
[22]     Q: Do you recall in the year 2000 what property
[23] and casualty coverage Harold Miller had?
[24]     A: To the form of the question, no.
[25]     Q: Are you aware of any of the property and

Page 59

[1] casualty coverages Harold Miller had in the
[2] year 2000, 2001?
[3]     A: I do not remember the year of his coverages.
[4]     Q: Do you recall that Harold Miller before Scott
[5] and Sarah Petersen purchased it owned the Ag
[6] Tractor 503 which we're talking about in this
[7] case?
[8]     A: Yes.
[9]     Q: And are you aware of the coverages which Harold
[10] Miller had for that Ag Tractor?
[11]     A: Correction, it's Air Tractor.
[12]     Q: I'm sorry, Air Tractor.
[13]     A: And to answer the question, yes.
[14]     Q: And are you familiar with the uses that Harold
[15] Miller was making of that Air Tractor?
[16]     A: Yes.
[17]     Q: And that Air Tractor had a dual cockpit?
[18]     A: Yes.
[19]     Q: A dual cockpit plane — or that dual cockpit
[20] plane in the Air Tractor, could you describe
[21] that for us?
[22]     A: Well, dual meaning two, two seats.
[23]     Q: Side by side?
[24]     A: Tandem.
[25]     Q: That's one in front of the other?

Page 60

[1]     A: Yes.
[2]     Q: And it had the controls for each?
[3]     A: Yes.
[4]     Q: And that was something that you knew before the
[5] plane was sold to Scott and Sarah?
[6]     A: Yes.
[7]     Q: And you also knew that the plane was used among
[8] other things by Harold Miller for transition
[9] turbine training in support of the aerial
[10] application of seasonal chemicals?
[11]     A: In the complete form of the question, the first
[12] part of the question I can say yes.
[13]     Q: Did you know that the plane was used by Harold
[14] Miller for transition turbine training in
[15] support of the aerial application of seeds and
[16] chemicals?
[17]     A: Again, the first part of the question, used for
[18] transition training, yes.
[19]     Q: And that it was used for transition turbine
[20] training in support of the aerial application
[21] of seeds and chemicals?
[22]     A: I object to the support portion because that
[23] can be defined differently.
[24]     Q: Well, let me ask you this. Have you ever
[25] defined the use of the plane by Harold Miller