E-FILED
Friday, 01 September, 2006  02:36:24 PM
Clerk, U.S. District Court, ILCD

**THIRD PARTY DEFENDANT'S**
**EXHIBIT NO. 11**

STATE OF MISSISSIPPI ) 
                                   ) SS 
COUNTY OF _LeFlore_ )

### AFFIDAVIT OF FRANK KIMMEL

I, Frank Kimmel, the undersigned, upon first being duly sworn on oath depose and state as follows:

1. I am an insurance agent and the President of Kimmel Aviation Insurance Agency, Inc. in Greenwood, Mississippi.

2. I am a commercially licensed pilot with 16 years of agricultural aviation pilot experience. I am also a licensed property and casualty insurance agent with seven years of full time experience in the aviation insurance industry.

3. I know Scott Petersen, who operates Pontiac Flying Service in Pontiac, Illinois.

4. In the spring of 2002 Scott Petersen and I were working together on a United States Forest Service contract. The contract holder was Al's Aerial Spraying based in Ovid, Michigan. Both Scott Petersen and I were flying aircraft.

5. I was aware at that time that Scott Petersen had purchased certain equipment from Harold Miller, including an AT-503 Air Tractor turbine engine plane.

6. Before we started the contract I had a social conversation with Scott Petersen at the airport in South Boston, VA and asked him about his plans for the equipment and aircraft he had purchased from Harold Miller.

7. During this conversation, Scott Petersen said to me that he did not have any plans for doing any training with the aircraft, and that he was going to wait to see if there was any interest or demand for training.

8. At that time Scott Petersen also said to me that the cost of insurance was a barrier, and that he did not have insurance coverage for using the AT-503 Air Tractor for training purposes at that time.

9. I informed Scott Petersen that since there was a back seat in the AT-503, he should call his insurance broker and at least put passenger insurance coverage on the plane. Scott responded to me that he would not let anyone ride in the aircraft except his family members.

1076393.1

10. If called upon I could competently testify to each of the foregoing facts.

11. Further, your affiant sayeth naught.

_____
FRANK S. KIMMEL III

Subscribed and sworn to before

me this 28th day of

August, 2006.

_____
Kay Hemphill Pleasants
Notary Public

My commission expires: April 9, 2010

- 2 -

1076393.1