E-FILED
Friday, 01 September, 2006  02:37:17 PM
Clerk, U.S. District Court, ILCD

**<u>THIRD PARTY DEFENDANT'S</u>**
**<u>EXHIBIT NO. 13</u>**

# HARDY Aviation Insurance, Inc.

P.O. Box 12010, Wichita, KS 67277-2010
800-721-6733 fax:316-945-2330



**EXHIBIT**
#3 4/22/05

# Agricultural Aircraft Insurance Application

| Applicant Name, Address, and Phone | Applicant is | Coverage Effective Dates |
|---|---|---|
| Pontiac Flying Service, Inc. | ☑ Individual | April 10, 2002 to April 10, 2003 |
| | ☐ Corporation | **Underwriting Manager** |
| 15755 E 2000 North Road | ☐ Partnership | USAIG |
| Pontiac, IL 61764 | | |
| ( (815) 842-3738 | | |

Names of All Partners or Officers, if any:  Scott & Sarah Petersen

Name(s) used in any former Aerial Application business: _____

Operations in other states (list): _____

Home Airport: Pontiac Municipal          Airport ID  I88    Length: 4000     Surface:  asphalt

Aircraft are  Hangared          Secondary Location: _____

Years of Aerial Application Experience:   4          Will aircraft be used for herbicide work?   ☑ Yes ☐ No

Number of aircraft owned/operated/leased by insured:  2

Has any insuror cancelled, declined, or refused to renew any aviation insurance coverage?   ☐ Yes ☐ No

   If yes, explain:

Has insured or any pilot had any hull, liability or chemical claims during the last 5 years?   ☑ Yes ☐ No

   If yes, explain:  6-99 herbicide drift to soybeans pilot Scott Petersen - Paid $7,000.00

## AIRCRAFT HULL COVERAGES

| | Make/Model | Reg Number | Engine H P | Insured Value | All Risk or Ground Only | Deductibles NIM | Deductibles IM |
|---|---|---|---|---|---|---|---|
| 1 | 1976  Ag Cat G164A | N 48468 | 600 | $90,000.00 | All Risk | $500.00 | $9,000.00 |
| 2 | 1975  Ag Cat G164A | N 8762H | 0 | $45,000.00 | Ground not in Motion | $500.00 | $0.00 |
| 3 | 1991  Air Tractor AT503 | N 503D | 0 | $350,000.00 | All Risk | $500.00 | $17,500.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |

Do all aircraft have valid restricted airworthiness certificates?   ☑ Yes ☐ No

   If no, explain:

| Type Owner | Name/Address of co-owner, lessor, or lienholder (if any) | Aircraft Use(s) |
|---|---|---|
| ☐ Sole Owner | *If Lienholder, indicate lien amount & Loss Payee or Breach of Warranty | Chemical, seed, fertilizer application |
| ☐ Co-Owner | 1) People's Bank, P.O. Box 460, Gridley IL 61744-0460 | |
| ☐ Lessor | 2) People's Bank, P.O. Box 460, Gridley IL 61744-0460 | |
| ☑ Lienholder* | 3) Bank of Pontiac, 300 W. Washington, Pontiac IL 61764 | If P & B., *excluding any operation |
| | 4) _____ | for which a charge is made |

HARDY Aviation
Insurance, Inc.

## AIRCRAFT LIABILITY COVERAGES

Pontiac Flying Service, Inc.

### LIABILITY NON-CHEMICAL

Bodily Injury:        $100,000.00  Each Person
                      $300,000.00  Each Occurrence
Property Damage:  $100,000.00  Each Occurrence

Single Limit Bodily Injury
    & Property Damage:        $1,000,000.00
☐ Passengers Included    ☑ Passengers Excluded

**Liability and Hull Coverage**
IL Bodily Injury Aggregate Endorsement / Ground Hull Only on
N8762H - No liability
$1 mil non-chem on N503D for gypsy moth

### LIABILITY CHEMICAL

Bodily Injury        $100,000.00  Each Person
                     $300,000.00  Each Occurrence
Property Damage:  $100,000.00  Each Occurrence

Single Limit Bodily Injury
    & Property Damage:        $0.00
Chemical Deductible:        $1,000.00

Coverages Required:      Chemical Coverage Includes:
☐ Excluding Chemical         ☐ Picloram
☐ Restricted Chemical        ☐ Farmer/Owner/Grower
☑ Comprehensive Chemical     ☐ Crops Treated
                             ☑ Adjacent Fields

## PILOT INFORMATION

As pilot, any accidents, citations or FAR violations / limitations?  ☑ Yes  ☐ No
    If yes, explain: See front of app

Any physical impairments/limitations or medical waivers?  ☐ Yes  ☑ No
    If yes, explain:

Any felony convictions/license suspensions for auto operation?  ☐ Yes  ☑ No
    If yes, explain:

Any arrests for reckless driving or DUI?  ☐ Yes  ☑ No
    If yes, explain:

**Open Pilot Provisions:**  N48468: Comm/1500 total/750 ag/25 make & model
                            N503D:  Comm/2000 total/1000 ag/500 turbine/25 make & model and turbine
                            engine school

| Named Pilots Birthdate Cert.# | Age | MedDate /Class PAASS Cert. | BFR Date | Total Hours | AG Hours | Turbine Hours | Rotorwing Ag Hours | Make/Model | Hours | Last 12 Mos |
|---|---|---|---|---|---|---|---|---|---|---|
| Scott Petersen | 40 | 3/01 II | 7/00 | 1867 | 1288 | | | Ag Cat | 1096 | 350 |
| 09/10/1960 | | | CertificationType: Cml | | | | | | | |
| 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 | | | Ratings: IFR | | | | | | | |

**SIGN HERE**

I / We authorize HARDY Aviation Insurance, Inc., Wichita, KS, to represent me / us in placing of this insurance. I / We further affirm that the statements in this application are true and correct and are made in good faith and no information is withheld which would adversely affect the approval of any insurer. It is also understood that no coverage is afforded by this application until accepted by the insuring

_____        _____
Signature of applicant or authorized officer                Date