E-FILED
Friday, 01 September, 2006  02:37:34 PM
Clerk, U.S. District Court, ILCD

**THIRD PARTY DEFENDANT'S
EXHIBIT NO. 14**

## HARDY Aviation Insurance, Inc.

P.O. Box 12010, Wichita, KS 67277-2010
800-721-6733 fax:316-945-2330

# Agricultural Aircraft Insurance Application

| Applicant Name, Address, and Phone | Applicant is | Coverage Effective Dates |
|---|---|---|
| Pontiac Flying Service, Inc. | ☑ Individual | May 19, 2002 to May 19, 2003 |
| | ☐ Corporation | Underwriting Manager |
| 15755 E 2000 North Road | ☐ Partnership | AIG Aviation, Inc. |
| Pontiac, IL 61764 | | |
| ☎ (815) 842-3738 | | |

Names of All Partners or Officers, if any:  Scott & Sarah Petersen

Name(s) used in any former Aerial Application business:

Operations in other states (list):

Home Airport: Pontiac Municipal          Airport ID 188    Length: 4000      Surface: asphalt

Aircraft are  Hangared          Secondary Location:

Years of Aerial Application Experience:  4      Will aircraft be used for herbicide work?  ☑ Yes  ☐ No

Number of aircraft owned/operated/leased by Insured:  2

Has any insuror cancelled, declined, or refused to renew any aviation insurance coverage?   ☐ Yes  ☐ No

   If yes, explain:

Has insured or any pilot had any hull, liability or chemical claims during the last 5 years?   ☑ Yes  ☐ No

   If yes, explain:  6-99 herbicide drift to soybeans pilot Scott Petersen - Paid $7,000.00

## AIRCRAFT HULL COVERAGES

| | Make/Model | Reg Number | Engine H P | Insured Value | All Risk or Ground Only | Deductibles NIM | Deductibles IM |
|---|---|---|---|---|---|---|---|
| 1 | 1976  Ag Cat G164A | N 48468 | 600 | $90,000.00 | All Risk | $500.00 | $9,000.00 |
| 2 | 1975  Ag Cat G164A | N 8762H | 0 | $45,000.00 | Ground not in Motion | $500.00 | $0.00 |
| 3 | 1991  Air Tractor AT503 | N 503D | 0 | $350,000.00 | All Risk | $500.00 | $35,000.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |

Do all aircraft have valid restricted airworthiness certificates?   ☑ Yes  ☐ No

   If no, explain:

| Type Owner | Name/Address of co-owner, lessor, or lienholder (if any) | Aircraft Use(s) |
|---|---|---|
| ☐ Sole Owner | *If Lienholder, indicate lien amount & Loss Payee or Breach of Warranty | Chemical, seed, fertilizer application |
| ☐ Co-Owner | 1) People's Bank, P.O. Box 460, Gridley IL 61744-0460 | |
| ☐ Lessor | 2) People's Bank, P.O. Box 460, Gridley IL 61744-0460 | |
| ☑ Lienholder* | 3) Bank of Pontiac, 300 W. Washington, Pontiac IL 61764 | If P & B., *excluding any operation |
| | 4) | for which a charge is made |

EXHIBIT  2/22/05
#4

HARDY Aviation
Insurance, Inc.

Pontiac Flying Service, Inc.

# AIRCRAFT LIABILITY COVERAGES

## LIABILITY NON-CHEMICAL

Bodily Injury:    $100,000.00  Each Person

$300,000.00  Each Occurrence

Property Damage:  $100,000.00  Each Occurrence

Single Limit Bodily Injury
& Property Damage:          $1,000,000.00

☐ Passengers Included    ☑ Passengers Excluded

**Liability and Hull Coverage**
Ground Hull Only on N8762H – No liability
$1 mil non-chem on N503D for gypsy moth
Al's Aerial Spraying add'l insured N503D

## LIABILITY CHEMICAL

Bodily Injury      $100,000.00  Each Person

$300,000.00  Each Occurrence

Property Damage:    $100,000.00  Each Occurrence

Single Limit Bodily Injury
& Property Damage:              $0.00

Chemical Deductible:        $1,000.00

**Coverages Required:**
☐ Excluding Chemical
☐ Restricted Chemical
☑ Comprehensive Chemical

**Chemical Coverage Includes:**
☐ Picloram
☑ Farmer/Owner/Grower
☐ Crops Treated
☑ Adjacent Fields

# PILOT INFORMATION

As pilot, any accidents, citations or FAR violations / limitations?   ☑ Yes  ☐ No
If yes, explain: See front of app

Any physical impairments/limitations or medical waivers?   ☐ Yes  ☑ No
If yes, explain: _____

Any felony convictions/license suspensions for auto operation?   ☐ Yes  ☑ No
If yes, explain: _____

Any arrests for reckless driving or DUI?   ☐ Yes  ☑ No
If yes, explain: _____

**Open Pilot Provisions:**   Commercial pilots with 1000 ag hours and 100 hours make/model

| Named Pilots Birthdate Cert.# | Age | MedDate /Class PAASS Cert. | BFR Date | Total Hours | AG Hours | Turbine Hours | Rotorwing Ag Hours | Make/Model | Hours | Last 12 Mos |
|---|---|---|---|---|---|---|---|---|---|---|
| Scott Petersen | 40 | 3/01 II | 7/00 | 1867 | 1288 | | | Ag Cat | 1096 | 350 |
| 09/10/1960 | | | CertificationType: Cml | | | | | | | |
| 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 | | | Ratings: IFR | | | | | | | |

I / We authorize HARDY Aviation Insurance, Inc., Wichita, KS, to represent me / us in placing of this insurance.  I / We further affirm that the statements in this application are true and correct and are made in good faith and no information is withheld which would adversely affect the approval of any insuror.  It is also understood that no coverage is afforded by this application until accepted by the insuring

Signature of applicant or authorized officer                6-28-02
                                                              Date