UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 03-CV-01288 |
| PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, as Special Administrator Of the Estate of NEIL WEBSTER, Deceased, And CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| PONTIAC FLYING SERVICE, INC., | ) ) | |
| Third Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| HARDY AVIATION INSURANCE, INC., | ) ) | |
| Third Party Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME IN WHICH TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant and Third Party Plaintiff, PONTIAC FLYING SERVICE, INC. ("PONTIAC FLYING"), by its attorneys, CASSIDY & MUELLER, and requests the court for an extension of time in which to file its response to the Motion for Summary Judgment of Third Party Defendant, HARDY AVIATION INSURANCE, INC. In support of this motion PONTIAC FLYING states:

1. The Motion for Summary Judgment was received in the offices of counsel for PONTIAC FLYING on September 1, 2006.

2. At the time the motion was received and thereafter counsel for PONTIAC FLYING was on vacation, attending a family reunion in Oklahoma. That, and other scheduling conflicts which have taken him out of the office preclude the ability to file the response on or before September 22, 2006.

3. PONTIAC FLYING anticipates that it will be able to file its response on or before October 6, 2006.

4. The requested extension will not interfere with the orderly progression of the case.

WHEREFORE, Defendant and Third Party Plaintiff, PONTIAC FLYING SERVICE, INC., prays that it be given to and including October 6, 2006 in which to file its response to the pending Motion for Summary Judgment of HARDY AVIATION INSURANCE, INC.

    Respectfully submitted,

    CASSIDY & MUELLER

    By: s/  DAVID B. MUELLER
       Attorneys for Defendant,
       PONTIAC FLYING SERVICE, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com, cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com, pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com, jmg@cliffordlaw.com |
| Kevin P. Durkin | kpd@cliffordlaw.com; jg@cliffordlaw.com |
| Mark T. Banovetz | mbanovetz@tsmp.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

      s/DAVID B. MUELLER
      David B. Mueller - #01980661
      CASSIDY & MUELLER
      416 Main Street, Suite 323
      Peoria, IL  61602
      Telephone: 309/676-0591
      Fax: 309/676-8036
      E-mail: dmueller@cassidymueller.com