## INDEX TO EXHIBITS

(1)     Deposition of Scott Petersen

(2)     Deposition of Randy Hardy

(3)     Deposition of Angie Banz

(4)     Deposition of Brendan Bolger

(5)     Scott Petersen Affidavit

(6)     Scott and Sarah Petersen Statement

(7)     Hardy Deposition Ex. E – AIG e-mail

(8)     Excerpts from Elkins Manual

(9)     2/8/02 Banz notes from Hardy file