UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NATIONAL UNION FIRE COMPANY )
OF PITTSBURGH, PA, )
)
)
Plaintiff, )
)
vs. ) No. 03-1288
)
PONTIAC FLYING SERVICES, INC., )
)
Defendants and )
Third Party Plaintiff, )
)
vs. )
)
HARDY AVIATION INSURANCE, INC., )
)
Third Party Defendant. )

## AFFIDAVIT

STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF LIVINGSTON )

SCOTT PETERSEN, being first duly sworn on oath, deposes and states:

1. The matters hereinafter related are stated of his own personal knowledge and if called upon he could testify competently with respect thereto.

2. He is the president of Pontiac Flying Service, Inc. and has occupied that office since its incorporation in 2002. His wife Sarah is the corporate secretary. They are also the sole shareholders.

3. Pontiac Flying Service, Inc. was incorporated to acquire the assets and business of Harold Miller, d/b/a Harold's Flying Service.

4. The business of Harold's Flying Service is the use of aircraft to spray farm seeds, chemicals and fertilizers and is commonly known as "crop dusting". That business included transition training of pilots from piston driven aircraft to turbine driven planes for the purpose of crop dusting.

5. Among the assets which was owned by Harold's Flying Service was an AT503 turbine driven aircraft which contained dual cockpits that were each equipped for operation by a pilot. The AT503 was commonly known in the agricultural aviation business as a training plane and was used for that purpose by Harold's Flying Service.

6. Rick Lucente was a turbine transition training instructor whom Harold Miller used to provide turbine training instruction to pilots who were qualified and experienced in the operation of piston driven aircraft. While Harold Miller owned the AT503 the affiant received five (5) hours of turbine transition training in that aircraft from Rick Lucente, as his instructor.

7. Before acquiring the assets and business of Harold's Flying Service, the affiant and his wife Sarah ran and operated the Pontiac, Illinois airport, owned and rented several piston driven aircraft, and he engaged in crop dusting using a piston driven plane.

8. In purchasing the assets and business of Harold's Flying Service, including the AT503, it was his intention to operate the same aerial application or crop dusting business as Harold Miller, including use of the dual cockpit AT503 aircraft for the turbine transition training of pilots.

9. Before acquiring the assets and business of Harold's Flying Service he understood that Harold Miller had obtained his hull and liability insurance through Randy Hardy and Hardy Aviation Insurance, Inc.

10. At the time they were considering purchasing the assets and business of Harold's Flying Service the affiant and his wife had also obtained their hull and liability insurance through Randy Hardy and Hardy Aviation Insurance, Inc. Consequently, in February, 2002 PONTIAC FLYING contacted the Hardy Aviation Insurance, Inc. for the purpose of obtaining those coverages for the AT503.

11. In late February, 2002, he had a telephone conversation with Randy Hardy, the president of Hardy Aviation Insurance, Inc. regarding coverage for the AT503. During that conversation Hardy told the affiant that he had obtained coverage for the AT503 with AIG and that it would be included under his current policy with National Union Fire Company of Pittsburgh, PA, an AIG subsidiary.

12. During the aforesaid conversation Hardy also informed the affiant that coverage for the AT503 would be "bound" effective March 1, 2002. However, Hardy also told the affiant that AIG required that the affiant have additional turbine transition training in the aircraft. The affiant agreed to the training. The affiant also asked that Rick Lucente be added to the policy as an instructor for turbine transition training. Hardy agreed and the affiant understood that Lucente would be added to the policy as a turbine transition training instructor.

13. Neither during the aforesaid conversation, nor at any time prior to May 5, 2003, did Randy Hardy or anyone employed by Hardy Aviation Insurance, Inc. ask the affiant what uses would be made of the AT503.

14. Neither during the aforesaid conversation, nor at any time did Randy Hardy or anyone employed by Hardy Aviation Insurance, Inc. ask the affiant whether the AT503 would be used for the same purposes for which it was used by Harold Miller.

15. Neither during the aforesaid conversation, nor at any other time prior to May 5, 2003, did Randy Hardy or anyone employed by the Hardy Aviation Insurance, Inc. inform the affiant that the inclusion of Rick Lucente under the policy as a turbine transition training instructor was limited to training the affiant.

16. Neither in that conversation, nor at any other time prior to May 5, 2003, did Randy Hardy or anyone employed by Hardy Aviation Insurance, Inc. inform the affiant that Pontiac Flying Service was not or would not be covered for turbine transition training instruction by Rick Lucente of third parties.

17. At all times prior to May 5, 2003, the affiant understood and believed that Pontiac Flying Service, Inc. was covered under the National Union policy procured by Randy Hardy and Hardy Aviation Insurance, Inc. for turbine transition training which was given in the AT503 by Rick Lucente as the instructor.

18. Had the affiant been informed by Randy Hardy or anyone employed by Hardy Aviation Insurance, Inc. that Pontiac Flying Service, Inc. did not have hull and liability coverage for turbine transition training by Rick Lucente as the instructor, he either would have obtained that coverage or not have allowed the plane to be used by Lucente for that purpose without coverage.

