ORIGINAL

1

STATE OF ILLINOIS
COUNTY OF LIVINGSTON

2

3

4        Sworn statement taken of SCOTT and
SARAH PETERSEN, on July 14, 2003, at Pontiac
5   Flying Service, 15755 East 2000 North Road,
Pontiac, Illinois, commencing at
6   approximately 9:20 A.M., before Lynn J.
Watson, a Certified Shorthand Reporter.

7

8        APPEARANCES:
9        TRESSLER, SODERSTROM, MALONEY &
PRIESS
10       BY:  MR. MARK T. BANOVETZ
Sears Tower, 22nd Floor
11       233 South Wacker Drive
Chicago, Illinois 60606-6308
12       Representing AIG Aviation (Illinois)
Corporation.
13

CAUGHEY, LEGNER & FREEHILL
14       BY:  MR. ROBERT R. CAUGHEY
204 North Main Street
15       Pontiac, Illinois 61764
Representing Scott and Sarah
16       Petersen.
17       ALSO PRESENT:
18       MR. PETER GUY
Assistant Vice President, Claims
19       AIG Aviation (Illinois) Corporation
500 West Madison Street - Suite 1790
20       Chicago, Illinois 60661-2511
21
22
23
24

1          SCOTT and SARAH PETERSEN

2    called as witnesses herein, after having been

3    first duly sworn on their oaths, were

4    examined and testified as follows, to-wit:

5

6                    EXAMINATION BY

7                    MR. BANOVETZ:

8

9        Q.   Scott, could you just state and

10   spell your full name for the record?

11            SCOTT PETERSEN:  Scott Alan

12   Petersen.  Petersen is P-e-t-e-r-s-e-n.

13       Q.   Sarah, if you could state your name

14   for the record?

15            SARAH PETERSEN:  Sarah L. Petersen.

16       Q.   Scott, your position here with

17   Pontiac Flying Service?

18            SCOTT PETERSEN:  I'm the owner.

19       Q.   Is it set up as an LLC or a

20   corporation?

21            SCOTT PETERSEN:  Corporation.

22       Q.   And are you an officer in the

23   corporation?

24            SCOTT PETERSEN:  Yes, I am.

3

1      Q.    What is the title you hold in the
2  corporation?

3          SCOTT PETERSEN:  I am the president.

4      Q.    And Sarah, are you an officer of the
5  corporation?

6          SARAH PETERSEN:  Yes.

7      Q.    Okay.  What is your title?

8          SARAH PETERSEN:  Secretary.

9      Q.    Are there any other officers in the
10  company?

11          SCOTT PETERSEN:  No.

12      Q.    Are there any other partners or
13  operating individuals who have authority with
14  the company.

15          SARAH PETERSEN:  No.

16      Q.    How many employees do you have?

17          SCOTT PETERSEN:  Full-time?

18      Q.    Full-time.

19          SCOTT PETERSEN:  Two.

20      Q.    Okay.  What sort of positions are
21  those?

22          SCOTT PETERSEN:  I have a full-time
23  flight instructor and also, I guess,
24  apprentice mechanic helper.

1          Q.   Okay.   Are there any other employees

2     that are part-time like office help?

3          SARAH PETERSEN:   We have one

4     part-time kid that works through the summer

5     when he's home from college.

6          Q.   Okay.

7          SARAH PETERSEN:   Then we also --

8          Q.   I'm sorry.   Go ahead.   I broke my

9     own rule, see?

10         SARAH PETERSEN:   Then we also have

11    one part-time kid who works after school, but

12    he also works more hours in the summertime.

13         Q.   Let's start with the full-time

14    folks.   Can you give me their names?

15         SARAH PETERSEN:   John Delaney.   He's

16    the apprentice mechanic.

17         Q.   Okay.   And the other one?

18         SARAH PETERSEN:   Wayne Dornan.

19         Q.   That's D-o-r-m-a-n?

20         SARAH PETERSEN:    D-o-r-n-a-n.

21         Q.   What is Mr. Dornan?

22         SARAH PETERSEN:   He's the flight

23    instructor.

24         Q.   What sort of flight instruction is

1  he doing?  Primary training or --

2          SCOTT PETERSEN:  Primary and

3  instrument commercial.  Just general

4  aviation.

