**From:** Randy
**Sent:** May 07, 2003 12:35 PM
**To:** Angie
**Subject:** FW: Pontiac Flying Service, Inc.   AV3391999-04

-----Original Message-----
From: Schwaegel, Mary Beth [mailto:Mary.Schwaegel@AIG.COM]
Sent: Tuesday, May 06, 2003 4:43 PM
To: 'Randy'
Subject: RE: Pontiac Flying Service, Inc. AV3391999-04


Randy, as I advised on the phone, we are going to non-renew this risk. We will extend the current policy to be in compliance with state regulations and send out the proper notice of non-renewal.

Mary Beth

-----Original Message-----
From: Randy [mailto:Randy@hardyaviationins.com]
Sent: Tuesday, May 06, 2003 2:40 PM
To: 'mary.schwaegel@aig.com'
Cc: Jim Anderson (E-mail)
Subject: Pontiac Flying Service, Inc. AV3391999-04


Well, as in the movie, Houston, we have a problem.

Yesterday we turned in a loss for Pontiac Flying Service on their AT503. At the time we were unaware of the use during the loss. It now appears the aircraft was being used for Turbine Transition training thus the reason for an additional person being on board.

I let it go yesterday and was able to speak with the Sara Peterson today. She was concerned because one of their pilots wasn't named to the file which was this Rick Lucente who was killed. We indicated to her that when she called about using him he met the OPW and didn't need to be named. It gave me the opportunity to ask her about the way she called in the loss as training. Much to her suprise I had to break the news that we have never been given a request to add transition training to the file and we did not cover this aircraft for that use. Sara and Scott of course are very upset about the loss and might not be thinking straight yet however I did tell her I would look into this for now. She told me over the phone she was under the understanding or they assumed that since we added Scott back in the beginning for transition training by Harold Miller, who they bought this aircraft from that this gave them transition training coverage just like the school they bought the aircraft from. Scott and Sara bought this aircraft

from Harold Miller who was selling at his aircraft and as I just found out, his school as well. She isn't holding us responsible yet however who knows how these deals will fall. As I stated over the phone I believe Sara when she tells me they assumed or presumed they had this since they transitioned Scott and they bought the aircraft Harold was using for training.

Our files are clear in that we were never asked to put coverage for training on this and that we have clearly shown this for ag use only, as well as your policy. If you remember last year they came to us on a Ag Cat for training which we did get a quote on through you, however nothing ever happened on this aircraft to our knowledge. They may have assumed since commercial, and ag use what difference is the training, especially since transition for Scott was approved. I really don't know.

I also don't know how to defend this for my client even though I believe they need help on this. I would like to work on this in the effort to clear this up and not have a big lawsuit over lost pilots and the aircraft. I don't know whats in the best interest now for both AIG and Hardy should this become a sitituation.

I felt since I knew more information today regarding the loss, I needed to advise you as well. To date this is what we know.

Randy Hardy


Randy Hardy - President
Hardy Aviation Insurance, Inc.
P O Box 12010
Wichita, KS 67277-2010
Phone  (316) 945-6733     Fax  (316) 945-2330
Web Site:  www.hardyaviationins.com