# Clausen Miller PC

CLAUSEN MILLER P.C.
CHICAGO, IL
IRVINE, CA
NEW YORK, NY
PARSIPPANY, NJ
WHEATON, IL

CLAUSEN MILLER L.L.P.
LONDON, ENGLAND

CLAUSEN MILLER EUROPE:
Clausen Miller P.C.
Clausen Miller L.L.P., LONDON
Tetaud-Lambard-Jami & Associés, PARIS
Studio Legale Corapi, ROME
van Cutsem-Wittamer-Marnef & Partners, BRUSSELS

*Attorneys at Law*    10 South LaSalle Street • Chicago, IL 60603 • www.clausen.com
Tel: 312.855.1010 • Fax: 312.606.7777

**Diane M. Baron**
Direct Line:   312.606.7580
E-Mail:        dbaron@clausen.com

October 10, 2005

**RECEIVED OCT 11 2005 CASSIDY & MUELLER**

<u>**VIA OVERNIGHT DELIVERY**</u>

Mr. David B. Mueller
LAW OFFICES OF CASSIDAY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL 61602

**RECEIVED OCT 11 2005 CASSIDY & MUELLER**

Re:  *National Union v. Pontiac Flying v. Hardy Aviation*
     Court No.       03-1288
     Our File No.:   23 53 24 00 1

Dear David:

   Enclosed you will find a copy of the book referred to by Randy Hardy in his deposition when you were inquiring about materials used for training.

                                Very truly yours,

                                CLAUSEN MILLER P.C.

                                By: /s/ Diane M. Baron
                                    Diane M. Baron

DMB:pmk
Enclosure

1014794.1

# AVIATION INSURANCE

An Introduction to General Aviation
Insurance in the United States

RECEIVED

OCT 11 2005

CASSIDY & MUELLER

by
DARRELL T. ELKINS, Ph.D.

**JOHN NICHOLS**
Insurance Agency, Inc.
Houston, Texas

J. A. ELKINS BROTHERS PUBLISHING CO.
P.O. Drawer 785
Porter, Texas 77365

11

designed to make primarily water landings. However, to provide the pilot with more diversity, these floats are also occasionally equipped with small retractable wheels, which when extended, allow the pilot to also make ground landings. Then, to further confuse you, there are aircraft manufactured designed to operate like a flying boat, called an "amphibian", equally at home landing on either ground or water. The difference between the float plane and the amphibian, is the float plane sits out of the water, on top of it's floats, where the amphibian aircraft actually sits down in the water itself, like a boat.

Though there are exceptions, single engine aircraft normally carry between one and seven persons, including the pilot.

Single seat aircraft, generally are specialty aircraft which may have been built by a major manufacturer for a specific purpose, such as an aircraft built for agricultural purposes (a crop duster) or an aircraft designed for aerobatics, or may have been built by an individual as a hobby. These individually built "hobby" aircraft, called "homebuilts" because most are actually constructed at someone's home, are generally used for enjoyment type flying, versus being built for any business purpose.

Two place fixed wing aircraft (an aircraft equipped with two seats) produced by a major manufacturer are usually used as training aircraft. However this trend is starting to change somewhat due to the large increase in the cost of gasoline we have had over the last few years. More and more pilots, who simply fly for pleasure are starting to purchase these smaller

13

After looking at this simple comparison, it doesn't take anyone long to figure out why more piston powered aircraft are around today.

The piston powered multi-engine aircraft usually have between four and ten seats installed depending on the model of the aircraft. The "turbo-prop" aircraft (a term often used to describe an aircraft equipped with turbine engines connected to propellers), usually has eight to twelve seats installed. Finally, the jet aircraft used by general aviation, are usually equipped with eight to fifteen seats. The main point that I feel needs stressing here is, as an aviation insurance specialist we need to be aware that the same model of aircraft could have many different seating configurations, with different numbers of seats being installed. It is always important to keep this in mind when talking to an aircraft owner.

It is recommended, that anyone who wishes to deal in aircraft insurance subscribe to a publication similar to the "Aircraft Bluebook - Price Digest" which will provide you with a list of the most popular general aviation aircraft flying today in the United States, along with information on values, seating configurations, type and number of engines the aircraft are equipped with, along with a wealth of other little items that become very necessary to our business. You will find you will never outgrow the need for a reliable publication of this type.

A variation to the aircraft above is a fixed wing aircraft designed to fly with no engine. These aircraft are referred

34

the aircraft to show land; if he is a missionary, he might be using the aircraft to fly into remote foreign countries, flying in supplies and personnel as well as religion. If the individual is an oil well fire specialist, you might suspect he will have his aircraft packed with explosives from time to time, which are used to put the oil fires out. Such clues should lead both the agent and the insurance company to ask the applicant more probing questions, in order to insure that all uses of the aircraft are discovered when they come to that portion of the discussion.

One of the most basic questions needed to be defined is, when should the insurance be placed into effect, at what point should the coverage be activated?

If there is a current policy in force on the aircraft, and you are discussing issuing a policy to take the place of one which is about to expire, then the obvious time is to make your coverage effective at the exact time the other policy expires. As respects aviation policies, the normal time of the day for the expiration of a policy is 12:01 a.m., or one minute after midnight. This can be a little tricky for agents who work with other types of coverage and have become accustomed to them expiring at 12:00 p.m., or noon. We want to exercise caution here and not leave the applicant uninsured for a twelve hour period due to an oversight. If you are going to provide coverage for an applicant who is in the process of purchasing