# Notations

For: _____   Date: 2-8-09   Time: _____

Insured: Pontiac Fly Svc

Person Calling: _____

☐ Hold at Desk    ☐ File Away    ☐ Response Needed

Message: _____ Scott pilot

get quote

AT503 @ $350,000.
→ 2 pl.

check out by Harold miller's
turbine transition course
40 hrs. turbine

Covington PT-6 course also

respects Cat
quote ARH  no anim

109

From: _____

HA103.XLS