E-FILED
Thursday, 19 October, 2006 03:17:58 PM
Clerk, U.S. District Court, ILCD

23 53 24 00 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br>    Plaintiff,<br>vs.<br><br>PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased,<br><br>    Defendants/<br>    Third-Party Plaintiff,<br>vs.<br><br>HARDY AVIATION INSURANCE, INC.,<br><br>    Third-Party Defendant. | No. 03-1288 |

### HARDY'S MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE REPLY

NOW COMES the Third-Party Defendant, HARDY AVIATION INSURANCE, INC. ("Hardy"), by its attorneys, DIANE M. BARON and CLAUSEN MILLER P.C., and hereby requests a one week extension of time to file its reply to PONTIAC FLYING SERVICE, INC.'s ("Pontiac") Response to Hardy's Motion for Summary Judgment. In support hereof, Hardy states as follows:

1. After obtaining a 14-day extension of time, Pontiac filed its Response to Hardy's Motion for Summary Judgment on October 6, 2006. Under the local rules, Hardy's reply is due 14 days thereafter, on October 20, 2006.

2. Pontiac's Response is 43 pages in length, plus exhibits, and includes 49 paragraphs of "Additional Material Facts."

3. The undersigned, counsel for Hardy, had a trial scheduled before the Illinois Human Rights Commission on October 10, 11 and 12, which required extensive preparation time. She also had other court appearances and hearings during the last two weeks which make it necessary to request a one week extension, until October 27, 2006, to prepare and file Hardy's reply brief, including replying to each of Pontiac's 49 paragraphs of "Additional Material Facts."

4. This Motion is brought in good faith and not for purposes of delay, and no one will be prejudiced by this brief extension.

WHEREFORE, Third Party Defendant, HARDY AVIATION INSURANCE, INC. hereby prays for the entry of an Order granting it a one week extension of time, until October 27, 2006, within which to file its reply brief in support of its Motion for Summary Judgment.

CLAUSEN MILLER P.C.

By:    /s/ Diane M. Baron

Diane M. Baron - Bar No. 6187430
Clausen Miller P.C.
10 South LaSalle Street
Chicago, IL 60603
Telephone: (312) 855-1010
Fax: (312) 606-7777
E-Mail: dbaron@clausen.com

Attorneys for Third Party Defendant,
HARDY AVIATION INSURANCE, INC.

1086704.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois 61614
Tel. No.: 309-688-9400
Fax No.: 309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois 60602
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
kpd@cliffordlaw.com

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
mbanovetz@tsmp.com

David B. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL 61602
Tel. No.: 309-676-0591
Fax No.: 309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.: 312-899-9090
Fax No.: 312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

CLAUSEN MILLER P.C.

By:    /s/ Diane M. Baron

Diane M. Baron - Bar No. 6187430
Clausen Miller P.C.
10 South LaSalle Street
Chicago, IL 60603
Tel: 312.855.1010; Fax: 312.606.7777
E-Mail: dbaron@clausen.com
Attorneys for Third Party Defendant

1086704.1