# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
## JUDGMENT IN A CIVIL CASE




National Union Fire Insurance Company of Pittsburg, PA

vs.

Case Number: 03-1288

Pontiac Flying Service, Inc;
Justyn Webster, as Special Administrator of the
    Estate of Neil Webster, deceased;
Caren S. Lucente, as Independent Executor of the Estate of Richard
    P. Lucente, Deceased
                      **Defendants**

---

Pontiac Flying Service, Inc
                      **Third Party Plaintiff**
        vs.
Hardy Aviation Insurance Inc.
                      **Third Party Defendant**

---

Justyn Webster, as Special Administrator of the
    Estate of Neil Webster, deceased;
Virginia Webster-Smith, as Special Administrator of the
    Estate of Neil Webster, deceased
                      **Counter Claimants**
        vs.
National Union Fire Insurance Company
of Pittsburg, PA.
                      **Counter Defendant**

Pontiac Flying Service, Inc
                      **Counterclaimant**
        vs.
National Union Fire Insurance Company of
    Pittsburg, PA
                      **Counterdefendant**

**DECISION BY THE COURT.** This action came before the Court. The issues have been plead and/or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 11/10/2004, default judgment granted in favor of National Union and against Defendant Caren S. Lucente. On 8/19/2005, summary judgment #63 is granted in favor of Plaintiff National Union Fire Company of Pittsburg, PA and against Defendant Pontiac Flying Service, Inc. on Counts 1, 2 & 3 of the amended complaint for declaratory

judgment.  FURTHER on 8/19/05, Summary Judgment #81 is granted in favor of Plaintiff/Counterdefendant National Union Fire Insurance Company of Pittsburgh, PA and against Defendant/Counterplaintiff Pontiac Flying Service, Inc. on it's complaint and against Justyn Webster and Virginia Webster-Smith on their respective counterclaims pursuant to Rule 12©.  On 11/27/06 summary judgment #108 is granted in favor of Third Party Defendant Hardy Aviation Insurance, Inc. and against Third Party Plaintiff Pontiac Flying Service, Inc.

ENTER this 27th day of November, 2006

JOHN M. WATERS, CLERK

s/C. Lambie

BY:  DEPUTY CLERK

03-1288