NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT
FROM JUDGMENT OF THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 03-1288 |
| PONTIAC FLYING SERVICES, INC., | ) ) ) |
| Defendant and Third Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) ) |
| Third Party Defendant. | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY given that PONTIAC FLYING SERVICES, INC., an Illinois corporation, Defendant and Third Party Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the SEVENTH CIRCUIT from the final judgment entered in this action on the 27th day of November 2006, including but not limited to: (1) the August 19, 2005 summary judgment #63 granted in favor of Plaintiff National Union Fire Company of Pittsburg, PA and against Defendant Pontiac Flying Service, Inc. on Counts 1, 2, & 3 of the amended complaint for declaratory judgment, (2) the August 19, 2005 summary judgment #81 granted in favor of Plaintiff/Counterdefendant National Union Fire Insurance Company of Pittsburg, PA and against Defendant/Counterplaintiff Pontiac Flying Service, Inc. on its complaint, and (3) the November 27, 2006 summary judgment #108 granted in favor of Third

Party Defendant Hardy Aviation Insurance, Inc. and against Third Party Plaintiff Pontiac Flying Service, Inc.

                    Respectfully submitted,

                    CASSIDY & MUELLER

                    By: s/ DAVID B. MUELLER
                          Attorneys for Defendant,
                          PONTIAC FLYING SERVICE, INC.

### **PROOF OF SERVICE OF NOTICE OF APPEAL**

I hereby certify that on December 19, 2006, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com, cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com, pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com, jmg@cliffordlaw.com |
| Mr. Kevin P. Durkin | kpd@cliffordlaw.com; jg@cliffordlaw.com |
| Mr. Mark T. Banovetz | mbanovetz@tsmp.com |

and I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

                    s/DAVID B. MUELLER
                        David B. Mueller - #01980661
                        CASSIDY & MUELLER
                        416 Main Street, Suite 323
                        Peoria, IL  61602
                        Telephone: 309/676-0591
                        Fax: 309/676-8036
                        E-mail: dmueller@cassidymueller.com