## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL

Docket No.: 03-1288

Division: Peoria

### *Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)*

National Union Fire Insurance Company of Pittsburg, P.A.    v.    Pontiac Flying Service Inc

---

**Current Counsel for Plaintiff (Petitioner):**    **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Mark T Banovetz | Name: Kevin P Durkin |
| Firm: TRESSLER SODERSTROM MALONEY & PRIESS | Firm: CLIFFORD LAW OFFICES PC |
| Address: 233 S Wacker Dr | Address: 120 N LaSalle Street 31st Floor |
| Chicago, IL 60606-6308 | Chicago, Il 60602 |
| Phone: 312-627-4000 | Phone: 312-251-1160 |

---

| | |
|---|---|
| Judge: Joe Billy McDade | Nature of Suit Code: 890 Other Statutory Actions |
| Court Reporter: Nancy Mersot | Date Filed in District Court: 9/2/2003 |
| | Date of Judgment: 11/28/06 |
| | Date of Notice of Appeal: 12/19/06 |

Counsel:    ___Appointed    _X_Retained    ___Pro Se

Fee Status:   _X_Paid    ___Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**