| SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET |||
|---|---|---|
| PART I – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not (FRAP 19(b((1)). "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.) |||
| Short Title<br>**National Union Fire Ins. Co. v. Pontiac Flying Service, Inc.** | District<br>**Central District of Illinois**<br>District Judge<br>**Joe B. McDade** | D.C. Docket No.<br>**#03 C 1288**<br>Court Reporter<br>**Nancy Mersot** |

☐ I am ordering transcript.
☐ I am not ordering transcript, because:

☒ The transcript has been prepared **and filed as document No. 64.**

Sign Below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

Date(s)

☒ Pre-Trial Proceedings. Specify:   **Hearing on Motion to Bar #48 and Motion to Strike #58.**   **March 1, 2005**

☐ Voir Dire
☐ Trial or Hearing. Specify:
☐ Opening Statement
☐ Instruction Conference
☐ Closing Statements
☐ Court Instructions
☐ Post-Trial Proceedings. Specify:
☐ Sentencing
☐ Other Proceedings. Specify:

Method of Payment:  ☐ Cash   ☐ Check or Money Order   ☐ C.J.A. Voucher
Status of Payment:  ☒ Full Payment  ☐ Partial Payment   ☐ No Payment Yet

Signature: **s/Jennifer L. Wolfe**         Telephone No. **309/676-0591**
**Jennifer L. Wolfe**
**Cassidy & Mueller**
Address: **416 Main Street, Suite 323**          Date: **December 28, 2006**
**Peoria, Illinois 61602**

PART II – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____          Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11,1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com, cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com, pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com, jmg@cliffordlaw.com |
| Mr. Kevin P. Durkin | kpd@cliffordlaw.com; jg@cliffordlaw.com |
| Mr. Mark T. Banovetz | mbanovetz@tsmp.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

                                                                       s/JENNIFER L. WOLFE
                                                                            Jennifer L. Wolfe - #6270828
                                                                             CASSIDY & MUELLER
                                                                             416 Main Street, Suite 323
                                                                             Peoria, IL  61602
                                                                             Telephone: 309/676-0591
                                                                             Fax: 309/676-8036
                                                                             E-mail: jwolfe@cassidymueller.com