E-FILED
Friday, 29 December, 2006  02:27:56 PM
Clerk, U.S. District Court, ILCD

No. 06-4345

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA, | ) ) ) | |
| | ) | Appeal from the United States |
| Plaintiff/Appellee, | ) | District Court for the Central District of Illinois |
| | ) | |
| vs. | ) | |
| | ) | No. 03-1288 |
| PONTIAC FLYING SERVICES, INC., | ) ) | |
| Defendant/Third Party | ) | The Honorable |
| Plaintiff/Appellant, | ) | Joe B. McDade |
| | ) | United States District Judge |
| vs. | ) | |
| | ) | |
| HARDY AVIATION INSURANCE, INC., | ) ) | |
| Third Party Defendant/ Appellee. | ) ) | |

## MOTION TO WITHDRAW RECORD ON APPEAL

Now comes the Defendant and Third Party Plaintiff/Appellant, PONTIAC FLYING SERVICES, INC., an Illinois corporation, by David B. Mueller, of the firm of CASSIDY & MUELLER, its attorney, and pursuant to Circuit Rule 10(a) of the Circuit Rules of the United States Court of Appeals for the Seventh Circuit, respectfully requests the full record, including specific documents, be included in the record for its appeal from the United States District Court for the Central District of Illinois to the United States Court of Appeals for the Seventh Circuit.

1.      On December 19, 2006, a "Short Record of Appeal" was sent to the US Court of Appeals.

2. Defendant and Third Party Plaintiff/Appellant, PONTIAC FLYING SERVICES, INC., an Illinois corporation, requests a Long Record of Appeal be sent to the US Court of Appeals.

3. Defendant and Third Party Plaintiff/Appellant, PONTIAC FLYING SERVICES, INC., an Illinois corporation, specifically request the following documents be included in the record:

    a. Document 7, filed 10/23/03

    b. Document 8, filed 10/30/03

    c. Document 18, filed 1/22/04

    d. Document 19, filed 1/22/04

    e. Document 43, filed 9/1/04

    f. Document 57, filed 11/18/04

    g. Document 60, filed 12/17/04

    h. Document 64, filed 3/21/05

    i. Document 67, filed 4/14/05

    j. Document 69, filed 4/28/05

    k. Document 70, filed 4/28/05

    l. Document 75, filed 5/24/05

    m. Document 78, filed 5/26/05

    n. Document 83, filed 7/1/05

    o. Document 86, filed 8/19/05

    p. Document 104, filed 3/2/06

    q. Document 111, filed 10/6/06

    r. Document 114, filed 11/27/06

    s.  Document 115, filed 11/28/06

        Respectfully submitted,

        PONTIAC FLYING SERVICES, INC., an Illinois corporation

        By: s/Jennifer L. Wolfe
            For: CASSIDY & MUELLER

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com, cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com, pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com, jmg@cliffordlaw.com |
| Mr. Kevin P. Durkin | kpd@cliffordlaw.com; jg@cliffordlaw.com |
| Mr. Mark T. Banovetz | mbanovetz@tsmp.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

                                              s/JENNIFER L. WOLFE
                                                   Jennifer L. Wolfe - #6270828
                                                   CASSIDY & MUELLER
                                                 416 Main Street, Suite 323
                                               Peoria, IL  61602
                                               Telephone: 309/676-0591
                                               Fax: 309/676-8036
                                               E-mail: jwolfe@cassidymueller.com