E-FILED
Wednesday, 10 January, 2007  04:09:13 PM
Clerk, U.S. District Court, ILCD

SKS 358707                                                                 3917-8

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | )<br>)<br>) |
| Plaintiff, | ) Case No. 03-CV-01288<br>) |
| v. | ) Chief Judge Joe Billy McDade<br>) |
| PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, As Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) Magistrate Judge Byron G. Cudmore<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| and | ) |
| PONTIAC FLYING SERVICE, INC. | )<br>) |
| Third Party Plaintiff | ) |
| vs. | )<br>) |
| HARDY AVIATION INSURANCE, INC., | )<br>) |
| Third Party Defendant. | ) |

**DESIGNATION OF RECORD ON APPEAL**

Plaintiff/Appellee, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("National Union"), by its attorneys, HASSELBERG, ROCK, BELL & KUPPLER and TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP, and pursuant to Fed. R. App. P. 10 and Circuit Rule 10(a), hereby submits the following Designation of Record on Appeal designating specific documents to be included in the Long Record of Appeal

transmitted from the United States District Court for the Central District of Illinois to the United States Court of Appeals for the Seventh Circuit.

1. On December 19, 2006, a Short Record of Appeal was sent to the United States Court of Appeals for the Seventh Circuit.

2. National Union requests that the following documents be included in the Long Record of Appeal:

    a.    Document 1, filed on September 2, 2003;

    b.    Document 14, filed on January 8, 2004;

    c.    Document 15, filed on January 8, 2004;

    d.    Document 36, filed on June 21, 2004;

    e.    Document 48, filed on October 19, 2004;

    f.    Document 53, filed on November 3, 2004;

    g.    Document 55, filed on November 10, 2004;

    h.    Document 58, filed on December 2, 2004;

    i.    Document 63, filed on March 18, 2005;

    j.    Document 73, filed on April 29, 2005;

    k.    Document 74, filed on May 12, 2005;

    l.    Document 80, filed on June 15, 2005;

    m.    Document 81, filed on June 17, 2005;

    n.    Document 82, filed on June 17, 2005;

    o.    Document 85, filed on July 11, 2005;

Respectfully submitted,

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

By: __/s/ Mark T. Banovetz_____
     One of Its Attorneys

Jeffrey B. Rock
Hasselberg Rock Bell & Kuppler
4600 North Brandywine Drive
Suite 200
Peoria, Illinois 61614
(309) 688-9400

Mark T. Banovetz
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
(312) 627-4000

Attorney for Plaintiff NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA.