DEE/398943                                                                                                3917-8

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) Case No. 03-CV-01288 ) |
| v. | ) Chief Judge Joe Billy McDade ) |
| PONTIAC FLYING SERVICE, INC., JUSTYN WEBSTER, As Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased, | ) Magistrate Judge Byron G. Cudmore ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| And | ) |
| PONTIAC FLYING SERVICE, INC. v. | ) ) ) |
| HARDY AVIATION INSURANCE, INC., | ) ) |
| Third Party Defendant. | ) |

### NOTICE OF FILING

To:   *See Service List*

    **PLEASE TAKE NOTICE** that on the 10th day of January 2007, there was filed with the Clerk of the United States District Court for the for the Central District of Illinois, Peoria Division, *via electronic mail,* the attached: **Designation of Record on Appeal**, copies of which are attached hereto and served upon you.

                                          NATIONAL UNION FIRE INSURANCE
                                          COMPANY OF PITTSBURGH, PA.

                                      By: __/s/ Mark T. Banovetz_____
                                               One of Its Attorneys

| | |
|---|---|
| Jeffrey B. Rock<br>Hasselberg Rock Bell & Kuppler<br>4600 North Brandywine Drive<br>Suite 200<br>Peoria, Illinois 61614<br>(309) 688-9400 | Mark T. Banovetz<br>Tressler, Soderstrom, Maloney & Priess<br>Sears Tower, 22nd Floor<br>233 South Wacker Drive<br>Chicago, Illinois 60606-6308<br>(312) 627-4000<br><br>Attorney for Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January 2007, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Central District of Illinois, Peoria Division, using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Mr. Jeffrey B. Rock | jrock@hrbklaw.com | cpoehlman@hrbklaw.com |
| Ms. Diane M. Baron | dbaron@clausen.com | pkebr@clausen.com |
| Mr. Michael S. Krzak | msk@cliffordlaw.com | jmg@cliffordlaw.com |
| Mr. Kevin P. Durkin | kpd@cliffordlaw.com | jg@cliffordlaw.com |
| Mr. David B. Mueller | dmueller@cassidymueller.com | |
| Ms. Jennifer L. Wolfe | jwolfe@cassidymueller.com | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

/s/ Mark T. Banovetz

Mark T. Banovetz
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive
22nd Floor
Chicago, IL 60606
(312) 627-4000
(312) 627-1717 fax
mbanovetz@tsmp.com