FILED E-FILED
Thursday, 11 January, 2007 03:07:43 PM
Clerk, U.S. District Court, ILCD



JAN 11 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

JOHN M. WATERS
CLERK OF COURT

309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

January 11, 2007

**FILED**

JAN 11 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| National Union Fire Co<br>Plaintiff ) | |
| ) | |
| vs ) | Case # 03-1288 |
| ) | |
| Pontiac Flying Services, etal<br>Defendant ) | |

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, 4 volumes of Record on Appeal & 1 loose volume of pleadings containing documents #67, 78, 109 & 111.

Date: 1-11-07

_____
Attorney For