**E-FILED**
Wednesday, 17 January, 2007  12:33:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br>   Plaintiff,<br>vs.<br><br>PONTIAC FLYING SERVICES, INC., JUSTYN WEBSTER, as Special Administrator of the Estate of NEIL WEBSTER, Deceased, and CAREN S. LUCENTE, as Independent Executor of the Estate of RICHARD P. LUCENTE, Deceased,<br><br>   Defendants.<br><br>and<br><br>PONTIAC FLYING SERVICES, INC.<br><br>   Third-Party Plaintiff,<br>vs.<br><br>HARDY AVIATION INSURANCE, INC.,<br><br>   Third-Party Defendant. | Case No. 03-CV-01288<br><br>Chief Judge Joe Billy McDade<br><br>Magistrate Judge Byron G. Cudmore |

## DESIGNATION OF RECORD ON APPEAL

Third Party Defendant/Appellee, HARDY AVIATION INSURANCE, INC. ("Hardy Aviation"), by its attorneys CLAUSEN MILLER, P.C., and pursuant to Fed. R. App. P. 10 and Circuit Rule 10(a), hereby submits the following Designation of Record on Appeal designating specific documents to be included in the Long Record of Appeal transmitted from the United States District Court for the Central District of Illinois to the United States Court of Appeals for the Seventh Circuit.

1102121.1

1. On December 19, 2006, a Short Record of Appeal was sent to the United States Court of Appeals for the Seventh Circuit.

2. Hardy Aviation requests that the following documents be included in the Long Record of Appeal:

   a. Document 23, Amended Answer by Third-Party Defendant, Hardy Aviation Insurance to Third-Party Complaint, filed on April 14, 2004;

   b. Document 108, Motion for Summary Judgment by Third-Party Defendant, Hardy Aviation Insurance, filed on September 1, 2006.

   c. Document 109, Exhibits to Motion for Summary Judgment by Third-Party Defendant, Hardy Aviation Insurance filed on September 1, 2006.

   d. Document 113, Reply to Response to Motion for Summary Judgment by Third-Party Defendant, Hardy Aviation Insurance filed on October 25, 2006.

Respectfully submitted,

HARDY AVIATION INSURANCE, INC.

By: /s/ Diane M. Baron
Diane M. Baron
Attorney for Third-Party Defendant
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, IL  60603
Telephone:  (312) 606-7580
Fax:  (312) 606-7777
E-Mail:  dbaron@clausen.com

1102121.1

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Rock
HASSELBERG ROCK BELL & KUPPLER
Suite 200 - Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois   61614
Tel. No.:  309-688-9400
Fax No.:  309-688-9430
jrock@hrbklaw.com
cpoehlman@hrbklaw.com

David B. Mueller
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria, IL   61602
Tel. No.:  309-676-0591
Fax No.:  309-676-8036
dmueller@cassidymueller.com
jstieghorst@cassidymueller.com

Kevin P. Durkin
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Chicago, Illinois   60602
Tel. No.:  312-899-9090
Fax No.:  312-251-1160
kpd@cliffordlaw.com

Michael S. Krzak
CLIFFORD LAW OFFICES
120 N. La Salle Street
31st Floor
Tel. No.:  312-899-9090
Fax No.:  312-251-1160
msk@cliffordlaw.com
jmg@cliffordlaw.com

Mark T. Banovetz
TRESSLER SODERSTROM MALONEY & PRIESS
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
mbanovetz@tsmp.com