

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

February 26, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Nat'l Union Fire Ins. et al. v. Pontiac Flying Service, Inc.
D. C. Docket No. 03-1288
U. S. C. A. Docket No. 06-4345

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

4 Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):  #67, #78, #109 and #111.

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

s/R. Knox
BY:_____
Deputy Clerk