

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

February 26, 2007

# 06-4345

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**FILED**

MAR - 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Nat'l Union Fire Ins. et al. v. Pontiac Flying Service, Inc.
D. C. Docket No. 03-1288
U. S. C. A. Docket No. 06-4345

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

4 Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify): #67, #78, #109 and #111.

U.S.C.A. – 7th Circuit
**FILED**
FEB 27 2007   DW
GINO J. AGNELLO
CLERK
DOC. # 2078451-1

**ON AIMS**
FEB 27 2007
DW

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/R. Knox
_____
Deputy Clerk