E-FILED
Wednesday, 04 April, 2007 12:59:22 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

DISMISSAL PER FRAP 42(b)

Date: March 30, 2007

By the Court:

No. 06-4345

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PENNSYLVANIA,
            Plaintiff - Appellee
    v.

PONTIAC FLYING SERVICE, INCORPORATED,
            Defendant - Appellant

A True Copy:
    Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.

**FILED**

APR - 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 1288, Joe Billy McDade, Judge

        Upon consideration of the **JOINT MOTION TO DISMISS** filed by
the parties on 3/29/07,

        **IT IS ORDERED** that this cause is **DISMISSED**, pursuant
to Federal Rule of Appellate Procedure 42(b).

(1025-110293)