# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF RECORD RETURN

**FILED**
**APR 17 2007**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DATE:** April 16, 2007

**TO:** John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

**FROM:** Clerk of the Court

**RE:** 06-4345
Nat'l Union Fire Pit v. Pontiac Flying Serv
03 C 1288, Joe Billy McDade, Judge

The mandate or agency closing letter in this cause issued on 03/30/07.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ]  | Volumes Administrative Record |
| [4]  | Volumes Pleadings |
| [4]  | Volumes Loose Pleadings |
| [ ]  | Volumes Transcripts |
| [ ]  | Volumes Exhibits |
| [ ]  | Volumes Depositions |
| [ ]  | In Camera material |
| [ ]  | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____        _____
                                              Deputy Clerk, U.S. District Court
(1073-042591)                                 or Agency Representative