19. Starting in December, 2002, and continuing through May, 2003, Pontiac Flying Service, Inc. placed the advertisement, which is shown on Exhibit A, in each monthly edition of Ag Air Update magazine. Ag Air Update is a publication which is widely read in the agricultural aircraft business. It is also a publication in which Hardy Aviation Insurance, Inc. regularly advertised.

20.  Attached to this affidavit and made a part hereof as Exhibit B is a copy of the advertisement of Hardy Aviation Insurance, Inc. which appeared in Ag Air Update during the same period.

21.  From the time he was told by Randy Hardy that coverage was bound effective March 1, 2002, and that Rick Lucente was included as an instructor for turbine transition training, the affiant understood and believed that Pontiac Flying Service, Inc. had both hull and liability coverage on the AT503 for turbine transition training instruction by Rick Lucente.

22.  Pontiac Flying was never informed of any changes in coverage under the AIG policy which covered the AT503 after that coverage became effective on March 1, 2002.

23.  The affiant knows Frank Kimmel and has read Kimmel's affidavit. The affiant does not recall the conversation which is referred to in that affidavit. However, the affiant never had any conversation with Frank Kimmel nor anyone else prior to May 5, 2003, in which the affiant did not understand and believe that there was hull and liability coverage for turbine transition training in the AT503 which was performed by Rick Lucente whom the affiant understood to have been added to the policy for that purpose.

FURTHER THE AFFIANT SAYETH NOT.

_____
SCOTT PETERSEN

SUBSCRIBED and SWORN to before me this 4 day of October, 2006.

_____
Notary Public

OFFICIAL SEAL
JILL C STIEGHORST
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/24/08

Do not take someone else's word that the surrounding crops are "Roundup-Ready" or otherwise genetically engineered for the chemical that you plan to apply. Do not take the word of a tractor driver or some other employee. Ask the owner or owners of the surrounding crops.

occur with other crops where it is impossible to determine the extent of a drift, or to document that a drift did not occur. Get the situation documented while the symptoms are still present.

### Conclusion

I want to take this opportunity to wish you a safe and successful season. However, if you receive a complaint, even if you do not believe you are guilty, or if you believe the acreage involved is very small, I urge you to get it documented by an "expert" who can testify in court as an expert witness, should it become necessary. For instance, after the corn is completely mature, it is hard to tell where the symptoms of Roundup stopped. The heavily dam-

or Vaporize Call
**AgAir**update
478-987-2250



# Turbine Transition Training



AT-503-34 w/Satloc M3
5 hour Ground Instruction
5 hour Dual Instruction w/CFII Ag Pilot
Turbine Sign-off • Lodging Provided

### *Pontiac Flying Service*
Pontiac, IL
815-844-2707



$32.50
Drips
AFS ON-OFF CHECK VALVE
WITH PLASTIC SEAT

"No more leaks and drips. Excellent product."
Dan Foster, Farm and Forest Helicopters, WA

"They're trouble free."
Dale Patterson, Cedar Butte Air Inc., SD

# Roy's Customized Trucks
*Building Trucks for 25 Years*



Mounted on 4700 or 4900 International trucks with DT 466 engines Or custom mounted to customer's truck

### Standard Features
✓ 12" tubes
✓ 12" folding augers
✓ 600 gal. fuel tank
✓ Onboard scales
✓ Hopper 11,000 lb Urea capacity
✓ Rollover tarp
✓ 10' side-over-side hopper loading capability
✓ Dual chain drive
✓ Hydraulic controlled stainless slide gate

Many custom options available including 100% stainless steel version

**Roy's Customized Trucks**

**EXHIBIT A**
*Actual Size*

ation have disappeared
When you have a complaint, let me urge you to have some-

### Upcoming Season

I am sure burndown is already



### Temperature Inversions

A temperature inversion occurs when a warm layer of air forms above the cooler air. A gentle smoke column will rise to this inversion layer and level off just under it. If there is air movement, the smoke will go downwind. If the inversion occurs when winds are perfectly calm, the smoke will probably spread in more than one direction.

As most of you know, the



JON H
PROFESSIONAL
REPA
The only name to remember repair, refinish and

Shop:  530-735-6264
Fax:   530-735-6265

422 Monte Vista • Woo
www.jhpfr.com  •  e-mail:

### Available Now!

A forty-year history of Schweizer Aircraft Corpor Ag-Cat agricultural airplane.

A perfect gift for an Ag-Cat owner or pilot... for an interested in agricultural aviation. Or, even for you

The Ag-Cat, a tough, all-business biplane, a leader i agricultural aviation. It played a major role in the revolution of farming that began after World War II. Written by William Schweizer, the book contains numerous pictures, charts and design drawings, ide istorical aircraft buffs and model builders.

**EXHIBIT B**
*Actual Size*