5      Q.   Does he do any ag flying training?

6          SCOTT PETERSEN:  No.

7      Q.   Is that flight training, is that

8  something new you are doing here?

9          SCOTT PETERSEN:  No.

10     Q.   How long have you guys been doing

11  flight training?

12          SCOTT PETERSEN:  Since December of

13  '97 when we started with our first aircraft

14  and our first instructor.

15     Q.   Again, that's primary training,

16  instrument training?

17          SCOTT PETERSEN:  That's correct.

18     Q.   But no ag training?

19          SCOTT PETERSEN:  No.

20     Q.   How long have you been in business

21  here?

22          SCOTT PETERSEN:  Since July of '97.

23  I think July 2nd is when we took over here.

24     Q.   And somebody owned it before you?

6

1       SCOTT PETERSEN:  There was another

2   party that, I guess, managed the airport and

3   operated a maintenance shop out of here prior

4   to us taking over.

5       Q.   No flight instruction at the time

6   you took over?

7       SCOTT PETERSEN:  No.  We weren't

8   doing any.

9       Q.   Okay.  Was there any crop dusting

10  business?

11      SCOTT PETERSEN:  No, not here.

12      Q.   When you purchased the business, did

13  you purchase any aircraft with the business?

14      SCOTT PETERSEN:  No.  This really

15  was not a purchase of an existing business.

16  The individuals that were here were removed.

17  Just, I guess, what --

18      SARAH PETERSEN:  Well, the City of

19  Pontiac owns the airport, and so they

20  contract a business to operate the FBO.

21      Q.   And they removed the prior business

22  and you were installed?

23      SARAH PETERSEN:  And then we took

24  over.

7

1      Q.    And since starting the company or

2   since being installed here at Pontiac, have

3   you purchased various aircraft for your

4   business?

5         SARAH PETERSEN:  Yes.

6      Q.    What would you say is the primary

7   focus of your business at the present time?

8         SCOTT PETERSEN:  Well, I guess

9   probably the ag spraying is probably primary,

10  and then the FBO flight school and shop would

11  be secondary.  That was the original intent,

12  I guess, when we moved here.

13     Q.    Okay.  What type of aircraft do you

14  presently own?

15        SCOTT PETERSEN:  We've got a Grumman

16  Traveler which was our first airplane, we've

17  got a Piper Warrior that we purchased last

18  year, and a Turbo Arrow that was purchased

19  last September.  I also have an Ag Cat that I

20  restored and flew the first time in '98.

21  I've got another Air Tractor, a 502, and then

22  I also have a project Ag Cat that we are

23  restoring that is currently in the hangar.

24     Q.    Okay.  And who presently writes the

1  coverage for the Grumman and the Warrior and

2  the Turbo Arrow?  What company insures those?

3         SARAH PETERSEN:  Now?

4   Q.  Now.

5         SARAH PETERSEN:  US AIG.

6   Q.  Did somebody insure those planes

7  previously?

8         SCOTT PETERSEN:  US AIG.

9         SARAH PETERSEN:  AIG.

10        SCOTT PETERSEN:  AIG previously had

11  them.

12   Q.  Is there a reason that you recall

13  that you switched from US AIG to AIG

14  Aviation?

15        SARAH PETERSEN:  AIG sent us a

16  letter of non-renewal immediately following

17  the crash.

18   Q.  Okay.  So is the Ag Cat and the Air

19  Tractor 502 now insured through US AIG?

20        SCOTT PETERSEN:  Yes.

21   Q.  Have you ever carried any separate

22  insurance policy prior to the accident other

23  than the coverage through AIG?

24        SCOTT PETERSEN:  Not that I'm aware

1    of.

2        SARAH PETERSEN:  No.

3    Q.    Okay.

4        SARAH PETERSEN:  Do you mean on the

5    equipment itself or --

6    Q.    Either haul or liability insurance

7    for the aircraft.

8        SARAH PETERSEN:  With any other

9    company, no.

10    Q.    So you have had AIG Aviation since

11    1987.

12        SARAH PETERSEN:  No.  We had AIG

13    until May of last year when -- we had AIG

14    until we bought the 503, which would have

15    been in March.  Then at renewal in May of

16    2002, we switched to US AIG.  And then in --

17    a month later or so, I'd have to look at

18    something to know the exact times, it was

19    switched back to AIG because of gypsy moth

20    concerns.  We do work in the gypsy moth.  So

21    there was a time period there where the

22    insurance went from AIG to US AIG and then

23    back to AIG because US AIG did not cover the

24    gypsy moth stipulations that were needed.  So

1  it was a very short amount of time.

2      Q.   You switched the coverage entirely

3  as opposed to just getting a supplemental

4  policy?

5          SARAH PETERSEN:  Yes.

6      Q.   Are you a pilot, Sarah?

7          SARAH PETERSEN:  No.

8      Q.   Scott, you are a pilot, correct?

9          SCOTT PETERSEN:  That's correct.

10     Q.   What type of aircraft are you rated

11  to fly?

12          SCOTT PETERSEN:  I currently hold

13  commercial license instrument rating, CFI,

14  single engine land and turbine endorsement.

15     Q.   When did you get your turbine

16  endorsement?

17          SCOTT PETERSEN:  I believe that was

18  two years ago.

19          SARAH PETERSEN:  September of 2000.

20          SCOTT PETERSEN:  September of 2000.

21     Q.   Do you carry any insurance as a

22  pilot, any non-owned aircraft insurance of

23  any type other than through AIG?

24          SCOTT PETERSEN:  Not to my

1    knowledge.

2        Q.   Okay.   Where did you do your turbine

3    training?

4            SCOTT PETERSEN:   Harold Miller's at

5    Harold's Flying Service in Leland, Illinois.

6        Q.   Leland, Illinois?

7            SCOTT PETERSEN:   Yeah.

8        Q.   Okay.   And when you were doing your

9    training, were you insured as part of your

10   tuition to the flight school?

11           SCOTT PETERSEN:   I don't recall.

12       Q.   Did you have to fill anything out

13   with respect to insurance when you applied at

14   the flight school?

15           SCOTT PETERSEN:   No.   This was

16   actually -- I didn't apply.   I had applied

17   for a turbine transition scholarship offered

18   through Air Tractor and was named as one of

19   the recipients, and they picked up part of

20   that as far as the cost.   The Air Tractor

21   dealers and Air Tractor sponsored that.

22       Q.   Did you look into the issue or study

23   the issue of insurance coverage to cover your

24   turbine training at that time?

1         SCOTT PETERSEN:  No.

2     Q.   Okay.  At some point after that

3  training, I assume you made a decision to

4  purchase an Air Tractor, correct?

5         SCOTT PETERSEN:  I purchased the

6  assets of Harold Miller --

7     Q.   Okay.

8         SCOTT PETERSEN:  -- last year, and

9  within those assets was the 503.

10    Q.   What else did you purchase besides

11  the 503?

12         SCOTT PETERSEN:  Oh, there was a

13  pickup and a couple trailers and all of his

14  parts inventory and his business contacts, I

15  guess, that he had.

16    Q.   And when you say business

17  contacts -- well, let me back up for a

18  moment.  Other than flight training, is there

19  any other type of business that Harold Miller

20  was doing?

21         SCOTT PETERSEN:  He was an aerial

22  applicator that had been in the business for,

23  gosh, I don't know, 20, 30 years, I guess.

24    Q.   Were there any other -- were there

1    any other business pursuits that he was

2    involved in as part of that business other

3    than aerial application?

4         SCOTT PETERSEN:  No.  Everything

5    that we purchased was all related directly to

6    aerial application.

7         Q.   Harold Miller is a CFI, correct?

8         SCOTT PETERSEN:  Yes, he is.

9         Q.   And he did your turbine training?

10        SCOTT PETERSEN:  No.  Rick Lucente

11   did my training.

12        Q.   Rick Lucente did your training.  Was

13   Mr. Lucente an employee of Harold Miller's?

14        SCOTT PETERSEN:  He was a

15   contractor.

16        Q.   Did Harold Miller advertise flight

17   training services as part of his business?

18        SCOTT PETERSEN:  Yes, he did.

19        Q.   Do you know where he advertised or

20   what publications?

21        SCOTT PETERSEN:  I think mostly in

22   "The Ag Air Update" is where I seen his

23   article or his ads.  I don't believe he used

24   "The Trader Plane".

1    Q.    Did he have a customer base for

2    training that he could give you like a

3    customer list or repeat?

4        SCOTT PETERSEN:  Not that I'm aware

5    of.

6    Q.    Okay.  Did he have any advertising

7    rights, pre-purchased advertising rights or

8    anything that you got with your purchase?

9        SCOTT PETERSEN:  No.

10    Q.    So your purchase was an asset

11    purchase, purely an asset purchase, or were

12    you also purchasing a business, a going

13    concern, a client base?

14        SCOTT PETERSEN:  Within the

15    purchase, there was two years left on a gypsy

16    moth contract that he was partners in with

17    Maurice Quesnel, and I flew on that last

18    year.  There was another year to be this

19    spring, but the gypsy moth populations back

20    in West Virginia had dropped to almost

21    nothing.  I don't think they hardly did

22    enough work to warrant taking one airplane

23    out, let alone several like they did last

24    year.

1    Q.    Would it be fair to say at the time

2    you purchased the assets of Harold Miller's

3    business that you weren't purchasing any

4    amount of business that you couldn't service

5    with the airplanes that you presently had

6    here?  In other words, what I'm asking is:

7    Was your business picking up such that you

8    needed additional aerial application

9    equipment?

10            SCOTT PETERSEN:  In order to become

11    involved in the gypsy moth treatment program,

12    the contract specified turbine airplanes.

13    And so to be a part of that, we decided to

14    make the move.

15    Q.    Okay.  And you said you have a 502?

16            SCOTT PETERSEN:  Currently, yes, we

17    have a 502.

18    Q.    And when did you get the 502?

19            SCOTT PETERSEN:  When did we pick

20    that up?  In June?  Late May or early June.

21    I'd have to look back.

22    Q.    This year?

23            SCOTT PETERSEN:  Yes.

24    Q.    So at the time you purchased Harold

1    Miller's business, you didn't have any

2    turbine equipment.  Is that correct?

3         SCOTT PETERSEN:  No, we did not.

4    Q.    Were you doing any gypsy moth work

5    prior to purchasing Harold Miller's business?

6         SCOTT PETERSEN:  Yes.  I had worked

7    with Harold Miller as a pilot.  From '97 I

8    flew for him every year except in 2001, but

9    it was all piston engine at that time before

10   they changed the requirements of the

11   contract.

12   Q.    When were the contract requirements

13   changed to require turbine equipment?

14        SCOTT PETERSEN:  I think in 2001 is

15   the first year that they specified all

16   turbine aircraft.

17   Q.    Why did Harold Miller sell his

18   business, if you know?

19        SCOTT PETERSEN:  I think he was just

20   ready to retire.  He had done well at it, and

21   I think he had some other things, I guess, he

22   wanted to do.

23   Q.    Is it fair to say you were pretty

24   familiar with that 503 Air Tractor by the

1    time you purchased his business?

2        SCOTT PETERSEN:  Yes.

3    Q.    You had logged quite a few hours in

4    it?

5        SCOTT PETERSEN:  Not logged so many

6    hours, but I did at times go up and help with

7    the maintenance on it.

8    Q.    You have any idea how many hours you

9    may have logged in it?  Strike that.  Is that

10   the plane you trained in?

11       SCOTT PETERSEN:  Yes.

12   Q.    Okay.  Do you have any idea how many

13   hours you may have logged in it at the time

14   you purchased the aircraft?

15       SCOTT PETERSEN:  At purchase time,

16   probably five hours.  And I believe that when

17   we purchased it, there was a stipulation that

18   I receive some additional training with a CFI

19   before we went to work, which I did do.

20   Q.    When did you purchase the aircraft?

21   You probably told me this.

22       SCOTT PETERSEN:  I think we signed

23   the papers on the 28th of February.  So

24   between then and May, I guess, I spent some

1    more time with Mr. Lucente in that particular

2    aircraft.

3        Q.    Can you estimate how much time you

4    had spent?

5            SCOTT PETERSEN:  I'm thinking

6    another five hours.

7        Q.    You considered Mr. Lucente a

8    competent pilot, I assume?

9            SCOTT PETERSEN:  Yes.

10       Q.    Were you aware of any mechanical

11   problems with this Air Tractor at any time

12   before you purchased it or after?

13           SCOTT PETERSEN:  No.

14       Q.    And had you performed the annual on

15   that aircraft?

16           SCOTT PETERSEN:  Yes, I did.

17       Q.    When was that done?

18           SCOTT PETERSEN:  I believe in March.

19   I can get the logbooks if you want me to.

20   They are sitting here.  I can give you an

21   exact date.

22       Q.    That's okay.  But at some point

23   after you purchased it, you did the annual,

24   correct?

1          SCOTT PETERSEN:  It was annualed

2    prior to myself purchasing it.  I think I did

3    a hundred hour inspection when I got it from

4    him just to check it over.

5    Q.   Okay.

6    A.   We ran all this year until the

7    annual came due, and then I signed off

8    another annual this spring.

9    Q.   Were you aware of whether Mr.

10   Lucente was carrying any non-owned aircraft

11   insurance?

12          SCOTT PETERSEN:  I don't know much

13   about that.

14   Q.   You've got the logbook for the

15   aircraft here, correct?

16          SCOTT PETERSEN:  That's correct.

17   Q.   Where is the aircraft?

18          SCOTT PETERSEN:  It is located here

19   on the airport property, one of the two

20   hangars.

21   Q.   Is there anyone who flew the

22   aircraft while you had it other than you and

23   Mr. Lucente?

24          SCOTT PETERSEN:  No.

20

1    Q.    Did you ever do any aerial

2    application with that aircraft after you

3    purchased it?

4        SCOTT PETERSEN:    Yes.

5    Q.    Okay.  How many times did you do

6    aerial application with the aircraft?

7        SCOTT PETERSEN:   With the 503?

8    Q.    Right.

9        SCOTT PETERSEN:    We flew it last

10   year between 350 and 400 hours last year of

11   aerial application in the 2002 season, and

12   that would run May through September.

13   Q.    Would you say that the primary --

14   well, strike that.   What was the primary goal

15   that you had in mind in purchasing the Air

16   Tractor?  Was it for training or was it for

17   aerial application?

18   A.    For aerial application.

19   Q.    And the 502 that you purchased, was

20   that simply to replace the 503?

21       SCOTT PETERSEN:  That's correct.

22   Q.    Is there anybody who does aerial

23   application for your company other than you?

24       SCOTT PETERSEN:  Just myself.

21

1    Q.    Okay.  At any time in the past, have

2    you had any other pilots doing aerial

3    application for you?

4         SCOTT PETERSEN:  Rick Lucente did it

5    in the past.

6    Q.    When you hired him to do aerial

7    application work for you, was he hired as an

8    employee or independent contractor, do you

9    recall?

10        SARAH PETERSEN:  Independent

11   contractor.

12        SCOTT PETERSEN:  He would have just

13   been a contractor.

14   Q.    Did he fill out any W-4s, or did you

15   guys submit income tax for him?

16        SARAH PETERSEN:  Yes, the 1099.

17   Q.    1099?

18        SARAH PETERSEN:  He was paid by the

19   acre that he did.

20   Q.    Did you have a health benefits plan

21   that he was covered under?

22        SARAH PETERSEN:  No.

23        SCOTT PETERSEN:  No.

24   Q.    At the time of the accident, was he

22

1    employed part-time, full-time, in some

2    capacity with respect to aerial application?

3         SARAH PETERSEN:  Not that I'm aware

4    of.

5         Q.   But he had flown for you doing

6    aerial application in the past?

7         SARAH PETERSEN:  Yes.

8         Q.   And you'd pay him on an acre --

9         SCOTT PETERSEN:  Per acre basis.

10        Q.   And you would submit the tax

11   information for him, correct?

12        SARAH PETERSEN:  Yes.

13        Q.   Okay.  And presumably you were

14   intending to use the aircraft for flight

15   training as well.  Is that correct?

16        SARAH PETERSEN:  Yes.

17        SCOTT PETERSEN:  Yes.

18        Q.   Okay.  And that would be turbine

19   training?

20        SCOTT PETERSEN:  Yes, turbine

21   transition training.

22        Q.   Is that training similar to what

23   Harold Miller would use that aircraft for?

24        SCOTT PETERSEN:  Yes.  That was

1  taking aerial applicators that had been

2  flying piston engine airplanes that were

3  moving up into the turbine aircraft.

4      Q.   And how did you intend to go about

5  getting your customers for turbine transition

6  training?

7          SCOTT PETERSEN:  We advertised in

8  "The Ag Air Update."

9      Q.   And did you get any customers

10  referred to you from Harold Miller, or did

11  you get your customers from other sources?

12          SCOTT PETERSEN:  No.  Harold -- even

13  after Harold sold his business, he got a lot

14  of phone calls with inquiries, and then he

15  would forward those on to us.

16      Q.   At the time you lost the aircraft,

17  how many students had been trained in it?

18          SCOTT PETERSEN:  Since we started

19  it?

20      Q.   Right.

21          SCOTT PETERSEN:  This was the first

22  one.

23      Q.   First student?

24          SCOTT PETERSEN:  Yes.

1       Q.    And when you hired Mr. Lucente to do

2    flight training work, was that, again, on a

3    situation-by-situation basis as opposed to

4    full-time?

5            SCOTT PETERSEN:  Yes.

6            SARAH PETERSEN:  Yes.

7       Q.    Would you classify him as an

8    independent contractor or part-time employee?

9            SARAH PETERSEN:  Independent

10   contractor.

11           Q.    I may have asked you this, but are

12   you aware of whether Mr. Lucente carried any

13   of his own insurance like non-owned aircraft

14   insurance?

15           SCOTT PETERSEN:  I have no idea.

16      Q.    When you purchased the business from

17   Harold Miller, did you have any discussions

18   with him concerning the insurance that he was

19   presently carrying to run his operation?

20           SCOTT PETERSEN:  No.

21      Q.    No insurance discussion at all with

22   Mr. Miller as far as you recall?

23           SCOTT PETERSEN:  Not that I'm aware

24   of.

1    Q.    Okay.  When you -- after you

2    purchased the Air Tractor, did you yourself

3    do any research or take any steps to see

4    about what the insurance requirements would

5    be for the aerial application or the turbine

6    transition training?

7          SCOTT PETERSEN:  Not for the

8    transition training, just for the aerial

9    application.

10    Q.    Okay.  So you don't recall talking

11    to any insurance agents or brokers about the

12    possibility of purchasing insurance to cover

13    transition training as part of your business?

14          SCOTT PETERSEN:  On our initial

15    contact, I believe I talked with Randy Hardy

16    about adding Rick as an instructor pilot and

17    as an open policy pilot to fly the aircraft.

18    Q.    And Randy Hardy is with who?

19          SCOTT PETERSEN:  Hardy Aviation

20    Insurance.

21    Q.    And did you ultimately purchase

22    additional insurance with respect to Mr.

23    Lucente's work as a transition pilot?

24          SCOTT PETERSEN:  As I recall in our

1    conversation with Randy, we were covered

2    because he was going to have to give me

3    additional time in the aircraft.  And as I

4    remember it, we did talk about adding him as

5    an open policy pilot to fly the airplane if

6    we needed him to do aerial application.

7        Q.   But did you have any specific

8    discussions with Randy Hardy about insurance

9    requirements for flight training operations

10   as opposed to aerial application operations?

11       SCOTT PETERSEN:  Just the initial

12   naming Rick as an instructor pilot on the

13   policy when we bought the aircraft.

14       Q.   Naming him as an instructor pilot?

15       SCOTT PETERSEN:  That's correct.

16       Q.   Or just an additional pilot?

17       SCOTT PETERSEN:  No, instruction

18   because he was going to give me instruction

19   in that particular aircraft.

20       Q.   Okay.  Would he be named -- as your

21   recollection of this, would he be named as an

22   instructor pilot only for the limited purpose

23   of instructing you, the owner of the

24   aircraft, or generally as an instructor pilot

1    on the aircraft?

2         SCOTT PETERSEN:  To my knowledge, it

3    was as an instructor pilot in the aircraft.

4    Q.   Okay.  Did Randy Hardy advise you

5    that transition training would be covered

6    under your current policy?

7         SCOTT PETERSEN:  That I don't

8    recall.

9    Q.   Okay.  Do you recall whether you

10   were ever denied insurance coverage from

11   anyone with respect to the 503?

12        SCOTT PETERSEN:  No.

13   Q.   Do you recall whether any insurance

14   company ever denied coverage for you with

15   respect to turbine transition training or

16   flight training generally?

17        SCOTT PETERSEN:  No.

18   Q.   At the time of this incident, was it

19   your understanding that flight training was

20   covered under your current insurance policy?

21        SCOTT PETERSEN:  Yes, that's

22   correct.

23   Q.   Was it your understanding that all

24   flight training, regardless of whether it